UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICA FEBRIANTI,<br><br>                       Plaintiff,<br><br>-against-<br><br>NYC HEALTH & HOSPITALS,<br><br>                       Defendant. | 23-cv-06175 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On October 13, 2023, the U.S. Marshals Service served on Defendant a Summons and Complaint on behalf of *pro se* Plaintiff. ECF No. 10. Defendant has failed to appear in this case or file an answer to Plaintiff's Complaint "within 21 days after being served with the pleading" as required under Federal Rule of Civil Procedure 12(a)(1)(B). As a courtesy, the Court *sua sponte* extends this deadline and directs Defendant to file its answer by November 14, 2023.

The Clerk of Court is respectfully directed to send a copy of this Order to both parties.

Dated: November 7, 2023
       New York, New York

                                                SO ORDERED.

                                                JENNIFER L. ROCHON
                                                United States District Judge