UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ERICA FEBRIANTI,

                                                                            Plaintiff,       **NOTICE OF APPEARANCE**

        -against-                                 23 CV 6175 (JLR) (SDA)

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION d/b/a NYC HEALTH + HOSPITALS.

                                                                  Defendant.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendant NYC HEALTH + HOSPITALS in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:       New York, New York
                November 27, 2023

                                                        **HON. SYLVIA O. HINDS-RADIX**
                                                         Corporation Counsel of the
                                                            City of New York
                                                        *Attorney for Defendant*
                                                        100 Church Street, Room 2-141
                                                        New York, New York 10007
                                                        (212) 356-2441
                                                        ropoole@law.nyc.gov

                                           By:        /s/
                                                        Rodalton J. Poole
                                                        Assistant Corporation Counsel