UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICA FEBRIANTI,<br><br>         Plaintiff,<br><br> -against-<br><br>NYC HEALTH & HOSPITALS,<br><br>         Defendant. | Case No. 23-cv-06175 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On December 15, 2023, the Court ordered the parties to submit a joint letter no later than ten calendar days before their initial pre-trial conference on April 17, 2024.  ECF No. 18.  On April 5, 2024, Defendant submitted a letter in which it stated that its efforts to contact *pro se* Plaintiff by phone, email, and mail had been unsuccessful.  Plaintiff's failure to comply with the Court's orders and deadlines is unacceptable and may result in dismissal of this case for failure to prosecute.  The parties are ordered, for the final time, to submit a joint letter by May 6, 2024.  If Plaintiff does not participate in the letter or provide some other update by that date, the Court will dismiss the case for failure to prosecute.

  The initial pre-trial conference on April 17, 2024 is adjourned.  The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: April 8, 2024
   New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge