```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Erica Febrianti,<br><br>                          Plaintiff,<br><br>      -against-<br><br>NYC Health & Hospitals,<br><br>                          Defendant. | 1:23-cv-06175 (JLR) (SDA)<br><br>ORDER SCHEDULING<br><u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

       A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, July 2, 2024, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

       The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Tuesday, June 25, 2024).

       In connection with the settlement conference, Plaintiff may wish to consider contacting the New York Legal Assistance Group's Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this court. The clinic is run by a private organization; it is not part of, or run by, the Court.

       To seek assistance from the clinic with regard to the settlement conference, Plaintiff may call (212) 659-6190 or complete the clinic's intake form, available on the Court's website at

https://nysd.uscourts.gov/attorney/legal-assistance. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed.

**SO ORDERED.**

Dated:     New York, New York
           May 29, 2024

_____
STEWART D. AARON
United States Magistrate Judge