UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICA FEBRIANTI,<br><br>                               Plaintiff,<br><br>-against-<br><br>NYC HEALTH AND HOSPITALS,<br><br>                               Defendant. | Case No. 1:23-CV-06175 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court received Plaintiff's October 28, 2024 letter inquiring about the number of interrogatories that Plaintiff is entitled to in this action. Dkt. 47. The Court directs Plaintiff to Federal Rule of Civil Procedure 33, which provides that, unless otherwise stipulated or ordered by the court, a party may serve on any other party no more than 25 written interrogatories, including all discrete subparts. Fed. R. Civ. P. 33.

The Court further reminds Plaintiff that, if she requires legal assistance during the discovery process, she may wish to contact the City Bar Justice Center's Federal Pro Se Legal Assistance Project that provides limited-scope services to self-represented individuals in civil cases in the Southern District of New York: https://www.nysd.uscourts.gov/attorney/legal-assistance. This organization is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit).

Dated: November 4, 2024
       New York, New York

                                               SO ORDERED.

                                               _____
                                               JENNIFER L. ROCHON
                                               United States District Judge

1