UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICA FEBRIANTI,

                        Plaintiff,

                -against-

NYC HEALTH & HOSPITALS,

                        Defendant.

Case No. 1:23-cv-06175 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

        The Court shall construe Plaintiff's October 28, 2024 letter as a motion to amend her

complaint to add additional allegations pertaining to her retaliation claim.  Defendant shall file

any response by November 11, 2024.

        A copy of this order shall be emailed to Plaintiff at the email address listed on the

docket.

Dated:  November 6, 2024
        New York, New York

                                SO ORDERED.

                                JENNIFER L. ROCHON
                                United States District Judge