UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICA FEBRIANTI,<br><br>                              Plaintiff,<br><br>-against-<br><br>NYC HEALTH & HOSPITALS,<br><br>                              Defendant. | Case No. 1:23-cv-06175 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      On December 13, 2024, the Court ordered Plaintiff to file an amended complaint by December 20, 2024. The Court is in receipt of Plaintiff's letters; however, to date, Plaintiff has not filed an Amended Complaint. As a courtesy, the Court shall grant a final extension until January 6, 2025, for Plaintiff to file an Amended Complaint, not a letter, if she seeks to add additional defendants and/or allegations as to retaliation and damages. Plaintiff's filing should be consistent with Local Rule Civil Rule 15.1 and this Court's Individual Rules of Practice.

      Plaintiff is reminded that she may contact the *Pro Se* Law Clinic available to self-represented parties in civil cases for legal assistance. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit). The City Bar Justice Center can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). The District Court's website also contains useful information regarding the litigation process for parties who are proceeding *pro se*, which is available at https://www.nysd.uscourts.gov/prose.

1

      The Clerk of Court is directed to email this order to Plaintiff's email address listed on the docket.

Dated: December 27, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge
