UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICA FEBRIANTI,<br><br>                              Plaintiff,<br><br>-against-<br><br>NYC HEALTH & HOSPITALS,<br><br>                              Defendant. | Case No. 1:23-cv-06175 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Plaintiff has filed a letter with the Court fashioned as a summary judgment motion. Dkt. 58. Plaintiff should file her Amended Complaint before moving for summary judgment.

Consistent with the Court's December 27, 2024 Order, Dkt. 59, Plaintiff is directed to file an Amended Complaint by January 6, 2025.

The Clerk of Court is directed to email this Order to Plaintiff's email address listed on the docket.

Dated: January 2, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge

1