```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Erica Febrianti,

                              Plaintiff,

      -against-

NYC Health & Hospitals,

                              Defendant.

1:23-cv-06175 (JLR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following an in-person status conference with the parties today, it is hereby Ordered as follows:

1. Although Plaintiff indicated at the conference that she submitted an amended pleading by the January 6, 2025 deadline[1] (*see* 1/2/25 Order, ECF No. 60) adding the New York Police Department ("NYPD") as a defendant based on incidents occurring in 2024, she further indicated that, in order to proceed expeditiously with her case against the current defendant, NYC Health & Hospitals ("Defendant"), she no longer intends to pursue her (unrelated) claims against the NYPD in this action and, instead, will file a separate lawsuit.

2. No later than January 24, 2025, Defendant shall respond to Plaintiff's outstanding discovery demands and shall serve its anticipated documents requests upon Plaintiff.

3. The deadline for the completion of discovery remains April 15, 2025. (*See* 12/13/24 Order, ECF No. 53.)

---

[1] The amended pleading has not yet been filed to the ECF docket.

4. On February 28, 2025, the parties shall file a joint letter regarding the status of discovery.

**SO ORDERED.**

Dated:   New York, New York
         January 10, 2025

_____
STEWART D. AARON
United States Magistrate Judge

2