```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Erica Febrianti,

                Plaintiff,

-against-

NYC Health & Hospitals and City of New York,

                Defendants.

1:23-cv-06175 (JLR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that Defendants shall respond to the Amended Complaint filed at ECF No. 77, Plaintiff's most recent version, which reflects the current defendants, no later than February 25, 2025.

**SO ORDERED.**

Dated:    New York, New York
           February 10, 2025

_____
STEWART D. AARON
United States Magistrate Judge