```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Erica Febrianti,<br><br>        Plaintiff,<br><br>-against-<br><br>NYC Health & Hospitals and City of New York,<br><br>        Defendants. | 1:23-cv-06175 (JLR) (SDA)<br><br>ORDER |

**STEWART D. AARON, United States Magistrate Judge:**

  WHEREAS, on January 19, 2025, Plaintiff filed an Amended Complaint (Amended Compl., ECF No. 77); and

  WHEREAS, on February 10, 2025, the Court ordered Defendants to respond to the Amended Complaint no later than February 25, 2025 (2/10/25 Order, ECF No. 82); and

  WHEREAS, on February 25, 2025, Defendants filed a Letter Motion requesting an extension of time to respond to the Amended Complaint (2/25/25 Letter Motion, ECF No. 84); and

  WHEREAS, on the same day, the Court granted Defendants' request in part and extended the deadline for Defendants to respond to the Amended Complaint until March 27, 2025 (2/25/25 Order, ECF No. 85); and

  WHEREAS, on March 27, 2025, Defendants filed a Letter Motion for Conference to discuss the claims in the Amended Complaint (3/27/25 Letter Motion, ECF No. 86); and

  WHEREAS, on the same day, Defendants' Letter Motion was denied. (3/27/25 Order, ECF No. 87.)

NOW, THEREFORE, it is hereby **ORDERED**, as follows:

1. No later than March 31, 2025, Defendants shall file their response to the Amended Complaint in accordance with the Court's 2/25/25 Order.

2. Failure to comply with this Order may result in the imposition of sanctions.

**SO ORDERED.**

DATED:   New York, New York
         March 28, 2025

_____
STEWART D. AARON
United States Magistrate Judge

2