UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ERICA FEBRIANTI,

                                                      Plaintiff,

                                 **NOTICE OF APPEARANCE**

      -against-

                                   23 Civ. 6175 (JLR) (SDA)

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION d/b/a NYC HEALTH + HOSPITALS,
et al,

                                                    Defendants.

------------------------------------------------------------------------ X

        **PLEASE TAKE NOTICE** that Joseph Zangrilli, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Acting Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendant the City of New York. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:        New York, New York
                April 23, 2025

                                            MURIEL GOODE-TRUFANT
                                            Acting Corporation Counsel of the City of
                                               New York
                                            *Attorney for Defendant City*
                                            100 Church Street,
                                            New York, New York 10007
                                            P: (212) 356-2657

                              By:   *Joseph Zangrilli /s/*
                                           Joseph Zangrilli, Esq.
                                           *Senior Counsel*

- 2 -

cc: **VIA E-MAIL**
 Erica Febrianti
 (929) 615-1758
 ericafebrianti60@gmail.com
 *Plaintiff Pro Se*

Case 1:23-cv-06175-JLR-SDA   Document 92   Filed 04/23/25   Page 2 of 2