UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Erica Febrianti,<br><br>         Plaintiff,<br><br>   -against-<br><br>NYC Health & Hospitals and City of New York,<br><br>         Defendants. | 1:23-cv-06175 (JLR) (SDA)<br><br>ORDER |

**STEWART D. AARON, United States Magistrate Judge:**

  The parties are directed to appear for a status conference on Monday, July 21, 2025, at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. During the conference, the Court will address the Letter Motion filed by Defendant New York City Health and Hospitals Corporation for an extension of time to complete discovery. (Letter Motion, ECF No. 104.) Plaintiff is reminded that she must appear for the conference and that it is her responsibility to "diligently prosecute h[er] case." *Murray v. Bouck*, No. 19-CV-00317 (MKV), 2020 WL 6381935, at *3 (S.D.N.Y. Oct. 30, 2020). Failure to do so may result in the imposition of sanctions up to an including a recommendation to the District Judge that her case be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Chambers shall mail a copy of this Order to Plaintiff at 332 Broadway, Staten Island, NY 10310.

**SO ORDERED.**

DATED:  New York, New York
      July 1, 2025

                      _____
                      STEWART D. AARON
                      United States Magistrate Judge