UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ERICA FEBRIANTI,

                                    Plaintiff,

       -against-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION d/b/a NYC HEALTH + HOSPITALS,
et al,

                                    Defendants.

------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

23 Civ. 6175 (JLR) (SDA)

        **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendant the City of New York. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:        New York, New York
                 July 16, 2025

                                              MURIEL GOODE-TRUFANT
                                              Corporation Counsel of the City of
                                                 New York
                                              *Attorney for Defendant City*
                                              100 Church Street,
                                              New York, New York 10007
                                              P: (212) 356-2670

                                By:   *John McLaughlin /s/*
                                                John McLaughlin, Esq.
                                                *Assistant Corporation Counsel*

cc: **<u>VIA E-MAIL</u>**
    Erica Febrianti
    (929) 615-1758
    ericafebrianti60@gmail.com
    *Plaintiff Pro Se*