UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

ERICA FEBRIANTI,

                         Plaintiff,

    - against -

NEW YORK CITY HEALTH & HOSPITALS
CORPORATION, d/b/a NYC HEALTH +
HOSPITALS CORPORATION, and CITY OF NEW
YORK,

                         Defendants.

----------------------------------------------------------------- X

Civil Case No.: 23-CV-06175
(JLR) (SDA)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

      In accordance with Local Civil Rule 1.4, the undersigned counsel, Rodalton J. Poole, respectfully requests that this Court withdraw his appearance as counsel of record for New York City Health & Hospitals Corporation and City of New York (together, "Defendants"). As of June 27, 2025, the undersigned is no longer employed with the New York City Law Department, Office of the Corporation Counsel. As of July 14, 2025, the undersigned has joined the law firm, Gordon Rees Scully Mansukhani, LLP. The New York City Law Department, Office of the Corporation Counsel, will continue to provide representation for Defendants. Accordingly, all future correspondence, filings, ECF notifications, or other information relating to this matter should be directed to the Office of the Corporation Counsel[1].

---

[1] Pursuant to Local Civil Rule 1.4(b) of the United States District Courts for Southern and Eastern Districts, an affidavit in support of a notice of motion to withdraw is not required where an attorney from the same agency has filed a notice of appearance on behalf of the client and will remain in the case. On June 26, 2025, Assistant Corporation Counsel Hayley Nicole Bronner noticed her appearance as lead counsel for New York City Health & Hospitals Corporation, and on July 16, 2025, Assistant Corporation Counsel John McLaughlin noticed his appearance as lead counsel on behalf of City of New York. *See* ECF Dkt. Nos. 103 and 107.

Dated: New York, New York
       July 21, 2025

Respectfully Submitted,

GORDON REES SCULLY
MANSUKHANI, LLP

Request GRANTED. SO ORDERED.
Dated: 7/21/2025

By: */s/ Rodalton J. Poole*
    Rodalton J. Poole, Esq.
    One Battery Park Plaza, 28th Floor
    New York, New York 10004
    Tel: 917-246-7834
    rpoole@grsm.com

To:    All Parties and Counsel of Record (via ECF)