UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ERICA FEBRIANTI,

                                      Plaintiff,

               -against-

NYC HEALTH + HOSPITALS and CITY OF NEW YORK,

                                      Defendants.

------------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

No. 1:23-cv-06175-JLR-SDA

**HAYLEY N. BRONNER,** duly sworn deposes and says that:

1. The deponent is not a party to the action and is 18 years of age or older.

2. On August 5, 2025, the deponent served true and correct copies of the Report and Recommendation, ECF Dkt. No. 111, dated August 1, 2025, and the cited unreported or online decisions upon the following person:

    Erica Febrianti
    Ericafebrianti60@gmail.com

3. The method of service was: email.

                                                           */s/ Hayley B.*
                                                Hayley N. Bronner
                                                Assistant Corporation Counsel

Sworn to before me
this 5th day of August, 2025

_____
Notary Public

[Notary seal: KATHLEEN MAURA LINNANE, STATE OF NEW YORK NOTARY PUBLIC, Qualified in New York County, 02LI6396478, My Commission Expires 08/19/20__]