# Bronner, Hayley (Law)

| | |
|---|---|
| **From:** | Bronner, Hayley (Law) |
| **Sent:** | Tuesday, August 5, 2025 12:12 PM |
| **To:** | ericafebrianti60@gmail.com |
| **Cc:** | McLaughlin, Jack (LAW) |
| **Subject:** | Febrianti v. H+H, et al., No. 1:23-cv-06175 |
| **Attachments:** | ECF Dkt. No. 111 - Report and Recommendation.pdf; Combined Lexis Decisions.pdf |
| | |
| **FilingDate:** | 8/5/2025 12:41:00 PM |

Ms. Febrianti,

Attached please find a copy of the Report and Recommendation, ECF Dkt. No. 111, filed on August 1, 2025, and copies of the cited unreported or online decisions.

Sincerely,

Hayley N. Bronner
Assistant Corporation Counsel
Labor and Employment Law Division
New York City Law Department
100 Church Street, Room 2-172 | New York, NY 10007
Tel: (212) 356-2460 | Cell: (646) 522-6134
habronne@law.nyc.gov