UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

ERICA FEBRIANTI,

                              Plaintiff,

           -against-

NYC HEALTH + HOSPITALS and CITY OF NEW YORK,

                              Defendants.

-------------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

No. 1:23-cv-06175-JLR-SDA

**HAYLEY N. BRONNER,** duly sworn deposes and says that:

1. The deponent is not a party to the action and is 18 years of age or older.

2. On August 21, 2025, the deponent served true and correct copies of the Order, ECF Dkt. No. 113, dated August 20, 2025, and the cited unreported or online decisions upon the following person:

    Erica Febrianti
    Ericafebrianti60@gmail.com

3. The method of service was: email.

                                                          _____
                                                          Hayley N. Bronner
                                                          Assistant Corporation Counsel

Sworn to before me
this 26 day of August, 2025

_____
Notary Public

                                      MARY A. SCHNEIDER
                              Notary Public, State of New York
                              Registration No. 01SC6280761
                                    County of Queens
                              My Commission Expires May 13, 20 29