RECEIVED SOUTHERN
DISTRICT OF NY

RECEIVED SOUTHERN
DISTRICT OF NY

2025 SEP 19  PM 11:39  UNITED STATES DISTRICT COURT  PM 11:39
SOUTHERN DISTRICT OF NEW YORK

ERICA FEBRIANTI
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

23 cv 06175 JLR     )

-against-

**NOTICE OF APPEAL**

CITY OF NEW YORK
NYC HEALTH + HOSPITAL
_____

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties:     ERICA  FEBRIANTI
_____

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the     ☐ judgment   ☑ order     entered on:  08/20/25 (DOCKET 113)

(date that judgment or order was entered on docket)

that:  THE CASE FAILED TO Prosecute Because I was
Force to leave Islam as my religion, see attachment

(If the appeal is from an order, provide a brief description above of the decision in the order.)

SEPT 19, 2025
Dated

Signature

FEBRIANTI, ERICA
Name (Last, First, MI)

Homeless
Address                              City          State          Zip Code

929-615-1758                         ericafebrianti
Telephone Number                     E-mail Address (if available)

_____

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

1

This letter dedicated to **John G. Roberts, Jr., Chief Justice of the United States,** Associate justice of supreme court of America, Associate Justice Clarence Thomas, Associate Justice Samuel Alito, Associate Justice Sonia Sotomayor, Associate Justice Elena Kagan, Associate Justice  Neil Gorsuch, Associated Justice Brett Kavanaugh, Associate Justice Amy Coney Barrett , Associate Justice Ketanji Brown and  the **Chief Judge of the United States Court of Appeals for the Second Circuit,** Debra **Ann Livingston and 2nd circuit of Notice of appeal :**

Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

**U.S. Department of Justice**
**950 Pennsylvania Avenue NW**
**Washington DC 20530**

*be supplemental pleading*

*SEE PAGE 37 I should 78*
*16-702 SEE PAGE 69 - 80*

I want to report race and religious discrimination in the court room in Southern District of New York and 2nd circuit which made me not able to prosecute 2 discrimination cases in 2nd circuit (25-436 & 16-702) because Allah is my lord & Allah's commands must come first and  I never associated any partner with him and Allah's commands should come first. When I asked the court for accommodation  on my religious values on Docket 79 whether Allah first or Judge Aaron first the court after Judge Aaron made frivolous comments on TESTIMONY OF MY FAITH THE JUDGES should not said Judge Aaron first this action extremely apostasy to leave Islam as my religion the court should said "Allah first"

*→ see Page 30 - 35*

*City OF New York = SEE PAGE 61*

I requested the supreme court justice of America did not undermine my religious values on " Allah first" and I requested and I pray to Allah the most exalted and the most merciful these 6 judges will removed from the bench permanently because prophet Muhammad peace be upon him was very nice person but anything related and violated to shariah or Qur'an verse and hadith commandment he was so stern and I want the court to take the appropriate actions for these judges who made trivial decisions and frivolous Judgement  on my religious beliefs values and commitment to my Shahadah on Allah first was undermining by giving frivolous Judgements on Docket 25-436 & 16-702. *See page 60*

For this reason I am asking supreme court justice United states of America AND DEPARTMENT OF JUSTICE  to serve me  under title 6 civil right 1964 when 2 cases in 2nd circuit failed to prosecute my discrimination case because my race: Indonesian American and religion : Islam and my outfit represent my Islam as Hijaby woman which cause me denied my rights under title VI civil rights 1964 when my race& Religion as Indonesian American and Muslim made me  not able to received justice when I HAVE 2 Cases in 2nd circuit not able to proceed *because of Allah's Commands.*

All of  these 6 judges prevented to received Justice on my discrimination case and I pray these judges will received serious consequences for made trivial frivolous decisions and judgement on

*→ must come first*

" Allah first" was meaningless and for these reason I requested summary judgment to the case:

I enclosed my summary judgement with EEOC position statement for **2nd circuit case 25-436**

**2nd circuit 16702 : Amended complaint** *( 86 - 101*

Docket 23 established prior my Constructive discharged on June 8, 2015. I was constructive discharged on June 19, 2015 see docket 24. I am not binding to docket 23 which cost me denied to my first to ammend which I did not requested at the time and I am binding to docket 32 which the first amended complaint requested to the court after my constructive discharged and fmla after seeing my terminally I'll mother.

**See Page 29 30**

**On 2nd circuit: 25-436) ( Docket 79 & Docket 71, Docket 73 ) I asked the court recused Judge Aaron for undermining my religious belief on January 10, 2025 and I asked the court whether "Allah first or "Judge Aaron first" on Docket 79 and Docket 71 and both court mentioned "Judge Aaron first" these Frivolous judgement extremely infringement my religious belief and it considered Apostasy to my religion, Islam if I still engage with the proceeding with Judge Aaron considered I leave Islam as my religion**

**See Page  27**
**On 2nd circuit: 25-436) ( Docket 79 & Docket 71, Docket 73 ) I asked the court recused Judge Aaron for undermining my religious belief on January 10, 2025 and I asked the court whether "Allah first or "Judge Aaron first"  and both court mentioned "Judge Aaron first"  these Frivolous judgement extremely infringement my religious belief and it considered Apostasy to my religion, Islam if I still engage with the proceeding with Judge Aaron.**

For this reason I have  motions to recuse 6 biased, prejudice  judges who undermining and made frivolous Judgement to my religious values, Testimony of my faith Shahadah, the most sacred testimony of my faith "Allah first".(SEE PAGE 17)

**Motion to Recuse  Judge Aaron who undermining my religion on January 10, 2025 by  Docket 79, Docket 71 was rejected by Docket 80  by Judge Rochon at Southern District Court of New York and  I appealed to  2nd circuit**

**case # 25-436 was denied again by 2ⁿᵈ circuit On June 11, 2025 which cost my rights under Title VI civil rights 1964 violated "But for" My Race: Indonesian American and My religion: Islam I CANNOT PROSECUTE MY CASE AGAIN WHEN I CURRENTLY HAVE 2 DISCRIMINATION CASE IN 2ᴺᴰ CIRCUIT (25-436 & 16-702)WHICH both cases FAILED TO PROSECUTE BECAUSE the court challenging me to giving out the testimony of my Muslim faith and dedication to my religious values that I HAVE TO FULFILL ALLAH'S COMMAND FIRST THE MOST PRIORITY TO BE SERVE**

Motion:

**I need to Recused 6 biased, prejudice Judges who Judge Aaron, Judge Rochon, Judge Furman( See Page 24-89), Judge Raymond J. Lohier,Jr., Judge Susan L. Carney Judge Myrna Perez**

**I have 2 cases in 2ⁿᵈ circuit failed to be prosecute because I have to put the commitment of my religion should come first 2ⁿᵈ circuit (25-436 & 16-702).**

**I received the Judgement from 2ⁿᵈ circuit ( 25-436) dated on June 11, 2025 and denied my Religious accommodation to recuse Judge Aaron from my case and summary Judgement**

**For this reason I am asking the Supreme Court Justice of America and department of Justice to intervened on my behave to allowed me to serve my rights under TITLE VI Civil rights 1964 to prosecute my injustice discrimination case which failed to be prosecute because Allah is my lord and I never associated anything because Allah is my lord and Allah's commands should come first when Allah said in**

4

**Qur'an and Hadith it's a sin to sit with someone who undermining the religion (See page 23, when during conference Judge Aaron**

**SEE SUMMARY JUDGEMENT( 2nd circuit: 25-436)See Page 66-89**
**SEE EEOC position statement(2nd circuit 25-436)Attachment**
**SEE AMENDED COMPLAINT( 2nd circuit: 16-702)See Page 67-78**
**Request for Summary Judgement for both cases**

**( 2nd circuit: 16-702)Docket 46 stated that:**

*The only remaining question "Should Plaintiff granted to leave to amend her complaint. Although leave to amend a complaint should be freely given "when Justice so requires", Fed. R.Civ.P.15(a)(2) the courts should generally grant pro se Plaintiffs leave to amend "at least once"*

Judge Furman biased, prejudice has cost my rights under fed 15(a)(2) had been violated when my docket 32 the first amended complaint request to amend was denied , Docket 32 was denied by Judge Furman biased, prejudice and I was shocked on Docket 45 when Judge Furman granted the Starwood Worldwide summary Judgement( EX parte judgement without my amended complaint) when there are many material dispute on the case but Judge Furman biased, prejudice denied my rights under fed 15(a)(2) without allowed me to amend the complaint when Docket 32 which Judge Furman aware and acknowledge that was the first amended complaint requested to the court and the most important amended complaint I need to filled when after I was terminated on Docket 24 June 19, 2015 I am ready to disclose my race as Indonesian and sexual harassment which denied to filled by W union square HR and My protected activity has cause me less protected in the workplace.

**SEE DOCKET 55** I need to disclosed the most important material which by adding Indonesia as my race will change the entire case. As per January 2015 SDNY complaint my race as Southeast Asia non Chinese speaker because I believed by disclose my race as Indonesian will cause me

terminated from the job because the reason I was hired because the white management thought I am Filipino when I was injured my roommate disclose me as Indonesian and since the white management found out my race as Indonesian I started receive negative working performance and horrible treatment until on December 2, 2008 I was force to give it out my fulltime Starwood worldwide employee to **white Yugoslavian, Dragica Mantovic** same race as My supervisor race, Mariora Sfera or I will be terminated which force me to believed the **Starwood worldwide, Mariora Sfera, White Yugoslavian and union local 6, Randy Sullivan, White Dutch** has violated my rights under title VII race discrimination by force me to sign agreement to give it out my fulltime Starwood Employee to white NON STARWOOD EMPLOYEE.
I need to add DHR AND UNION LOCAL 6 AS DEFENDANT**( PLEASE SEE MY AMENDED COMPLAINT( PAGE 56-90)**


## 2nd circuit 16-702

**Judge Furman aware that Docket 32 was the first amended the complaint requested by me to the court and docket 32 was denied by Judge Furman "but for" Judge Furman who biased, prejudice failed to recuse himself "but for" my race and my religion, Indonesian American and Muslim and Judge Furman Jewish had granted the Starwood worldwide summary Judgement when there are many material dispute on the case and on the same time Judge Furman denied me to amend the complaint and considered docket 45, Judge Furman final judgement on my case considered "EX PARTE COMMUNICATION JUDGEMENT " WHEN THIS JUDGEMENT WITHOUT MY AMMENDED COMPLAINT AND MY FIRST REQUEST AMENDED COMPLAINT, DOCKET 32**

**In Islamic faith to serve the parents is the commandment of the religion was the third priority after serving Allah first, Prophet Muhammad Peace be upon him is the part of my religious belief that in Islam to be dutiful to parents is the part of Islamic religion.**

**2nd circuit case (16-702) was granted Summary Judgement by Judge Furman within a Year( January 15, 2015- February 8, 2016) Judge Furman give summary Judgement for the defendant on February 8, 2016**

My case 2nd circuit(25-436) had been filled since July 2023 when EEOC POSITION STATEMENT THAT there was no material cannot be dispute on the case and Judge Aaron had never construe my complain in true faith been undermining my religious belief since July 2, 2024 when he made mockery of Testimony of Allah first during off record settlement when he said my case will delayed for 5 years and when the testimony of my faith on "Allah first" only worth $5000. His statement was the most infringement of my religious belief because the value of "Allah first" in my religion was cannot be valued to worldly life as per I was explain on **the Hadith on Docket 73** that "Allah first" VERSES THE WIFE OF PHAROAH WHEN SHE CHOOSE to be stone to Death INSTEAD give out the "Allah first" statement to Phaorah.

**I wrote this letter with heavy on my chest and with tears on my face. Discrimination is hurt.**

**I need the answered why I am not entitle to my rights under title VI civil right 1964 to be able to prosecute my discrimination cases without to giving out and who let these biased, prejudice judges stand on the bench who taking the apostasy of my religious values slightly when 2nd circuit made frivolous final judgement on my case 25-436, Dated on June 11, 2025 who undermining my religion values as trivial matters and denied the summary judgement when there was no other material to dispute since July 2023 when EEOC position statement**

**my case in 2016 Judge Furman granted the summary Judgement to the Starwood worldwide within a year ( January 2015- February 2016)when there are material dispute on the case when my first amended complaint, Docket 32 was denied by biased, prejudice Judge Furman.**

**I am asking supreme court justice united states of America to serve my rights under** Religious Freedom case under Groff v. DeJoy, 35 F. 4th 162, 166 (3d Cir. 2022) should apply to everyone, every citizen regarding of their race, religion, ethnicity, protected activity, their status I.E homeless, etc and I wanted the law of supreme court united states was applied to every one and should be allowed binding to the law <u>Supreme Court Justices are bound by 28 U.S. Code § 455</u> when the prose party have rights to recused the judge when she or he believed the judge cannot reasonably do impartial on her or his

case "BUT FOR" MY RACE AND RELIGION AS INDONESIAN AMERICAN MUSLIM.

Why 2nd circuit think  Apostasy on my testimony of faith in Allah first meaningless than Judge Aaron undermining my religion ,when On Docket 79 & Docket 71  I asked the court "Allah first or Judge Aaron first when the court said Judge Aaron first which he  cannot be recused. why Judge Aaron was more important than Allah first?

currently I have both cases similar to this one when my previous case in 2nd circuit 16-702 not able to be prosecute "but for" Allah's command must come first ( in Islam to serve the parents is type of worship )when I choose to visit terminally ILL mother instead Amended complaint, docket 28) which cost me adverse when  request to amend , docket 32 was denied by biased, prejudice Judge Furman.

My 2nd circuit case( 25-436 and 16-702), both cases failed to be prosecute when the 2nd circuit & Defendant  has challenging me to choose between to give it out  the commitment of my Faith, Shahadah in Islam on "Allah first" in order to proceed with my case

I must be sacrifice religious values  in order to be proceed with my case but I choose to Islam as my religion by followed the commandment of Allah was more priority for me for this reason I am asking the supreme court united states of America not denied my rights under title VI civil rights 1964  to handle with my case for religious freedom rights in the court room "but for" all these judges was biased, prejudice shame on these judges.

# Allah first as my first choice (2nd circuit:25-436, Allah first verses Judge Aaron first) and (2nd circuit :16-702 my Mother first to be serve Verses instead of amended the complaint.

**Southern District of New York & 2nd circuit denied my rights under title VI civil rights 1964 force me to leave Islam as my religion in order to proceed with my discrimination case when I was asked SDNY and the 2nd circuit court regarding recusal Judge Aaron on Docket 79 and Docket 71 whether "Allah first" or "Judge Aaron first" and Judge Rochon ORDER AT DOCKET 80 at Southern District of New York stated that "Judge Aaron first" which this statement extremely infringement my religious belief when in Islam, "Allah first" one of the first pillar is considered the first fundamental statement in Shahadah.**

The first and foremost fundamental component of Islam is the faith called "**Shahadh**". It is the proclamation of that "no one has right to worship except one (Allah) and the Muhammad (PBUH) is the messenger of ALLAH. **which for sake of my religious belief to stay as Believer to keep Islam as my religion I have to asked the Supreme Court Justice of America UNDER TITLE VI CIVIL RIGHTS 1964 TO SERVE ME AND to intervene for my injustice CASE to handle my case when MY CASE WAS HANDLE BY BIASED, PREJUDICE WHO DENIED MY RIGHTS FOR the religious Freedom IN THE COURT ROOM**

the recent Religious Freedom case **under Groff v. DeJoy, 35 F. 4th 162, 166 (3d Cir. 2022)** did not apply to me **"but for"** biased prejudice judgeS in 2nd circuit AND SOUTHERN DISTRICT OF NEW YORK

I believed I had been denied my rights under Title VI civil rights 1964 because of my race as Indonesian American and religion: Islam made me not able to prosecute my case twice in 2nd circuit ( **25-436 & 16-702) and 2 in Department of Human rights** because of dedication to fulfill of religious values that Allah's command should always come first.

Southern District of New York when my case was denied to appealed by 2nd circuit and stricken order more than 3 times since February 25, 2025 and the recent 2nd circuit Judgement dated On June 11, 2025 was biased, prejudice , under estimate, made frivolous judgement of my religion

fundamental on the testimony of my faith, SHAHADAH ON "ALLAH FIRST" as trivial matters to judges and my religious freedom values were undermining at 2nd circuit and SDNY court as trivial matters and the 2nd circuit frivolous Judgement I felt I was treated differently because My race as Indonesian and Muslim woman has cause my religious freedom rights in the court failed to be accommodated and my summary judgement was denied by 2nd circuit when there was no material dispute on the case which EEOC position statement was the prove there was no material cannot be dispute on my case but Judge Aaron told me his intention was to dismissed the case when he said " **I want to dismissed the case but I can't"** when Judge Aaron breach his judicial conduct and breach his integrity giving false statement about something I did not said on Docket 64, Docket 70 and Docket 75 but all of these I found out after he was already recuse for undermining the word of Allah ON JANUARY 10, 2025 when I went to check my record on room 370 I found out Judge Aaron should removed from the bench by made false statement about something I did not said during conference.

when my case in **2nd circuit in 2016(16-702**) Judge Furman biased, prejudice "but for" my race and religion as I am as Muslim Indonesian American and Judge Furman is Jewish when he was granted summary Judgement for Starwood worldwide within a year( **JANUARY 2015 – FEBRUARY 8, 2016)** when there are many material dispute on my case when Judge Furman said the duty to the court not to rewrite the case but he denied my first amended complaint requested to the court on docket 32 .

My case 2nd circuit(25-436) had been filled since July 2023 when there was no material cannot be dispute on the case and Judge Aaron had been undermining my religious belief since July 2, 2024 when he made mockery of Testimony of Allah first during off record settlement when he said my case will delayed for 5 years and when the testimony of my faith on "Allah first" only worth $5000. His statement was the most infringement of my religious belief because the value of "Allah first" in my religion was cannot be valued to worldly life as per I was explain on **the Hadith on Docket 73** that "Allah first" VERSES THE WIFE OF PHAROAH WHEN SHE CHOOSE to be stone to Death INSTEAD give out the "Allah first" statement to Phaorah.

11

**Judge Aaron said he will followed the footstep of Judge Furman who biased, prejudice & Judge Aaron has breach his judicial conduct "but for" his purpose was to dismissed my case not to find the discrimination and Judge Aaron said I am in the wrong court and his jobs was to threw the case out of the way**

Judge Aaron said on off record July 2, 2024 he brought the jury to the stand when my court rule is bench trial . Judge Aaron said my testimony of faith on "ALLAH FIRST" only worth $5000 when he said this $ 5000 just the favor from the court because soon or later the court will dismissed the case and I will end up like my case in 2016 but my case in 2016 was not able to proceed because Judge Furman biased, prejudice has cost my rights under fed 15(a)(2) had been violated when my docket 32 the first amended complaint request to amend was denied , Docket 32 was denied by Judge Furman biased, prejudice and I was shocked on Docket 45 when Judge Furman granted the Starwood Worldwide summary Judgement when there are many material dispute on the case but Judge Furman biased, prejudice denied my rights under fed 15(a)(2) without allowed me to amend the complaint when Docket 32 was the first amended complaint requested to the court.

I need to disclosed the most important material which by adding Indonesia as my race will change the entire case.

My protected activity made me believed I will be fired by disclose my race as Indonesian **( See Docket 55)** at my **DHR complaint and Southern District of New York complaint** when the reason white eastern european management ( Erica Jackso, white Hungarian and Mariora Sfera, white Yugoslavian) hired me On June 12, 2005 because **they thought I am Filipino** when Mariora Sfera, White Yugoslavian introduce me to coworkers as Filipino but after my roommate disclose my race as Indonesian I started receive negative working performances, write-ups and negative comments on my work performance until leading to the altercation when Mariora Sfera called me to the office and she brought union delegate, Vincent Ortega, Dominican Republic when

**Allah first is considered the sacred, testimony of my faith, Shahadah which should not be associated anything else and The court should not said " Judge Aaron cannot be recuse" this judgement considered leave Islam as my religion.**

Allah first should be and always stay alone without association or less value with Judge Aaron first which for sake of my religious belief to stay as Believer to keep Islam as my religion I had to asked the Supreme Court Justice of America to handle my case when the religious Freedom on the recent Religious Freedom case under Groff v. DeJoy, 35 F. 4th 162, 166 (3d Cir. 2022) to accept my rights under title VI civil right 1964.

Judge Furman denied My docket 32 is the first amended complaint requested to the court but denied by biased, prejudice Judge Furman when Judge Furman rush the summary judgement for the defendant within a year when he was aware that there are so many material to dispute when Judge Furman said the "Duty of the court not to rewrite the case" but Judge Furman biased, prejudice denied my first amended complaint requested to the court, Docket 32 when There was none amended complaint requested by me instead on Docket 28, Judge Furman asking me to amend on his judgement on Docket 23 and on Docket 3, Prose unit trick me to put the supervisors name on the case but my docket 32 was the only and the first amended complaint requested to the court when I need to disclose the most important material to the case when the defendant terminated from the job on Docket 24 ( June 19, 2015 now I was able and ready to disclose my race as Indonesian which this material will change the whole case because the reason I was not able to disclose my race as Indonesian prior my case at DHR and on Southern District court because I believed I will be terminated from the job because the reason white management hired me because they thought I am Fillipno and my roommate disclosed me as Indonesian has cause me facing hostility working environment and constructive discharge see Docket 24, June 19, 2015 the starwood worldwide terminated from my job related to my internal complaint "DIscrimina to amend the complaint was denied and Allah first to be serve and 2nd circuit denied my summary judgement when EEOC position statement indicated there is no material dispute to the case.

For this reason I requested the supreme court justice to serve my rights to appealed to my 2nd circuit case ( 25-436 & 16-702) which not

able to prosecute because of dedication to my religious values ALLAH"S commands should come first which cause me lose my rights under title VI civil rights 1964 to pursue my discrimination cases that I must sacrifice my religious values in order to proceed and prosecute which I choose to be firm to be Islam as my religion and Allah's command to see my terminally ILL mother should come first instead of amended the complaint, docket 28) and Docket 32

I am asking Supreme Court to handle my injustice case because both 2nd circuit cases (16-702 and 25-436)both of cases not able to prosecute because of my dedication to my religion and submission myself to Allah command.

For this reason I am seeking justice for my 2 cases not able to prosecute (25-436 and 16-702) which "but for" 2nd circuit case 16-702 not able to prosecute it has cause me facing another discrimination 2nd circuit 25-436 when both cases not able to prosecute "but for" the court challenging me to choose to leave Islam as my religion ( Apostasy of my religious values, Shahadah) and 2nd circuit 16-702 I was denied the first amended complaint requested to the court ( Docket 32) filled the amended complaint by Judge Furman biased, prejudice when Docket 32 I was put my priority to serve my mother first instead amended complaint, docket 28

For this reason:

I enclosed the summary Judgement( 2nd circuit : 25-436) and My amended complaint(2nd circuit: 16-702) and I requested motion both cases requested for summary judgement for both cases

Currently both court Southern District of New York and 2nd circuit (25-436 )denied my religious accommodation when I asked the Southern District court of New York whether "Allah first" or "Judge Aaron first" on Docket 79 and Docket 71 the court said "Judge Aaron first" and 2nd circuit keep rejecting my appealed striking from the docket since February 2025 and keep forcing me to engage with Judge Aaron presiding. For this reason I am asking the Supreme Court Justice Of America to intervene with my case and request for summary judgement both 2nd circuit cases(25-436 & 16-702) and recuse all

judges who undermining, made frivolous Judgement when I asked the court Allah first and Judge Aaron first and the court said Judge Aaron first.

Southern District of New York and 2nd circuit force me to leave Islam as my religion in order to proceed with my case when I was asked the court regarding recusal Judge Aaron whether "Allah first" or Judge Aaron first and the both court stated that "Judge Aaron first" this statement extremely infringement my religious belief in Islam because Allah first is considered the sacred, testimony of my faith which should not be associated anything else and Allah first should be and always stay alone without association or less value with Judge Aaron first which for sake of my religious belief to stay as Believer to keep Islam as my religion I had to asked the Supreme Court Justice of America to handle my case when the religious Freedom on the recent Religious Freedom case under Groff v. DeJoy, 35 F. 4th 162, 166 (3d Cir. 2022) to accept my rights under title VI civil right 1964.

2nd circuit and Southern District of New York exclude my rights to seek justice on my 2 discrimination case at 2nd circuit not able to prosecute 2nd circuit "BUT FOR" I HAVE TO PUT MY COMMITMENT OF MY RELIGION first (25-436 and 16-702) religious freedom rights did not apply to me "but for" My race as Indonesian and Muslim woman.

Me, Myself and Mr. Groff have the same intention of believed what God revealed to him in Bible and What Allah revealed to me in Qur'an and the Prophet Muhammad peace be upon him mentioned on the hadith when the law just apply to him(Mr. Groff) but not for me because he is white and he is Christian when Mr. Groff belief that he should not force to work on Sabbath and I am not supposed to leave Islam as my religion in order to work at NYC health Hospital on April 9, 2022 and Proceed with the case at Southern District of New York and 2nd circuit after January 10, 2025 when all of them ( NYC Health+Hospital, City of New York( Defendant) , Southern District Court of New York, 2nd circuit) asking to leave Islam as my religion by forcing to accept Judge Aaron to proceed with my case regardless he was biased, prejudice and the court push me to leave Islam as my religion and I refuse and currently I choose Islam is my religion and "Allah first" to be serve my best priority when in Islam religion the purpose of life to worship Allah

alone with associated partner with anything  Else whether job, Judge and **Allah** is the first to be serve in order to stay to be Muslim.

I submitted the appealed to 2nd circuit on February 25, 2025, 2nd circuit:25-436 and I submitted all the require forms more than 3 times but my case was under strike order many time and according to Case Manager at 2nd circuit the homeless litigant not allowed to filled the complaint at  2nd circuit but I have been homeless because I lose the job because of  job discrimination.

 I received Judgement  from 2nd circuit and Judge Aaron biased, Prejudice still presiding my case  and I already provide the verse from the Qur'an and Hadith the reason of my recusal of Judge Aaron but Southern District of New York insulted Islam as my religion when Southern District of New York undervalue of the Qur'anic verse and the hadith verse and Overrule to recusal Judge Aaron  now I need the supreme court Justice united states of America to intervene for my behave in order for me to received Justice. I believed the court should help me to take me out from mistreatment injustice from 2nd circuit who failed to address my discrimination in the court house     when the court discriminating my rights on  religious freedom law did not apply to me because of my race: Indonesian and My religion : Islam when my rights was differ than Mr. Groff on religious Freedom under Groff v. DeJoy, 35 F. 4th 162, 166 (3d Cir. 2022) the law just apply to Mr. Groff because he is white Christian  and  now  my appealed to recuse Judge Aaron was not address properly by 2nd Circuit when Southern District disgrace my religious belief when I was provide the reason my recusal Judge Aaron "but for" his action infringement to my religious belief by Providing the Qur'an verse and the Hadith which was the most guidance in Islam But Southern District reply  the overrule my recusal with defense by using case brief from another case brief made less value of the Qur'an and the Hadith. This is infringement of my religious belief when the Southern District court undermining the holy book Qur'an and the Hadith when I asked the Southern District of New York "Allah first" Or "Judge Aaron first" and the court said "Judge Aaron first".

**I believed Judge Rochon also biased, prejudice and should be recuse from my case when I gave her the recusal Judge Aaron related to my religious belief by providing the verse**

from the Qur'an and hadith but she answered with case brief from another judge I.E human Judgement when she also considered ridiculed and undermining my religious belief when the Qur'an and the Hadith is my guidance as Muslim but anyway Judge Aaron should not undermining the religious belief principle of my testimony of my faith, Shahadah on "Allah first" on off record conference that considered intentional to mischief and also both Judges denied my religious accommodation( See email request religious accommodation sent to Judge Aaron emailed) when they( Both Judge) have acknowledgement that I need half hour recess prior prayer time but on October 2, 2024 the conference was held right half hour prior my prayer time (3;30 pm) and my prayer time was at 4:00 pm but I did not said nothing because both judges wanted me to say something so they will delayed my case more further but I am as homeless woman struggle living on the street but both judges deliberately removed ADA & Retaliation from my case when See Docket 72 and See Docket 76 when I request for Explanation why my ADA& Retaliation claim was removed and My Docket 65 was amended to Docket ECF 1 which I believed both Judge intentional to mischief to copy Judge Furman tactic by accusing me amended complaint more than once but the facts I came to fixed typographical error but according to Docket 86 the defendant said I had amended complaint more than 3 times. See Docket 86 2nd circuit; 25-436

Southern District of New York  has made the Qur'an verse and the Hadith verses was less superior than Human law because Qur'an was the word of Almighty and Judge Rochon comparing Qur'an with another case brief and comparing the case briefs was more valuable than Qur'an Verse on my religion and decide judge Aaron not to be recuse as Southern District Court priority because as Judge, Judge Aaron should not made frivolous statement about the prose religious commitment and it's a sin to listen to his ruling when he already made fun

on my religious commitment and I am indeed really offended by January 10, 2025 incident was outrageous **especially when Judge Aaron recite the word "Allah it sound mockery on "Allah first"** Judge Aaron denied the wrongdoing because Judge Aaron was phony and fake, biased, prejudice, I swear under the name Of Allah who wallahi Judge Aaron recite ;"Alah….. defense counsel laugh on my religious commitment on "Allah first" he did that to me and I was offended and I cannot except Judge Aaron action he definitely biased, prejudice and as Muslim I must follow Qur'an and the Hadith and it's Almighty word and must above and precious than humans word and the hadith because indeed judge Aaron undermining my religious beliefs on January 10 2025 when judge Aaron recite the word "Allah...... and said supreme court did not binding to any religious doctrine and judge Aaron order the defense counsel no need to reply my discovery on Allah first it's sin for me to sit in his court room.

I am currently not only facing the employers and defendants and I am currently facing discrimination against the judges who biased, prejudice too who **FAILED TO RECUSE, AND refuse to be recuse, the judges at 2nd circuit who undervalue, made frivolous Judgement , failed to address my sacred the testimony of my faith Shahadah in a good faith ( Judge Aaron, Judge Rochon 2nd circuit 25-436) cause me injustice treatment I believed because of my race, religion and my protected activity.**

my race as Indonesian and my religion is Muslim has made me not able to pursue my justice on my discrimination 2 different cases in 2nd circuit failed to prosecute ( **25-436 and 16-702**) my case not able to be prosecute it because of religious reasons and my loyalty of commitment to my religion and Allah"s command should come first. Everything should be under the name of Allah

All Judges biased, prejudice CAUSE ME INJUSTICE ON MY DISCRIMINATION IN 2016(**2ND CIRCUIT: 16-702**) AND "BUT FOR" (**2nd Circuit 16-702**) FAILED TO PROSECUTE MADE ME FACING THE SAME CONSTRUCTIVE DISCHARGE AGAIN and again(**2ND CIRCUIT; 25-436**) WHEN THE JUDGES, DEFENSE COUNSELS & DEFENDANT USE THE SAME TACTIC OF DISCHARGE WHEN BOTH CASE I was denied my religious freedom rights in the court room.

I need to recused 6 judges from 2nd circuit and Southern District of New York who take my religious commitment Shahadah "Allah first" as trivial matters and for taking the Apostasy of Shahadah on "Allah first" dedication to my religious values as slightly matter in the court room

I have 2 cases in **2nd circuit;(25-436), 2ND CIRCUIT;16-702** and one cases in Department of Human rights(DHR) filled on December 2, 2008 not able to prosecute which causing me facing back to back discrimination since 2016 and Discrimination like my daily bread.

Biased, prejudice judges shame on them. They were graduated from Ivy league university to be biased, prejudice judges who failed to address and respect my religious values in the court room and the judges stand together denied my rights under title VI civil rights 1964 to serve and  seek justice to serve my discrimination case when I was force to leave Islam in order to proceed with my case by forcing me to become Apostasy to my religious belief when I was denied my rights under title VI civil rights 1964 the law and the court's Law should applied to every one regardless their race, religion and their protected activity0

These Biased, Prejudice Judges  taking my recusal Judge Aaron slightly because my religion islam and my race as Indonesian American and these Judges who undermining my religion as  a trivial,  undermining, made frivolous judgement by taking my Apostasy on my religious value on "Allah first"  less important than Judge Aaron cannot be recuse.
Shame on these Judges they graduated from Ivy League in order to be biased, prejudice to serve certain race and religion in the court and failed to recused themselves when his biased, prejudice not able to act impartial to my case.

**"BUT FOR" my race: Indonesian American and I am Muslim 2nd circuit denied my religious freedom rights in the court room that as prose my religious values should not be mocked, ridicule, made frivolous statement which recused Judge Aaron had been denied and I think I need to recused Judge Rochon too by answered my recusal Judge Aaron( Docket 79 ) when I provide the reason of recusal with the Qur'an and the Hadith verse and Judge Rochon reply on Docket 80 that my religion "not easy to decipher" and reply my Qur'an and the hadith verse less superior than  Human verse( Case Brief ) from another Judge Decision this extremely infringement  apostasy on my religious belief when Docket 79 I asked the court Allah first or Judge Aaron first and the court said Judge Aaron First cannot be recuse. Shame on these Judges to be biased, prejudice because of my race**

and religion I was denied my rights under title VI civil rights 1964 when I have 2 cases in 2nd circuit cannot be prosecute except I have to leave Islam as my religion because I have to put to fulfill the commands of "Allah first"

For this reason I requested Supreme Court Justice of America to respect my religious values and recused all of these 6 judges from my case and from their bench too and their biased, prejudice cause harm to me and force me to choose to performed Apostasy or Leave Islam as my religion when On Docket 79 I was asked Allah first or Judge Aaron First and all of these judges made frivolous judgement on my religious values as frivolous Judgement by saying "Judge Aaron cannot be recuse"

**Southern District of New York and 2nd circuit force me to leave Islam as my religion in order to proceed with my discrimination case by denied my recusal judge Aaron who undermining my religion on January 10, 2025 when I asked "Allah first or Judge Aaron " on Docket 79 and On docket 80 Judge Rochon said "Judge Aaron first" and 2nd circuit judges join to be biased, prejudice judges by denied to reply on my religious accommodation and made frivolous judgement on my religious values as trivial matters on their judgement on my**
**2nd circuit case # 25-436**

**All of these Judges should be ashamed and I hope supreme court Justice will not underestimated to recused these biased, prejudice judges who undermining my religion and made frivolous**

**statement on my religion when Judge Aaron started to recited the word "Allah...... Supreme court Justice did not binding to any religious doctrine"**

**All of these Judges wasted my time, my energy and tax payers money in order to be impartial but now I just put my hope in Allah only and the last door I am going to knock is supreme court Justice of America**

**My Docket 79 and Docket 71 denied  by 2nd circuit (25-436) on June 11, 2025.**

**I need the answered for my rights under title VI civil right 1964 who let these biased, prejudice judges stand on the bench and I am asking supreme court justice united states of America to serve my rights under** Religious Freedom case **under  Groff v. DeJoy, 35 F. 4th 162, 166 (3d Cir. 2022) should apply to everyone, every citizen regarding of their race, religion, ethnicity, protected activity,  their status I.E homeless, etc and I wanted the law of  supreme court united states was applied to every one and should be allowed binding to the law Supreme Court Justices are bound by 28 U.S. Code § 455** when the prose party have rights to recused the judge when she or he believed the judge cannot reasonably do impartial on her or his case "BUT FOR" MY RACE AND RELIGION AS INDONESIAN AMERICAN MUSLIM.

**Currently both court Southern District of New York and 2nd circuit denied my religious accommodation when I asked the Southern District court of New York whether "Allah first" or "Judge Aaron first" on Docket 79 and Docket 71 the court said "Judge Aaron first" and 2nd circuit keep rejecting my appealed striking from the docket since**

**February 2025 and keep forcing me to engage with Judge Aaron presiding. For this reason I am asking the Supreme Court Justice Of America to intervene with my case and request for summary judgement and recuse all judges who undermining, made frivolous statement when I asked the court Allah first and Judge Aaron first and the court said Judge Aaron first.**

**Southern District of New York and 2nd circuit force me to leave Islam as my religion in order to proceed with my case when I was asked the court regarding recusal Judge Aaron whether "Allah first" or Judge Aaron first and the both court stated that "Judge Aaron first" this statement extremely infringement my religious belief in Islam because Allah first is considered the sacred, testimony of my faith which should not be associated anything else and Allah first should be and always stay alone without association or less value with Judge Aaron first which for sake of my religious belief to stay as Believer to keep Islam as my religion I had to asked the Supreme Court Justice of America to handle my case when the religious Freedom on** the recent Religious Freedom case **under Groff v. DeJoy, 35 F. 4th 162, 166 (3d Cir. 2022) to accept my rights under title VI civil right 1964.**

**2nd circuit and Southern District of New York exclude my rights to seek justice on my 2 discrimination case at 2nd circuit not able to prosecute 2nd circuit "BUT FOR" I HAVE TO PUT MY COMMITMENT OF MY RELIGION first (25-436 and 16-702) religious freedom rights** did not apply to me "but for" My race as Indonesian and Muslim woman.

**Me, Myself and Mr. Groff have the same intention of believed what God revealed to him in Bible and What Allah revealed to me in Qur'an and the Prophet Muhammad peace be upon him mentioned on the hadith** when **the law just apply to him(Mr. Groff) but not for me because he is white and he is Christian** when Mr. Groff belief that he should not force to work on Sabbath and I am not supposed to leave Islam as my religion in **order to work at NYC health Hospital on April 9, 2022** and **Proceed with the case at Southern District of New York and 2nd circuit after January 10, 2025** when all of them ( **NYC Health+Hospital, City of New York( Defendant) , Southern District Court of New York, 2nd circuit)** asking to leave Islam as my religion by forcing to accept Judge Aaron to proceed with my case regardless he was biased, prejudice and

the court push me  to leave Islam as my religion  and I refuse and **currently I choose Islam is my religion** and  "**Allah first**" to be serve  my best priority when in Islam religion the purpose of life to **worship Allah alone with associated partner with anything  Else** whether job, Judge and **Allah is the first to be serve in order to stay to be Muslim.**

I submitted the appealed to 2nd circuit on February 25, 2025, 2nd circuit:25-436 and I submitted all the require forms more than 3 times but my case was under strike order many time and according to Case Manager at 2nd circuit the homeless litigant not allowed to filled the complaint at  2nd circuit but I have been homeless because I lose the job because of  job discrimination.

I received Judgement  from 2nd circuit and Judge Aaron biased, Prejudice still presiding my case  and I already provide the verse from the Qur'an and Hadith the reason of my recusal of Judge Aaron but Southern District of New York insulted Islam as my religion when Southern District of New York undervalue of the Qur'anic verse and the hadith verse and Overrule to recusal Judge Aaron  now I need the supreme court Justice united states of America to intervene for my behave in order for me to received Justice. I believed the court should help me to take me out from mistreatment injustice from 2nd circuit who failed to address my discrimination in the court house     when the court discriminating my rights on  religious freedom law did not apply to me because of my race: Indonesian and My religion : Islam when my rights was differ than Mr. Groff on religious Freedom under Groff v. DeJoy, 35 F. 4th 162, 166 (3d Cir. 2022) the law just apply to Mr. Groff because he is white Christian  and  now  my appealed to recuse Judge Aaron was not address properly by 2nd Circuit when Southern District disgrace my religious belief when I was provide the reason my recusal Judge Aaron "but for" his action infringement to my religious belief by Providing the Qur'an verse and the Hadith which was the most guidance in Islam But Southern District reply  the overrule my recusal with defense by using case brief from another case brief made less value of the Qur'an and the Hadith. This is infringement of my religious belief when the Southern District court undermining the holy book Qur'an and the Hadith when I asked the Southern District of New York "Allah first" Or "Judge Aaron first" and the court said "Judge Aaron first".

I believed Judge Rochon also biased, prejudice and should be recuse from my case when I gave her the recusal Judge Aaron related to my religious belief by providing the verse from the Qur'an and hadith but she answered with case brief from another judge I.E human Judgement when she also considered ridiculed and undermining my religious belief when the Qur'an and the Hadith is my guidance as Muslim but anyway Judge Aaron should not undermining the religious belief principle of my testimony of my faith, Shahadah on "Allah first" on off record conference that considered intentional to mischief and also both Judges denied my religious accommodation( See email request religious accommodation sent to Judge Aaron emailed) when they( Both Judge) have acknowledgement that I need half hour recess prior prayer time but on October 2, 2024 the conference was held right half hour prior my prayer time (3;30 pm) and my prayer time was at 4:00 pm but I did not said nothing because both judges wanted me to say something so they will delayed my case more further but I am as homeless woman struggle living on the street but both judges deliberately removed ADA & Retaliation from my case when See Docket 72 and See Docket 76 when I request for Explanation why my ADA& Retaliation claim was removed and My Docket 65 was amended to Docket ECF 1 which I believed both Judge intentional to mischief to copy Judge Furman tactic by accusing me amended complaint more than once but the facts I came to fixed typographical error but according to Docket 86 the defendant said I had amended complaint more than 3 times. See Docket 86
2nd circuit; 25-436

Southern District of New York, Judge Rochon  has made the Qur'an verse and the Hadith verses was less superior than Human law because Qur'an was the word of Almighty and Judge Rochon comparing Qur'an with another case brief and comparing the case briefs was more

**valuable than Qur'an Verse** on my religion and decide **judge Aaron not to be recuse as Southern District Court priority** because as Judge, **Judge Aaron should not made frivolous statement about the prose religious commitment** and it's a sin to listen to his ruling when he already made fun on my religious commitment and I am indeed really offended by January 10, 2025 incident was outrageous e**specially when Judge Aaron recite the word "Allah it sound mockery on "Allah first"** Judge Aaron denied the wrongdoing because Judge Aaron was phony and fake, biased, prejudice, I swear under the name Of Allah who wallahi Judge Aaron recite ;"Alah..... defense counsel laugh on my religious commitment on "Allah first" he did that to me and I was offended and I cannot except Judge Aaron action he definitely biased, prejudice and as Muslim I must follow Qur'an and the Hadith and it's Almighty word and must above and precious than humans word and the hadith because indeed judge Aaron undermining my religious beliefs on January 10 2025 when judge Aaron recite the word "Allah...... and said supreme court did not binding to any religious doctrine and judge Aaron order the defense counsel no need to reply my discovery on Allah first it's sin for me to sit in his court room.

**I need to Recused: Judge Aaron, Judge Rochon, Judge Furman, Judge Raymond J. Lohier,Jr., Judge Susan L. Carney Judge Myrna Perez**

Motion to Recuse Judge Aaron on Docket 79, Docket 71 was rejected by Docket 80 and I appealed to 2nd **circuit case # 25-436 was denied again by 2nd circuit On June 11, 2025**

**Southern District of New York and 2nd circuit force me to leave Islam as my religion in order to proceed with my discrimination case by denied my recusal judge Aaron who undermining my religion on January 10, 2025 when I asked "Allah first or Judge Aaron " on Docket 79 and On docket 80 Judge Rochon said "Judge Aaron first" and 2nd circuit judges join to be**

biased, prejudice judges by denied to reply on my religious accommodation and made frivolous judgement on my religious values as trivial matters on their judgement on my
2nd circuit case # 25-436

All of these Judges should be ashamed and I hope supreme court Justice will not underestimated to recused these biased, prejudice judges who undermining my religion and made frivolous statement on my religion when Judge Aaron started to recited the word "Allah...... Supreme court Justice did not binding to any religious doctrine"

All of these Judges wasted my time, my energy and tax payers money in order to be impartial but now I just put my hope in Allah only and the last door I am going to knock is supreme court Justice of America

My Docket 79 and Docket 71 denied by 2nd circuit (25-436) on June 11, 2025.
I need the answered for my rights under title VI civil right 1964 who let these biased, prejudice judges stand on the bench and I am asking supreme court justice united states of America to serve my rights under Religious Freedom case under Groff v. DeJoy, 35 F. 4th 162, 166 (3d Cir. 2022) should apply to everyone, every citizen regarding of their race, religion, ethnicity, protected activity, their status I.E

homeless, etc and I wanted the law of supreme court united states was applied to every one and should be allowed binding to the law <u>Supreme Court Justices are bound by 28 U.S. Code § 455</u> when the prose party have rights to recused the judge when she or he believed the judge cannot reasonably do impartial on her or his case "BUT FOR" MY RACE AND RELIGION AS INDONESIAN AMERICAN MUSLIM.

Currently both court Southern District of New York and 2nd circuit denied my religious accommodation when I asked the Southern District court of New York whether "Allah first" or "Judge Aaron first" on Docket 79 and Docket 71 the court said "Judge Aaron first" and 2nd circuit keep rejecting my appealed striking from the docket since February 2025 and keep forcing me to engage with Judge Aaron presiding. For this reason I am asking the Supreme Court Justice Of America to intervene with my case and request for summary judgement and recuse all judges who undermining, made frivolous statement when I asked the court Allah first and Judge Aaron first and the court said Judge Aaron first.

Southern District of New York and 2nd circuit force me to leave Islam as my religion in order to proceed with my case when I was asked the court regarding recusal Judge Aaron whether "Allah first" or Judge Aaron first and the both court stated that "Judge Aaron first" this statement extremely infringement my religious belief in Islam because Allah first is considered the sacred, testimony of my faith which should not be associated anything else and Allah first should be and always stay alone without association or less value with Judge Aaron first which for sake of my religious belief to stay as Believer to keep Islam as my religion I had to asked the Supreme Court Justice of America to handle my case when the religious Freedom on the recent Religious Freedom case under **Groff v. DeJoy, 35 F. 4th 162, 166 (3d Cir. 2022) to accept my rights under title VI civil right 1964.**

2nd circuit and Southern District of New York exclude my rights to seek justice on my 2 discrimination case at 2nd circuit not able to prosecute 2nd circuit "BUT FOR" I HAVE TO PUT MY COMMITMENT OF MY RELIGION first (25-436 and 16-702) religious freedom rights did not apply to me "but for" My race as Indonesian and Muslim woman.

**Me, Myself and Mr. Groff have the same intention of believed what God revealed to him in Bible  and What Allah revealed to me in Qur'an and the Prophet Muhammad peace be upon him mentioned on the hadith** when **the law just apply to him(Mr. Groff) but not for me because he is white and he is Christian** when Mr. Groff belief that  he should not force to work on Sabbath and I am not supposed to leave Islam as my religion in **order to work at NYC health Hospital on April 9, 2022** and **Proceed with the case at Southern District of New York and 2nd circuit  after January 10, 2025** when all of them ( **NYC Health+Hospital, City of New York( Defendant) , Southern District Court of New York, 2nd circuit)** asking to leave Islam as my religion by forcing to accept Judge Aaron to proceed with my case regardless he was biased, prejudice and the court push me  to leave Islam as my religion  and I refuse and **currently I choose Islam is my religion** and  "**Allah first**" to be serve  my best priority when in Islam religion the purpose of life to **worship Allah alone with associated partner with anything  Else** whether job, Judge and **Allah is the first to be serve in order to stay to be Muslim.**

I submitted the appealed to 2nd circuit on February 25, 2025, 2nd circuit:25-436 and I submitted all the require forms more than 3 times but my case was under strike order many time and according to Case Manager at 2nd circuit the homeless litigant not allowed to filled the complaint at  2nd circuit but I have been homeless because I lose the job because of  job discrimination.

 I received Judgement  from 2nd circuit and Judge Aaron biased, Prejudice still presiding my case  and I already provide the verse from the Qur'an and Hadith the reason of my recusal of Judge Aaron but Southern District of New York insulted Islam as my religion when Southern District of New York undervalue of the Qur'anic verse and the hadith verse and Overrule to recusal Judge Aaron  now I need the supreme court Justice united states of America to intervene for my behave in order for me to received Justice. I believed the court should help me to take me out from mistreatment injustice from 2nd circuit who failed to address my discrimination in the court house     when the court discriminating my rights on  religious freedom law did not apply to me because of my race: Indonesian and My religion : Islam when my rights was differ than Mr. Groff on religious Freedom under Groff v. DeJoy, 35 F. 4th 162, 166 (3d Cir. 2022) the law just apply to Mr. Groff because he is white Christian  and  now  my appealed to

recuse Judge Aaron was not address properly by 2nd Circuit when Southern District disgrace my religious belief when I was provide the reason my recusal Judge Aaron "but for" his action infringement to my religious belief by Providing the Qur'an verse and the Hadith which was the most guidance in Islam But Southern District reply the overrule my recusal with defense by using case brief from another case brief made less value of the Qur'an and the Hadith. This is infringement of my religious belief when the Southern District court undermining the holy book Qur'an and the Hadith when I asked the Southern District of New York "Allah first" Or "Judge Aaron first" and the court said "Judge Aaron first".

I believed Judge Rochon also biased, prejudice and should be recuse from my case when I gave her the recusal Judge Aaron related to my religious belief by providing the verse from the Qur'an and hadith but she answered with case brief from another judge I.E human Judgement when she also considered ridiculed and undermining my religious belief when the Qur'an and the Hadith is my guidance as Muslim but anyway Judge Aaron should not undermining the religious belief principle of my testimony of my faith, Shahadah on "Allah first" on off record conference that considered intentional to mischief and also both Judges denied my religious accommodation( See email request religious accommodation sent to Judge Aaron emailed) when they( Both Judge) have acknowledgement that I need half hour recess prior prayer time but on October 2, 2024 the conference was held right half hour prior my prayer time (3;30 pm) and my prayer time was at 4:00 pm but I did not said nothing because both judges wanted me to say something so they will delayed my case more further but I am as homeless woman struggle living on the street but both judges deliberately removed ADA & Retaliation from my case when See Docket 72 and See Docket 76 when I request for Explanation why my ADA& Retaliation claim was removed and My Docket 65 was amended to Docket ECF 1 which I

**believed both Judge intentional to mischief to copy Judge Furman tactic by accusing me amended complaint more than once but the facts I came to fixed typographical error but according to Docket 86 the defendant said I had amended complaint more than 3 times. See Docket 86**
**2nd circuit; 25-436**

**Southern District of New York   has made the Qur'an verse and the Hadith verses was less superior than Human law** because Qur'an was the word of Almighty and Judge Rochon comparing Qur'an with another case brief and **comparing the case briefs was more valuable than Qur'an Verse** on my religion and decide **judge Aaron not to be recuse as Southern District Court priority** because as Judge, **Judge Aaron should not made frivolous statement about the prose religious commitment** and it's a sin to listen to his ruling when he already made fun on my religious commitment and I am indeed really offended by January 10, 2025 incident was outrageous e**specially when Judge Aaron recite the word "Allah it sound mockery on "Allah first"** Judge Aaron  denied the wrongdoing because Judge Aaron was phony and fake, biased, prejudice, I swear under the name Of Allah who  wallahi Judge Aaron recite ;"Alah….. defense counsel laugh on my religious commitment on "Allah first" he  did that to me and I was offended and I cannot except Judge Aaron action he definitely biased, prejudice by made unnecessary discussion during conference and as Muslim I must follow Qur'an and the Hadith and  it's Almighty word and must above and precious than humans word and the hadith because indeed judge Aaron undermining my religious beliefs on January 10 2025 when judge Aaron recite the word "Allah...... and said supreme court did not binding to any religious doctrine and judge Aaron order the defense counsel no need to reply my  discovery on Allah first it's sin for me to sit in his court room.

my religious freedom and my rights to exercise my religious belief in the court room that In Islam to serve parents is the part of the religion should come first instead of amended the complaint.(2nd circuit 16-702) when my first amended complaint request on Docket 32 was denied by biased, prejudice Judge Furman

For my religious values Prophet Muhammad Peace be upon him mentioned in the Hadith that   I must serve parents first and  visiting terminally ILL parents should come first instead of amended the complaint.

I believed Judge Furman biased, prejudice because he is Jewish and he definitely know I am Muslim.

My rights was violated and denied "but for" All judges biased, Prejudice because of my race Indonesian American and I am Muslim.

**During off record settlement conference, January 10, 2025( 2nd circuit 25-436)**

**Judge Aaron and The defense counsel, Rodalton Poole made ridicule, undermining, frivolous statement on my religious belief Shahadah on "Allah first", the most important testimony of my faith when the defense counsel, Rodalton Poole told Judge Aaron with smile on his face and said:**

> *The funny things is when I read Miss Febrianti her discovery statement on "Allah first" and NYC health+Hospital did not binding to testimony on her religion belief on "Allah first"*

# On January 10, 2025 Judge Aaron during off record settlement conference replied defense counsel, Rodalton Poole and started recite:

> *"Alah...... Supreme court united states of America did not binding to any religious doctrine"*

**Judge Aaron said to defense Counsel, Rodalton Poole:**
> *"You don't need to reply on that", "You don't need to admitted"*

**But "Allah first" evidence already establish since EEOC position statement( see EEOC position statement, page 4 ).**

**I believed when Judge Aaron biased, prejudice, Islamophobic statement when Judge Aaron started to recite :**

> *Alah......*
> *The supreme court did not binding to any religious doctrine*

*I felt the word* **"religious doctrine"** *mentioned by Judge Aaron and it seems as bigotry of Islamophobia statement toward my religion because I was wearing hijab as Muslim woman in the court room when as a judge he made that type of ridicule and undermining of my religious values on* **"Allah first"** *and mocking my discovery statement( Interrogatories, Request to admit, request for production) on the most important testimony of my faith in Islam, Shahadah, the word I was utterly confirming when I was asked to choose during my constructive discharge by my supervisor( Sgt Rodriguez) on April 9, 2022 to choose God or A job when I replied to Sgt Rodriguez "God first" I.E in Islam "Allah first" when I was force to leave Islam as my religion when I was force to switch the word to "Job first" in order to work there. Anything someone challenging me on "Allah first" is considered testimony of my Islamic faith whether I am Muslim or leave Islam as my religion because In Islam the purposed of life is to serve Allah first and followed the command of Allah not another human command not to pray.*

 *On January 10, 2025 defense counsel started to laugh and ridicule the testimony of my faith and Judge Aaron started to recite:*

*….." Alah…. Supreme court did not binding to any religious doctrine" by undermining the most important value on my faith on "Allah first" and they react of my religious commitment to my religion values was ridicule and funny to them and that he seems unconsciously find expose the truth of Judge Aaron of his personality as biased, prejudice, Islamophobic Judge and who will not able to act impartial on my case and he seems believed that my religious values of my faith, Shahada was threat and indifference my religious freedom in the workplace was differ with Mr.Groff (* **White American V Christian religion values)** *"but for"* **my religious belief , Islam and my race : Indonesian American**


 *the recent incident when I came to visit Southern District of New York court to record department room 370 I believed I become the victims of race and religious profiling since I filled the Recuse Judge Aaron from my case when on May 22, 2025 approximately between 4:50 Pm -5;00 pm the guard stop me while I was praying downstairs by Citizenship testimony hall at 500 Pearl Street at Southern District court when the court officers said*

*They don't want her to be here*

I believed **"they"** represents Judge Aaron, Judge Furman, Judge Rochon.

On June 2, 2025 the Court officer hold my plastic knife and check me thoroughly when my prayer digital counter push button and my plastic knife was on hold together with my phone I felt like I had been religious profiling since I was recuse Judge Aaron from my case.

Prior I recused Judge Aaron I was allowed to bring everything except phone but On June 2, 2025 prayer beads digital counter and my plastic knife with the plastic spoon was on hold but I don't want deal with Southern District of New York anymore and I just want to put my trust in Allah and request Supreme Court Justice of America and Department of Justice to decide and to prosecute my Injustice discrimination case (**16-702 & 25-436**)which not able to prosecute because I was dealing with biased, prejudice judges who failed to recuse himself from my case.

Qur'an Verse: 4:140:

*He has already revealed to you in the Book that when you hear Allah's revelations being denied or ridiculed, then do not sit in that company unless they engage in a different topic, or else you will be like them. Surely Allah will gather the hypocrites and disbelievers all together in Hell.*

The Hadith: *Abu Hurairah (May Allah be pleased with him) reported: The Messenger of Allah ﷺ said, "No Salat is more burdensome to the hypocrites than the Fajr (dawn) prayer and the 'Isha' (night) prayer; and if they knew their merits, they would come to them even if they had to crawl to do so".*

Qur'an: verse 5:3

Today the disbelievers have given up all hope of "undermining" your faith. So do not fear them; fear Me! Today I have perfected your faith for you, completed My favor upon you, and chosen Islam as your way.
Qur'an : 3:118

O believers! Do not associate closely with others who would not miss a chance to harm you. Their only desire is to see you suffer. Their prejudice has become evident from what they say—and what their hearts hide is far worse. We have made Our revelations clear to you, if only you understood.

1. Judge Aaron undermining my religious belief commitment on "Allah first" and it's a sin to sit on his court room and Only Muslim Understand the effect of his statement to my connection to Allah as Muslim and Judge Aaron presence cause me not able to perform my religious obligation after conference on January 10, 2025 when I missed my pray Fajr 6 consecutive days and Fajr prayer become the burden for me according to the hadith and heavy burden to perform Fajr Prayer and Isya Prayer because I am considered hypocrite when I supposed to leave the conference but I did not leave conference on January 10, 2025, when I was not able to perform the Fajr Prayer approximately 6 days consecutive days since (January 10,- January 16, 2025) until I was repent and I was committed to Allah first on January 16, 2025 when I was made statement to Judge Rochon on Docket 71 to recuse Judge Aaron completely from my case in order to made me able to pray in full energy again have good connection with Allah

2. And this decision made me able to perform the morning Fajr Prayer again. Only Muslim Understand the effect because in Islam the Qur'an is not just the book for me Qur'an is the way of life and live by it when I did not smoke, Drink alcohol and eat halal food but On January 10, 2025 I went home with heavy chest and I am offended when my discovery on "Allah first" will removed from the case when Judge Aaron started recite Alah...... and his voice tone was to undermining the commitment of my faith on "Allah first" And Judge Aaron recite with undermining tone and said;

> ***Allah......Supreme court justice did not binding to any religious doctrine***

**but Supreme Court accept Mr. Groff commitment to his religion to observe Sabbath is part of his religious belief accommodation But Judge Aaron had denied my testimony of my faith on "Allah first" told Rodalton Poole no need to reply on my discovery on "Allah first" and need my "Allah first" to be removed from my discovery file** and I have to recused Judge Aaron because it's considered a sin to sit in his court room because he was undermining the testimony of my faith on "Allah first" which in Islam Allah first to be serve and the purpose of life is to worship Allah. Please See Docket 73 regarding the Hadith on "Allah first".

Judge Aaron undermining, ridiculed the shahada the most important, sacred testimony of my faith on "Allah first" which this statement will considered shirk or infidelity of my religion will determine whether I am muslim or non muslim

which is the most important part of Shahadah where new Muslim should recite it :

"Allah first" is the Shahada statement , , say: "Ash-hadu an la ilaha illa-Allah wa ash-hadu anna Muhammadun rasul-Allah." This translates to:

*"I bear witness that there is no god but Allah, and I bear witness that Muhammad is the Messenger of Allah,"*

Qur'an Verse: 4:140:

*He has already revealed to you in the Book that when you hear Allah's revelations being denied or ridiculed, then do not sit in that company unless they engage in a different topic, or else you will be like them. Surely Allah will gather the hypocrites and disbelievers all together in Hell.*

The Hadith: *Abu Hurairah (May Allah be pleased with him) reported: The Messenger of Allah 鷺 said, "No Salat is more burdensome to the hypocrites than the Fajr (dawn) prayer and the 'Isha' (night) prayer; and if they knew their merits, they would come to them even if they had to crawl to do so".*

Qur'an: verse 5:3

Today the disbelievers have given up all hope of 'undermining' your faith. So do not fear them; fear Me! Today I have perfected your faith for you, completed My favor upon you, and chosen Islam as your way.

Sometimes I lose hope on my case because my race: Indonesian American and skin color: brown lighter skin represents Asian woman and how the race , religion and my protected activity differentiate my rights in the society when my religious freedom rights was differentiate because of my race and religion  and how the judges the justice system discriminates against me but Allah said before you give up make sure you knocked all doors and supreme court justice United states of America the last door I am going to knocked and I will leave it for the sake of Allah.

# my race as Indonesian and my religion is  Muslim has made me   not able to pursue my justice on my discrimination  because 2 cases in 2nd circuit failed to prosecute ( 25-436 and 16-702) my case was

# dismissed because of religious reasons of commitment to my religion.

## Recused Judge Furman biased prejudice "but for" my race: Indonesian and Muslim and Judge Furman Jewish had failed to recused himself from my case has cause me another discrimination case with similar tactic of discharge and Docket 45, Judge Furman EX PARTE JUDGEMENT SIMILAR WITH NYC Health+Hospital, Position Statement EEOC

My case in 2016 denied (**2nd Circuit 16-702**) and failed to be prosecute **when judge Furman failed to recuses himself when he was biased, prejudice because of my race: Indonesian and Muslim and Judge Furman Jewish.**

**Judge Furman denied my rights as prose under fed 15(a)(2)** as prose should give permission to **"Free to amend"** at least once when **Docket 32 the first request submitted to the court was denied** which cause **Docket 45 & Docket 46 considered EX parte Judgement without my amended complaint.**

**Judge Furman violated fed 15(a)(2)** when **on Docket 36 and Docket 39** Judge Furman said my amended complaint **must conjunction with motion to dismissed** and **the exhibit 36 & Exhibit 39** stated if I submitted the amended complaint will not be granted.
**On docket 36 and Docket 39: Judge Furman said on his judgement:**

*If the plaintiff attached a proposed third amended complaint to her opposition, there is no guarantee that leave to amend will be granted*
*In that opposition, should explained to the court why she believes she should amended the complaint for the third time*

Judge Furman aware that Docket 32 was the first amended complaint requested to the court.

**My case in 2016 denied and failed to be prosecute when I was denied my rights under fed 15(a)(2) the first amended complaint requested to the court( See Docket 32) because of commitment to my religion too when I choose to visit terminally ill mother the most priority instead of amended complaint.**

The hadith Of Prophet Muhammad Peace be upon him said that ALLAH FIRST TO BE SERVE , PROPHET MUHAMMAD PEACE BE UPON HIM AND the Parents MUST come first :

**Abdullah ibn Amr reported: A man came to the Messenger of Allah, peace and blessings be upon him,** and he said, "I have come to pledge allegiance to you upon emigration, and I left my parents weeping." The Prophet said, "**Return to them and make them laugh, just as you made them cry.**"

My mom was in pain at the time and she got stroke and she was not able to walk and I came to her because she needed me and I believed Judge Furman should not denied me to amend the complaint Docket 32 .

Right now I just need Supreme court of Justice of America to handle my case. I JUST put MY TRUST IN ALLAH WHICH MY PENDING CASE(2nd circuit 25-436) NOT ABLE TO BE PROSECUTE BECAUSE I WAS FORCE TO LEAVE ISLAM AS MY RELIGION WHEN (CURRENTLY NYC HEALTH+HOSPITAL USE THE SAME TACTIC OF DISCHARGE STEP BY STEP TO DISCHARGE ME "BUT FOR" MY PROTECTED ACTIVITY OF MY DEFECTIVE IN 2016 has cause me facing another same pattern of constructive discharge .

**Please do not denied request religious accommodation to let me have good connection with Allah because it's a sin to sit in Judge Aaron and Judge Rochon court room when I asked the Southern District of New York whether "Allah first" or "Judge Aaron first" they said "Judge Aaron first".**

**I swear Under the name of Allah who most merciful, The most exalted that I am telling the truth**

**Both my case rejected and failed to be prosecute by 2nd circuit "but for" I have to put my Religious commitment first when I have to serve Allah first ( 25-436), recuse Judge Aaron who undermining my religion under estimated, denied , made frivolous Judgement on my testimony of Shahadah denied by 2nd circuit The most sacred testimony on my faith "Shahada" on "Allah first" .**

**2nd circuit (16-702) My first amended complaint was denied( Docket 32)  and  I choose the commandment of my faith to serve my mother first( 16-702)instead amended the complaint, my amended complaint, Docket 32 was denied by Judge Furman which considered Docket 45 ex parte communication judgement without my first  amended complaint request.**

*Ammended Complain (*
*See Docket 55 too)*

**Docket 28, the amended complaint request by Judge Furman on Docket 23 was defective "but for" of commitment of my religion Islam** that   my mom was in critical condition need to serve my mother first instead of amended the complaint when Judge Furman denied my the first request to  amended complaint requested to the court when Docket 32 was the first amended complaint to the court was denied by Judge Furman biased, prejudice forever and ever who denied my rights under fed 15(a)(2) which prose should give "free to amend" for justice required when on June

38

8, 2015( Docket 23) I did not get fired yet by the defendant I cannot put Indonesian as my race on my complaint because I believed by put Indonesian as my race will made me lose my job because the reason I was hired by white management**( Erica Jackso, white, Hungarian and Mariora Sfera, White Yugoslavian)** because they thought I was FILIPINO but after they found out from my roommate that I am indonesian I started to received negative working performance until leading to December 2, 2008 when I filled the 1st racial Discrimination complaint to DHR when I was force to give it out my fulltime Starwood employment to **Dragica Mantovic, white Yugoslavian** who was at the time her position was on called I.E substitute employee meaning she was not constitute as Employee Starwood Worldwide employee.

**For this matter I need to add 2 defendant Union Local 6 and Division Human rights as additional defendant** when Division Human rights should liable for their negligent in 3 section:

DHR failed to prosecute my racial discrimination complaint which cause me constructive discharge on docket 24 , June 19, 2015 as constructive discharge when Mariora Sfera, White Yugoslavian, former white Yugoslavian supervisor disclose my Racial DhR complaint filed on December 2, 2008 failed to prosecute i.e **DHR  dismissed CASE**  has cause her being removed from W union square to W Hoboken AND DISCLOSE MY PROTECTED TO COWORKERS WHICH CAUSE ME CONSTRUCTIVE DISCHARGE when at the time when the Division of Human rights still investigate my case she did not outrage but after my case was dismissed at Division of Human rights without giving me notice rights to sue
DHR EMPLOYEE WHO TOOK MY COMPLAINT HAS GIVING ME FALSE INFORMATION WHEN I CAME WANTED TO DUAL DEFENDANT COMPLAINT DISCRIMINATION FILLED THE RACIAL DISCRIMINATION AGAINST UNION LOCAL 6, RANDY SULLIVAN, WHITE DUTCH  AND STARWOOD WORLDWIDE , THE LADY WHO TOOK THE COMPLAINT, LEONA LEWIS SAID I NEED TO GO TO NLRB TO FILLED THE DISCRIMINATION AGAINST UNION LOCAL 6 AND SHE ALSO SAID SUE ONE ORGANIZATION AT THE TIME AND SHE SAID LET FINISH WITH W UNION SQUARE FIRST  AND LATER FILLED THE DISCRIMINATION CASE AGAINST UNION LOCAL 6 WHEN DIVISION HUMAN RIGHTS HAS NEVER SENT THE "RIGHTS TO SUE LETTER" ABOUT MY CASE WHICH MADE ME LOSE MY RIGHTS TO APPEAL

TIMELLY  ON MY RACIAL DISCRIMINATION CASE AGAINST STARWOOD WORLDWIDE WHICH HAS CAUSE ME FACING HOSTILITY WORKING ENVIRONMENT "BUT FOR" MY RACIAL DISCRIMINATION CASE FAILED TO PROSECUTE BY DIVISION OF HUMAN RIGHTS HAS CAUSE ME CONSTRUCTIVE DISCHARGE WHEN MARIORA SFERA DISCLOSED MY PROTECTED ACTIVITY TO COWORKERS BUT FOR MY RACIAL DISCRIMINATION CASE DISMISSED BY DHR

IF MY RACIAL DISCRIMINATION CASE PROSECUTED BY DIVISON OF HUMAN RIGHTS I WILL NOT FACING THE HOSTILILTY WORKING ENVIRONMENT AND I WILL BE TREATED BETTER BUT THE REASON MARIORA SFERA DISCLOSED MY PROTECTED TO COWORKERS ABOUT HER REMOVAL RELATED TO MY DISMISSED RACIAL DISCRIMINATION CASE WHICH CAUSE HER OUTRAGE WHEN SHE SAID TO ME IN FRONT OF COWORKER:

I WAS REMOVED FROM W UNION SQUARE, ARE YOU HAPPY NOW

SINCE THESE STATEMENT I WAS FACING HOSTILITY WORKING ENVIRONMENT FROM WHITE AND NON WHITE COWORKER WHICH EFFECTING TERMS AND CONDITIONS OF EMPLOYMENT WHEN I WAS FACING DOUBLE ENEMY BETWEEN COWORKERS AND STARWOOD WORLDWIDE WHEN STARWOOD WO

WHO ALSO WANTED

But I did not recuse him at the time because the case back to Judge Rochon and on

Judge Furman  brilliant judge and smart but his biasness and prejudice made cause him denied my rights as pro se under fed 15(a)(2) to give rights to "free to amend" at least once as justice require.

Judge Furman acknowledgment when there was material dispute on my case but Judge Furman biased, prejudice had denied my first amended complaint requested to the court  (docket 32) when Judge Furman stated on his EX Parte Judgement ( Docket 45) when he said :

*The duty of the court not to rewrite the case*

**But Judge Furman denied my first amended complaint request to the court Docket 32 when Judge Furman had denied my rights under fed 15(A)(2) as pro se should be give "free to amend" when On docket 36 and Docket 39 Judge Furman biased, prejudice violated my rights as prose under fed 15(a)(2) when Judge Furman restrict my rights under "Free to amend" when Judge Furman dictated me how to amend the complain on my free will when Judge Furman stated on Docket 39 and Docket 36 that :**

> *My amended complaint must conjunction to motion*
> *to dismissed*
> *If she submit the amended will not be guarantee*

**In Islam the first should be serve is "Allah first" and Prophet Muhammad peace be upon him and be righteous to parents when the religion mentioned that**

**Me, Myself and Mr. Groff have the same intention of belief what God revealed to him in the Bible and What Allah revealed to me In Qur'an and Hadith Prophet Muhammad peace be upon him that which it's a sin to sit with Judge or person, people who undermining the religion** when **the religious freedom law just apply to Mr.Groff and not apply to me and 2nd circuit and SDNY violated my rights under title VI civil rights 1964 when the law was applied to certain race and religion because 2nd circuit biased, prejudice judges denied my rights under title VI civil rights 1964 because I am Indonesian and I am Muslim. My religious as prose litigant should not be mocked, undermining, made frivolous remark in the court room and 2nd circuit had undermining and made my religious values in the court room less important when I was denied to recused from my case when he was recite the word "Allah....." i**

the recent Religious Freedom case **under Groff v. DeJoy, 35 F. 4th 162, 166 (3d Cir. 2022) but not for me  because MR. Groff white and Christian** when Mr. Groff belief that  he should not force to work on Sabbath and I am not supposed to choose asked to leave the most important  commitment of my  faith shahada **"Allah first"** and  Islam as my

religion in **order to work at NYC health Hospital on April 9, 2022** and **Proceed with the case at Southern District of New York  after January 10, 2025 after Judge Aaron and defense counsel made undermining my religious belief and made  frivolous statement about my religious belief of "Shahadah" the most important testimony of my faith** when both ( NYC Health+Hospital, City of New York( Defendant).

**Southern District Court of New York & 2nd circuit )** asking to leave Islam as my religion by forcing me to accept Judge Aaron in order to proceed with my case regardless **Judge Aaron and Judge Rochon  were biased, prejudice, malicious, fraud  by undermining my religion and intention to mischief giving false statement on docket 64, Docket 70 and Docket 75** and on  **Docket 72, Judge Rochon intentionally removed ADA and retaliation claim without my consent.**

**on Docket 76 I request the explanation from Judge Rochon regarding Docket 72 order when MY ADA& Retaliation claim was removed without my consent**  but **no reply** from Judge Rochon and on the same time I was submitted another amended complaint **on Docket 77 to make sure my ADA& Retaliation claim on the file**  and **On Docket 86 Defense counsel said**  I was amended complaint 3 times but the facts it was judge Aaron and Judge Rochon inside job trying to mischief undermining **me as prose for inconsistent with my amended complaint but the facts Defense counsel understand what really happened when on January 10, 2025 Judge Aaron the court did not received my amended complaint when Judge Aaron said:**

*You should do the amended complaint, we did not received the amended complaint*

I reply to Judge Aaron:

*I did submitted my amended complaint prior midnight On January 6, 2025*

*Judge Aaron replied:*

*The court did not received it,*

**Judge Aaron  told me to withdrew from my amended complaint, docket 65 and open separate lawsuit with NYPD and Judge Furman**

**told me to go downstairs to go to prose unit speak to pro bono lawyers to open separate lawsuit with the NYPD when Judge Aaron said "Unrelated"** .

Judge Aaron, Judge Furman and Judge Rochon has breach their judicial conduct under fed 15(a)(2) as Judge should not interfering with my amended complaint by asking me to withdrew from my amended complaint which I already filled timely on January 6, 2025, ( **See Docket 65**).

FED 15(a)(2) as pro se should give rights to **"free to amend"** without Judge Interference asking me to withdrew from my amended complaint when On January 10, 2025 Judge Aaron asking me **"where is your amended complaint"** I reply to him I did submitted it on January 6, 2025 and Judge Aaron said **the court did not received my amended complaint** and Judge Aaron asking me to go downstairs open separate lawsuit with NYPD when Judge Aaron said to me NYPD case **"unrelated"** and Judge Aaron said his previous profession was to help the pro se litigant like me and Judge Aaron asking me to go downstairs to speak to pro-bono lawyers to open separate lawsuit when Judge Aaron mentioned several time **"Unrelated"** but I don't want argue with Judge Aaron in the court room because as Muslim Prophet Muhammad peace be upon him said in the hadith:

*Do not Argue with people you will lose the value of yourself*

Until the conference came to the point when Judge Aaron asked his assistant Katherine Lopez :

*Off Record Now*

**Judge Aaron started discussed the discovery on off record and Both Judge Aaron and defense counsel, Rodalton Poole undermining, ridicule, undermining and made frivolous statement on my testimony of my faith, Shahadah on "Allah first" which a sin to sit in his court room to discussed and undermining the testimony of my faith on "Allah first" and told defense counsel, Rodalton Poole no need to reply to my discovery on "Allah first" which this evident already establish since EEOC position statement:**

43

**According to Docket 86** the defense counsel said I was amended the complaint 3 times when I just trying to protect my case to be mischief by Judge Aaron and Judge Rochon who alter, tampering with my complaint when Docket 66 indicated that my Docket 65 was replace by Docket 1 and again to Docket 67(9 pages) replace by Docket 65( 212 Pages) and **on Docket 72 My ADA & retaliation was removed. The order , docket 72 to the defendant without ADA & Retaliation claimed.**

on Docket 80, Judge Rochon reply that the Qur'an verse on Docket 79 and Docket 71 were "**not easy for her to decipher"** and both court push me  to leave Islam as my religion  and force me  to engage with Judge Aaron in order to seek justice on my discrimination case and on the same time I **need to recuse Judge Rochon too** by undermining the word of Qur'an and the hadith was less value than case brief when she replied on Docket 80  the denied recusal with the human verse I.E case brief from another judgement from another court but my case was different because Judge Aaron has breach his judicial conduct and his role as judge should not undermining the prose litigant religious belief as insult and made frivolous statement  and **currently I choose Islam is my religion** and "**Allah first**" to be serve  my best priority when in Islam religion the purpose of life to **worship Allah alone with associated partner with anything Else** whether job, Judge Aaron and **Allah is the first to be serve in order to stay to be Muslim.**

**Judge Aaron, Judge Furman and Judge Rochon has violated the judicial conducts by misrepresent the material evidence to the court  (Undermining my religious belief on January 10, 2025  and Fabricating false statement on Docket 64, Docket 70, Docket 75) & Judge Rochon( Order 72, Judge Rochon removed ADA & retaliation from my complaint without my consent), Judge Rochon did not reply my docket 76 and on the same time I submitted new amended complaint Docket 77 to prevent my case will be mischief by judges(ADA & Retaliation was removed without my consent) and On docket 86 the defense counsel, ROdalton Poole said he was confused the**

same tactic with Judge Furman and Starwood defense counsel, David E Cassidy on my defective in 2016 which my discrimination failed to be prosecute "but for" docket 45, EX parte judgement without my amended complaint because of Judge Furman and defense counsel, David Cassidy who accused me that I was amended the complaint more than 2 times but the fact docket 32 was the first amended complaint I was requested to the court when I was denied the first amended complaint ( Docket 32) when I was false accuse amended the complaint more than 2 times to made me incompetent as prose but the facts there was no amended complaint had been filled by me and Judge Furman and defense counsel, David Cassidy who both Jewish trick me because of I am Indonesian Muslim and nobody believed in me because I just a prose and this trick has cause me injustice in years and Judge Furman should recuse himself if he was not able to proceed impartial on my case when on Docket 55 Judge Furman said he did not offended by "Skapegoat" because this "Skapegoat" was represents my protected activity in my working environment, I never have intention to hurt Judge Furman misunderstanding if Judge Furman he was not offended meaning Judge Furman was biased, prejudice when he denied my rights under fed 15(a)(2) it's mischief to denied my rights as pro se under fed 15(a)(2) as prose should be given rights to "Free to amend" as justice require when Judge Furman aware Docket 32 was the first amended complaint requested in writing to the court.

45

2nd circuit 25-436 , On Docket 86, defense counsel, Rodalton Poole said  he was confused but it's tactic to made me incompetent as pro se trying to made my case like defective in 2016 against Starwood worldwide when my case failed to be prosecute because I was denied the first amended complaint, Docket 32 to the court.

(2nd circuit 25-436)on January 10, 2025 when Judge Aaron and Defense counsel, Rodalton Poole undermining my religious belief and giving me  false statement on Docket 86 and accused me inconsistent with my amended complaint was amended more than 3 times but defense counsel, Rodalton Poole Understand what had been going on when on January 10, 2025 because I always stern to my amended complaint, Docket 65 to add city of new York as defendant and it was proved Judge Aaron has breach his integrity as judge when he fabricated misrepresents my statement which I give it to the court and giving false statement something I did not said  during conference to the court as court judgement . who let him stay on the bench.

Judge Aaron has breach his integrity as judge when his bias and prejudice asking me to withdrew from my amended complaint, Docket 65 and I never said I wanted  withdrew to add City of New York as defendant and I never said it's unrelated it was judge Aaron statement when he was asking me to withdrew

46

from my amended complaint, Docket 65 when Judge Aaron asking me to go downstairs to speak to pro-bono lawyers when Judge Aaron said his previous job was to help the prose litigant like me and Judge Aaron asking me to open separate lawsuits because Judge Aaron said NYPD case is unrelated when he said in order to "Expedite" the case I must withdrew from my amended complaint, Docket 65 but I believed it is related my protected activity of having lawsuit against NYC Health+Hospital and Department of homeless shelter  which cause me denied public benefit to receive protection from the police when I was denied twice to filled police report when the NYPD officers stated the refusal because my protected activity of filling discrimination case against the city when the both Officers said:

Why you called us except calling them

August 24, 2024 incident was the keys of my protected activity when the Islamophobic incident was denied to filled because of my race: Indonesian American and my protected activity when the officers clearly stated that the reason of denied the service to let me to filled police report under title VI civil rights 1964 because my lawsuit against DHS and NYC health+Hospital when the officers said:

Why you called us instead calling them

"them" in here represent Department of Homeless shelter when "but for" my protected activity of having lawsuit against NYC Health+Hospital


verses Islamophobic lady harasser belong to Black American when the NYPD officers denied to filled islamophobhic  and DHS was communicated and I strongly belief because religious profiling by the 2 NYPD officers  when the officers denied me to filled the Islamophobhic complaint when   I was denied to filled the police report twice  and department of homeless shelter denied the public benefit of cityfheps voucher when my protected activity has cause me refused to filled any complaint when my cityfheps voucher apartment was ready to move in according to the landlord but Mr. Black, Department housing shelter said the black, Spanish should move in first when my moving list  at constant list no. 5 since November 2024 and my list had been skip by Black, Puerto Rican, Spanish in my shelter .

 In March-April- May-2024 the Housing coordinator said to me they were busy of the move out which all the move out were Black, Puerto Rican and outside my race and when my ready to move in cityfheps apartment was ready to move in was offered to the black when I was over heard that Mr. Black offered the cityfheps ready apartment in Queens to the Black, PuertoRican in my shelter when the ladies he just need to change the name on the lease when I signed

the lease in the beginning January 2025 and the lease started to move in on February 1, 2025 because Mr. Black expedite another Puerto Rican to move in first because according to the timeline I supposed to be ready to move in to my cityfheps apartment in January 2025 because of my Race and my religion the black, Puerto Rican should be prioritize to move in to cityfheps apartment instead

on approximately in the end of May-June 2024 the Director of Social worker, Elizabeth I was told that because of Ramadan the Department Homeless shelter has cancel my cityfheps voucher and on the same time the shelter housing department said they were busy to move out the ladies which most of the Black and Puerto rican who recently move in to shelter. The black and Puerto Rican was expedite to move in to their cityfheps apartment because the housing department employees most of them is belong to black race.

Approximately order to move in to my cityfheps voucher apartment I should withdrew from my racial discrimination case filled in March 4, 2024 at division of human rights by signing the refuse apartment from DHS( Department of Homeless shelter) but Mr. Black who refused me to find me apartment in October-November 2023 because of my protected activity when I receive the NYC He he said I must find the apartment by myself which I did find one but I was refuse to move in and to received the public benefit

cityfheps voucher because according to Mr. Black said the other lady should move in first when the other lady is Black, PuertoRican were skip my list which supposed my turn to move in but because of my race, religion and protected activity has cause me denied the public benefit of cityfheps voucher apartment because My race: Indonesian, Religion: Islam and my protected activity of having lawsuit against NYC Helath+Hospital

City of New York violated my rights under title VI and civil rights 1964 when I was denied police protection when i was denied the service to filled the police report twice :

On August 24, 2024 Islamophobic police report was denied when the NYPD denied the service when he

On September 19, 2024 my eviction complaint was denied when the 911 operator know my phone number as my protected activity when I told the 911 operator regarding my eviction from the shelter and the 911 operator denied the public service when she said:

*There's nothing we can do*

On August 24, 2024 when the police officers came to shelter and denied me to obtain police report the Islamophobhic complaint against the black afri the service by saying:



UNITED STATES
POSTAL SERVICE ®

PRIORITY®
MAIL

PRIORITY MAIL

RATE ENVELOPE

■ ANY WEIGHT

Free Package Pickup,
the QR code.

.COM/PICKUP

KED ■ INSURED

EP14F October 2023
OD: 12 1/2 x 9 1/2

001000014

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

TO: PRO SE UNIT
500 PEARL ST
New York, NY
10007

FROM: ERICA FEBBRAIO
ERICAFebbraio716@gmail.com
No Legal address.com