*Why you called us, Instead calling them*

*Both police officers was specified the reason he was denied the service because of my protected activity having lawsuit with NYC Health +Hospital and DHS when the NYPD officers mentioned to me **"Why you called us, Instead calling them"** and   **"them"** in here is my protected activity having lawsuit with Department of Homeless shelter  which cause me Less protection from police and the clearly the reason why I was less protection by the police when during CCRB complaint I told Sgt Paulson that my Islamophobhic complaint was not able to filled through DHS because the shelter manager committed  verbal sexual harassment against me when he was avoiding me to filled the Islamophobhic by embarrassed me in public when he try to figure it out underneath my hijab and made offensive comments on my personal bodies when he*

*when NYPD officers followed the foot step of  The DHS who racist, prejudice who was denied me to filled the complaint  did not let me to filled the police report because of my protected activity because DHS employee biased, prejudice and the Police officers should liable for following the footstep of Department of Homeless shelter employee who biased, prejudice had cause the NYPD officers by denied me my rights to filled  the police report and this useless situation has caused me  less protected from police  because of my protected activity of  and the 2*

*police officers told me the reason he was not able to let me filled the police report and failed to protected me under title VI civil rights 1964 because of my protected activity of having lawsuit against DHS & NYC health+Hospital and my race Indonesian American and My religion : Islam*

**2nd circuit 25-436** The judge should not denied the religion accommodation which according docket 46 on **October 2 2024 conference** was deliberately scheduled half hour before the Muslim prayer time **when I already asked for religious accommodation when I was needed the conference should be adjourned half hour before prayer time.**

the Judge should not trying to removed the material evidence from the case this action biased, prejudiced and I believed when according **to docket 72 judge Rochon removed ADA & retaliation from my case** and I was asked her on Docket 76 regarding Order on Docket 72 and on the same time I submitted Docket 77 to make sure I have all complete claim.

**(See Email sent to Judge Aaron)** The judge should not denied the religion accommodation which according docket 46 on **October 2 2024 conference** was deliberately scheduled 15 minutes before the Muslim prayer time **when I already asked for religious accommodation when I was needed the conference should be adjourned half hour before prayer time** when judge Rochon rush the conference when during conference I was interrupted judge Rochon when she was speaking because I needed to know the time because I needed to pray because my phone was on hold by security court officers downstairs and I am worried of missing my prayer to pray on time and the conference was in rush even the lady teleprompter said she miss the word which I was mentioned during conference and asking me to spell and also she said she didn't get the last word when she approached me after the conference but I don't know which sentence she wanted me to repeat when I kept told judge Rochon what time is it because I was worried I will missed my prayer time because have to pray on time.

The conference become tension but I was homeless too and I struggling as woman living on the street when my homeless living on the street not easy for me to pray on the street when the bathroom attendant at Port Authority called me unpleasant word to me when I just need to used the bathroom to do ablution to pray and bathroom relief and the court kept giving extension to the defendant and all I am really care is my

prayer make sure my clothes pure which is the part of religion in Islam the cleanliness is the part of religion.

I was mentioned on my summary Judgement on Docket

Regardless how many extension you gave to the defendant will not make any difference from EEOC position statement already give the valid proof the defendant violated title VII of employment discrimination based on my religion, age, ADA, gender( Pregnancy rights as woman), Retaliation ( refuse to hired "but for" my defective case in 2016 & Filling internal religious complaint with end up with premeditated undue hardship constructive discharge on April 9, 2022 when the EEOC position statement mentioned giving false statement that I leave my post at 04:45 am but the fact I leave my post at 04:58 Am **( See EEOC online submission on April 13, 2022).**

**I send Judge Aaron of my Muslim prayer time for NYC  from July until December 2024** which Judge Aaron aware of my Asr prayer time at 4 pm  but the conference was held deliberately scheduled at **half hour before Prayer time  at 3;30 pm** which cost tension on me and judge Rochon during conference  when I cut her off and she cut me off while I was speaking as well but I have to pray on time and I believed judge Aaron and judge Rochon set up the conference close to prayer time on purpose to delayed my case when they thought I will reject the conference in order to delayed the case but I am so desperate too because I am homeless woman living  on the street  and I was struggle to pray when no place to pray on the street and I had been difficult to perform ablution I was facing hunger since I was evicted from the shelter on September 19 2024 when many people told me I look more skinny than before because Judge Aaron and Judge Rochon delayed my case give more extension to the defendant when On January 10, 2025 told me after the conference when Judge Aaron said:

> *Good Luck with your housing*
>
> *I want to dismiss your case but I can't*

**When Judge Aaron was aware I am homeless woman living on the street**

 I was amended the complaint by adding the City of New York as defendant  **on January 6, 2025 when I was denied the public benefit service of NYPD to filled police report twice "but for" my protected activity, my race, religion as Indonesian** but the Judges stricken my amended complaint, Docket 65 for 7 days to submitted to ecf docket **( See Docket 66), when Judges change my Docket 65 to Docket 1 and again to Docket 67**   until  and I was amended again on January 19, 2025 **( Docket 77)** "but for" I was having problem with my current Judges who biased, prejudice who change, alter, tampering with my amended complaint when Docket 72,

order Judge Rochon tricked me by **removed ADA, Retaliation from my case** which made me have to write her a letter asking for explanation **on Docket 76 about why ADA & retaliation claim was removed** but  no reply and on the same time I submitted **Docket 77** to make sure my complaint was have all the complete allegation claim and **On Docket 80 Judge Rochon** denied my request to recuse Judge Aaron from my case and appealed Docket 80 to 2nd circuit and my appealed was failed to address by 2nd circuit and On June 11, 2025 2nd circuit issued mandate summary judgement denied my religious accommodation and summary judgement when the EEOC position statement my case there's no material to be dispute I supposed granted summary judgement


 I believed  my protected activity of having lawsuit against NYC health+Hospital and Department Homeless shelter made me denied **the public benefit of NYPD service**  to filled the complaint when I was denied to filled the police report twice.( Denied to be protected from eviction from the shelter and  filled the eviction police report was denied on September 19, 2024 when the shelter denied the access to enter when I called 911 the operator said :

                              **There is nothing we can't  do**

**On August 24,2024 I was denied to received public benefit of Both 2 NYPD officers when I was wearing Hijab who represent Islam as my religion**


The first  and denied to filled the discrimination complaint regarding 2 officers who denied me to filled the hate Islamophobic complaint on on the same day me and defense counsel finish our case management plan and submitted at 5 pm on September 19, 2024  and on the same night I was denied to enter into the shelter too.( See Docket 46, case


# Sometime I lose hope on my case because of my race : Indonesian American and skin color : Brown lighter skin represents Asian woman and the way I was dress represent my religion as Muslim woman wearing the Hijab.

**I have 2 cases in 2nd circuit and both cases was dismissed because I was put my religion first over my discrimination complaint.**

**On my previous case in 2016 at 2nd circuit(16-702) was dismissed because I put religion first over my amended complaint when Docket 32 was the first amended complaint requested to the court was denied by Judge Furman when I have to serve my religious values first when I choose to visit terminally mother first which in Islam the mother should be serve first instead amended the complaint when I was denied my rights under fed 15(a)(2) when I get back to New York when as prose I should give rights "free to amend" at least once when Justice required but Judge Furman denied my docket 32 to amended the complaint had made believed Judge Furman biased, Prejudice and he failed to recuse himself when definitely he was aware my race: Indonesian American and Muslim and Judge Furman is Jewish he was aware he was not capable to proceed impartial to my case on his EX PARTE JUDGEMENT ON DOCKET 45( Judgement without my amended complaint) when Judge Furman aware there are many material dispute on the case when he granted summary Judgement to defendant and denied my rights under fed 15(a)(2) as prose I should give rights free to amend when Docket 32 was the first amended complaint requested to the court was denied but there is no material cannot be dispute Judge Furman Biased, Prejudice because Judge Furman is jewish but I put trust in Allah and**

**Supreme Court Justice of America is my last hope. I enclosed my amended complaint of my defective case in 2016 to reopen and request for summary judgement.**

**Currently Supreme court Justice of America is the only way to pursue my justice because I will never give it up Islam as my religion in order to proceed with my current case discrimination case at Southern District of New York and 2nd circuit who denied my rights of religious freedom rights and summary judgement when my request recuse Judge Aaron was denied by 2nd circuit when Judge Aaron undermining my religious belief as prose I deserve my rights that my religious values should not be mocked, frivolous, undermining and ridiculed for this matter I request the motion :**

**Recuse Judge Aaron**
**Recuse Judge Rochon**
**Recuse Judge Furman**
**Recused all three 2nd circuit Judges who biased, prejudice stricken my complaint more than 3 times since February 25, 2025 – June 11, 2025 who intentional to hold the case because they wanted me to leave Islam as my religion when they wanted me to engage with Judge Aaron proceeding and my summary judgement was denied**
**And Summary judgement I was enclose the EEOC position statement from NYC health +Hospital was the only answer from the defendant.**

I request the chief Justice Roberts for religious accommodation to handle my case and to reopen my case in 2016 because the current pending defendant use the same tactic and the exact step by step of constructive discharge even the EEOC position Statement ( 25-436) was identical with EX Parte Judgement ( Docket 45, 16-702).

if my case not able to proceed because I have to leave Islam as my religion in order my discrimination case  to proceed I will choose to be Muslim and choose Islam as my religion and Allah first to be serve

Both my case rejected by 2nd circuit "but for" I have to put my Religious commitment first when I have to serve Allah first ( 25-436) and serve my mother first( 16-702)instead amended the complaint

Allah first as  my first choice  (2nd circuit:25-436, Allah first verses Judge Aaron first) and (2nd circuit :16-702 my Mother first  to be serve Verses of amended the complaint)  which to serve the parents is  the part of my religious belief that in  Islam.

I cannot proceed with my case at Southern District of New York and 2nd circuit had denied my religious freedom as prose that my religious belief should not be mocked, undermining, frivolous in the court room on January 10, 2025 and On docket 80 when Judge Rochon described my religion "not easy to decipher"

**when I was provide the verse of the Qur'an and the hadith the most holy book (Qur'an) and the Hadith, Prophet Muhammad peace be upon him the reason recusal Judge Aaron from my case when I asked Southern District Court of New York whether "Allah first" or "Judge Aaron first" and Judge Rochon reply "Judge Aaron first" and Judge Rochon said my religion "not easy to decipher"**

## Judge Rochon must be recuse

**Judge Rochon action had infringement my religious belief when on Docket 79 I asking the court Allah first or Judge Aaron first and Judge Rochon reply on Docket 80 when she said my religion "Not easy to decipher" by undermining my religious belief by reply my Qur'anic and Hadith verse to human verse, another court judgement by another judge by intentionally put the law in different context when the facts was about my religious freedom rights in the court room that my religious commitment of Shahadah should be respected not supposed to mocked, undermining, Frivolous and ridicule when Defense counsel, Rodalton Poole and Judge Aaron both undermining my religion which considered a sin to sit on Judge Aaron court room and regardless my protected activity , Race and religion my religious commitment of Shahadah should not be undermining, ridicule in the court room.**

**Judge Rochon should be recuse from my case has undermining my religious values (Docket 80) when I was asked her "Allah first" or "Judge Aaron" first she said Judge Aaron should not be recuse.**

### Judge Aaron must be recuse

**Judge Aaron had breach his judicial interest as judge by undermining my religious value on "Allah first" on January 10, 2025**

**During off record settlement conference, January 10, 2025** Judge Aaron and The defense counsel, Rodalton Poole made frivolous statement  of my religious belief Shahadah, testimony of my faith when the defense counsel, Rodalton Poole told Judge Aaron with smile on his face and   said:

> The funny things is  when I read  Miss Febrianti her discovery statement  on **"Allah first"** and NYC health+Hospital did not binding to testimony on her religion belief on "Allah first"

# On January 10, 2025 Judge Aaron during off record settlement conference started recite:

> "Alah…… Supreme court united states of America did not binding to any religious doctrine"

**Judge Aaron said to defense Counsel, Rodalton Poole:**
> "You don't need to reply on that", "You don't need to admitted"

Qur'an Verse: 4:140:

*He has already revealed to you in the Book that when you hear Allah's revelations being denied or ridiculed, then do not sit in that company unless they engage in a different topic, or else you will be like them. Surely Allah will gather the hypocrites and disbelievers all together in Hell.*

The Hadith: *Abu Hurairah (May Allah be pleased with him) reported: The Messenger of Allah ﷺ said, "No Salat is more burdensome to the hypocrites than the Fajr (dawn) prayer and the 'Isha' (night) prayer; and if they knew their merits, they would come to them even if they had to crawl to do so".*

Qur'an: verse 5:3

*Today the disbelievers have given up all hope of ˹undermining˺ your faith. So do not fear them; fear Me! Today I have perfected your faith for you, completed My favor upon you, and chosen Islam as your way.*
**Qur'an : 3:118**

O believers! Do not associate closely with others who would not miss a chance to harm you. Their only desire is to see you suffer. Their prejudice has become evident from what they say—and what their hearts hide is far worse. We have made Our revelations clear to you, if only you understood.

**Please do not denied request religious accommodation to let me have good connection with Allah because it's a sin to sit in Judge Aaron and Judge Rochon court room when I asked the SDNY whether "Allah first" or "Judge Aaron first" they said "Judge Aaron first".**

## Judge Aaron made false statement on Docket 64, Docket 70, Docket 75

**Judge Aaron made false statement fabricated my statement I was represented to the court( Docket 64, Docket 70, Docket 75),which as prose my religious values should not be undermining, Ridicule or made Frivolous statement about my religious commitment testimony of my faith "Shahadah" I.E "Allah first". My religion values should be respected regardless my race, religion and my protected activity and All these three Judges should be removed from my case.**

**Judge Aaron** trying to ignored the evidence and made frivolous, funny statement of my commitment to "Allah first"   and  he said "Supreme Court Justice did not binding to any religious doctrine" and he ruling the defendant no need to answer my discovery( interrogatories, Request to admit, Request for Production) on "Allah first" and advise the defense counsel no need to admit to the c case which Judge Aaron represent had more lenient favor to Defense Counsel, Rodalton Poole when on January 10, 2025 when both the Judge Aaron and defense counsel discussed the undermining the commitment on my faith  on "Allah first" existence when the defense counsel was laugh by my interrogatories on my statement on "Allah first" it sound funny  and Judge Aaron recite the word " Allah …. The supreme court not binding to any religious doctrine"

**"but for" my religious freedom rights was violated 2 cases in 2nd circuit failed to be prosecute when I was challenge to give it out the commitment of my religious  faith "but for" I choose  Allah first to be serve ( 2nd circuit:25-436) and I choose to visit my**

60

terminally ill mother first (2ⁿᵈ circuit: 16-702)has made me not able to proceed with my case and made me lose my case not able to performed Justice on my case

## Judge Furman should be recuse

Docket 32( 2ⁿᵈ circuit: 16-702) was the first amended complaint requested to the court was denied by Judge Furman "but for" my religious freedom rights was violated when I choose to visit the terminally ill first instead amended the complaint which serve the mother first is the part of Islamic religion

(All of these 3 Judges plus 3 Judges from 2ⁿᵈ circuit:
Raymond J. Lohier, Jr.,
Susan L.Carney
Myrna Perez
Judge Furman
Judge Rochon
Judge Aaron

I believed all of these Judges was biased, prejudiced because of my race and religion as I am Indonesian american descent as Muslim woman which cost me injustice and these Judges not capable to handle my case impartial and put the context of the law not in the right place because the judges protected each

other as friend because Judge Furman office located at 2nd circuit.

 "but for "my religious freedom rights  was violated and discriminate against  in the court room made me not able to pursue Justice on my discrimination case in SDNY and 2nd circuit.

For this reason I am asking the supreme court justice of America to handle my case because "but for" my race: Indonesian and my religion: Islam I was denied Religious Freedom rights in the court room I believed because the color of my skin: Lighter Brown, Foreigner skin colour, my race: Indonesian, religion : Islam maybe if my religion Christian and Jewish I believed the Judges will see my  case in different direction.

I put my trust in Allah when Allah promise in the Qur'an 22:40:

> *Those who have been evicted from their home unjustly… ALLAH is certainly able to grant them victory*

I believed my case against City of New York NYPD (25-436) "but for " my protected activity I was less protected by the city when I was denied the public benefit  twice when I was denied to  filled police report on my eviction from the shelter( September 19, 2024)

and Islamophobhic police report was denied( August 24, 2024).

I was denied to filled the police report on 2 different incident when I was evicted from the shelter on September 19, 2024 & filling the Islamophobic complaint was denied August 24, 2024.

"but for " my protected activity having lawsuit against NYC Health +Hospital and Department of Homeless shelter had cause me denied public benefit to be treated equally in the society which CCRB denied my racial and religion profiling against the officers who denied my Islamophobic complaint on August 24, 2024 when the officers see me as muslim woman who wear Hijab verses the Islamophobic harraser lady was Black but according

leading to racial and religion profiling "but for" my race: Indonesian American and my religion : Islam which from the way I was dress as muslim woman who wearing Hijab had made memade me to filled any complaint or Police reports

On September, 2024 I reported the NYPD officers misconduct who discriminated against me because my race: Indonesian American verses Black American ( Islamophobic harraser) denied me to filled

**Islamophobic complaint on August 24, 2024 when the officers said to me on their  the CCRB**

**which similar with my hostility working environment case against Starwood Worldwide(16-702) when "but for" my protected activity of filled race Division human rights in December 2, 2008 W union square human resources had denied me  to filled any complaint or grievance "but for" my protected activity W union square failed to protected me from sexual harassment and hostility working environment when I was denied to filled sexual harassment when Angel Rios push me to the bed at room 506 until I was able to made the internal hostility working environment complaint by using Starwood worldwide complaint hotline but the result was discriminatory when the investigation was not conducted in a good faith when**

I was False accuse of Breach Company Policy "solici
tation

**I was denied the public benefit to receive protection from the police in order to filled the police report when I was denied to filled the NYPD police report on the day I was evicted  when I called 911 and the operator who knew my phone number**

**the shelter on September 19, 2024**

cityfheps voucher considered evicted from my home unjustly because my apartment was ready to move in "but for" my protected activity I was denied the public benefit from DHS and From NYPD "All of these "but for" my protected activity

I called 911 to report my eviction on September 19, 2024 and my phone number considered my protected activity when the 911 operator denied me to protected from the eviction from the shelter "but for" my protected activity when my protected activity has cause me denied the public benefit ( to filled police report and Cityfheps voucher) made me denied the public benefit such received NYPD service to filled the police report when department homeless shelter denied my Cityfheps voucher to be process when the landlord said it's okay for me to move in and the housing Director said the black should moving in first and Mr. Black said DHS has cancel my cityfheps voucher until leading to racial & Religion Discrimination when from the way I was dress represent my religion.

"but for" my protected activity which leading to race and religion discrimination when I was told

My protected activity has cause me to denied to filled any discrimination complaint i.e grievance or police misconduct when the officers city of new York discriminate against my race:  and religion  when on August 24 , 2024 I was denied to filled the

65

**Islamophobic complaint against the Black Islamophobic harasser which accordint use the NYPD service refuse to protected me from to be evicted from the shelter when on the same day I was having conference with the defense counsel to submit the case management plan and the same night I was denied to enter into the shelter .**

**"but for" my protected activity of having lawsuit against NYC Health+Hospital and Department of Homeless shelter  I was denied to filled eviction complaint when on September 19, 20**

**When I asked Judge Rochon( Docket 80) and 2nd circuit to recuse Judge Aaron from my case when I was asked the court  whether Allah first or Judge Aaron first that is the most important  part of My Islamic Faith commitment of my faith, Shahadah when in Islamic religion  Allah first to be serve & Prophet Muhammad peace be upon him & the Mother & Mother & Mother when the hadith mentioned specified that put the mother to be serve  was the most priority when Prophet Muhammad peace be upon him said to serve my mother as my priority over anything else when on my 2nd circuit 16-702 I was denied my rights under fed 15(a)(2) when I had to finish terminall ill mother which I did not finish my amended complaint when I requested to amend for the first time my amended was denied ( Docket 32) was denied by Judge Furman .**

# According to Islam the  the last one should be serve is my father is the part of the religious teaching of Islam according to the Hadith of Prophet Muhammad peace be upon him.

I am asking supreme court justice United States of America please don't delayed my case because no material cannot be dispute I supposed granted for summary judgement. I am enclosing EEOC position statement the only defendant answer since 2023.

My rights under prose violated by **Judge Aaron, Judge Rochon(23CV06175JLR) 2nd circuit;(25-436)and Judge Furman (15CV0635JMF) 2ND CIRCUIT;16-702(Judge Furman, Judge Aaron, Judge Rochon Biased, prejudice) "but for" my race :Indonesian and Muslim and all these three Judges has breach their judicial interest should be removed from my case, Judge Furman is Jewish and I am Muslim**

**Motion: I am asking Chief Justice Roberts Supreme court Justice of America and the Associate Justice Supreme court of America to recused Judge Furman from my case( 2nd circuit:16-702) "but for" Judge Furman Biased, Prejudice I was denied the first amended complaint  requested to the court on docket 32.**

**Both Judge Aaron and Judge Furman has  breach and violated his judicial interest as a judge by interfering my rights to amend  which violated my rights as prose under fed 15(a)(2) that I should given "free to amend" without Judge Interference to tell me what to do when on January 10, 2025 Judge Aaron asking me to withdrew from my amended the complaint, Docket 65 when Judge Aaron asking me to go downstairs to speak to pro-bono lawyers when he said his previous job was to help the pro se unit like me and Judge Aaron asking me to open separate lawsuit against City of New York when Judge Aaron said my case against the city of new York was "unrelated" but I believed my case against the city of new York is related. Judge Aaron said in order to expedite the case he was asked me to withdrew from my amended complaint .**

**for the sake of my religious belief in Islam that prophet Muhammad peace be upon him Mentioned in Hadith :**

IN ISLAM PROPHET MUHAMMAD PEACE BE UPON HIM SAID in his hadith that  and his TEACHING SAID THAT DO NOT ARGUE WITH PEOPLE BECAUSE ONCE YOU ARGUE YOU LOSE THE VALUE OF YOURSELF

**I am not supposed to argue with judge Aaron but it's my rights under fed 15(a)(2) that prose should give "free to amend" without the judge as decision maker interference asking me what to do "not to amend the complaint" by interfering my rights under fed15(a)(2) as prose should be "free to amend" not restricted to amend.**

**Judge Aaron has violated his judicial interest by trying to denied amended complaint when for the sake of religion because he was biased, prejudice and I don't want argue with Judge Aaron in the court room but I believed from the way judge Aaron asking me to withdrew from my amended complaint is there is no material cannot be dispute Judge Aaron biased, prejudice trying to benefit the defense counsel Rodalton Poole by asking me to withdrew from my amended complaint, Docket 65 which I was amended by struggle by pay copies using my credit card.**

**The reason I want to pursue justice on my case in 2016 because I am currently homeless but I am not a bad person when someone asked me "what have you done to make you, homeless" and the answer for that question was because of religion when I serve to terminally ILL mother cause me denied my first amended complaint, Docket 32 discrimination which my race and religion which cost me  not able to seek justice because  my race  as Indonesian American and Muslim made judge Furman biased, prejudice and denied my docket 32  the first amended complaint if my case in 2016 if  I was allowed to amend the complaint I will win the case because I will put Indonesian as my race will change the entire case but judge Furman denied my rights under fed 15(a)(2) as prose should give rights to "free to amend" at least once for justice required.**

**Which it is for justice required when**

but for" my current pending defendant, NYC Health+Hospital( 25-436) use the same pattern of discharge "but for" my protected activity with Judge Furman case in 2016 (16-702) followed by the both defense counsel accused me for amended complaint more than 3 times eventhough there was no amended complaint had been filled by me even the Judge Aaron(25-436) use the same approach like judge Furman(16-702) when my case was amend by Judge Aaron and Judge Rochon.

As judge should not interference on my amended complaint when for the sake of my religious belief  I don't want to argue with the judge Aaron when On January 10, 2025  Judge Aaron asked me to withdrew from my amended complaint, Docket 65 when on January 10, 2025 I was asked by judge Aaron to go downstairs to Prose unit to speak to Pro- bono lawyers to open separate lawsuit against city of New York case as defendant when Judge Aaron told me the court did not received my amended complaint, Docket 65 but according to my investigation from Record department at Southern District of New York at room 370 I found out the prose unit did received my amended complaint and stamp it  on January 7, 2025 meaning the ECF docket should be docketed in 2 days and should be received by January 10, 2025 by the court but  Judge Aaron said the court did not received my amended complaint but how Judge Aaron able to mentioned my case with city of new York "Unrelated" without reading my complaint, Docket 65.

I believed Judge Aaron and Judge Rochon has breach their judicial interest  as judge  when because of their biaseness, prejudice has made Judge Aaron misrepresent the material to the court failed to be impartial on his statement on Docket 64, Docket 70, Docket 72  Docket 75 because I always stern to have City of New York as defendant when on my 2nd circuit(25-436)on docket 86 defense counsel said I was amended for 3 times when my case was change, alter,  amended by the judge not by me and I am not binding for amended complaint was not filled by me.

**2nd circuit 16-702**

I reserve my rights as prose under Fed 15(a)(2) "Prose should given "free to amend" at least once when Justice required when on Docket 36 and Docket 39 Judge Furman had restricted me to amend the complaint when he said my amended must conjunction to motion to dismissed when he said from my previous amended complaint I did not disclose material to the case but there was none amended complaint had been filed prior docket 28.

## 2nd circuit 25-436 & 2nd circuit; 16-702

Judge Aaron, Judge Rochon amended, alter, change my complaint asking me to withdrew from my amended complaint during conference without my consent when Judge Rochon removed ADA & Retaliation from my case on docket 72 order which made me to amend the complaint submitted Docket 77 in order to make sure my complaint was not being trick like my case in 2016 when Judge Furman mentioned I was amended the complaint 2 times when my first amended complaint, Docket 32 was denied when there is no amended complaint had been filed by me I was trick by judge Furman "but for" Judge Furman biased, prejudice had cost my rights as prose violated under fed 15(a)(2) when my docket 32 the first amended complaint requested to the court was denied which considered Docket 45 considered EX Parte Communication without my amended complaint ( Docket 32)

## Febrianti V Starwood Worldwide 2nd circuit:16-702
## Recuse Judge Furman

Judge Furman biased, prejudice when he failed to recused himself "but for" my race; Indonesian and Muslim he was not able to proceed impartial to handle my case when Judge Furman Denied my rights as pro se under Fed 15(a)(2) to amend the complaint when Docket 32 the first amended complaint requested to the court was denied and Docket 45 considered "Ex Parte Communication" Judgement without my amended complaint(Docket 32), my first amended complaint was denied when on Docket 24, June 19,2015 I wrote the letter to judge Furman regarding the defendant discharge me(Docket 24, June 19, 2015).

The court should considered Docket 46 and Docket 7(To ADD DHR, Division of Human rights as defendant because Docket 32 the first amended complaint requested to the court was denied and Docket 7 will make sense after I filled the amended complaint to add Indonesian as my race will change the entire case

Judge Furman biased, prejudice failed and violated his judicial interest as judge when he should recuse himself as judge when On Docket 36 and Docket 39 I was restricted to amend the complaint on my freewill when Judge Furman said that **my amended complaint cannot raise a new claim** and **my amended complaint must conjunction to motion to dismissed** meaning I was dictate by judge Furman and Starwood worldwide defense counsel meaning **Judge Furman has violated my rights under fed. Rule 15(a)(2) as prose I was not given rights to "Free to amend"** instead Judge Furman Biased, Prejudice giving me **"restrict to amend"** which violated my rights  under the fed rule 15(a)(2) prose should be free to amend without judge interference.

Judge Furman denied my rights under fed 15(a)(2) and denied my rights under fed 15(a)(2) "Free to amend" should be given to prose when Justice is required.

I was false accuse by Judge Furman that I was amend the complaint 3 times when there was no amended  had been filled and requested by me except Judge Furman had been tricked me when my case was amended my complaint without my acknowledgement and my consent and I am not binding for something which I did not know.

Docket 28,amended complaint was request by Judge Furman **on docket 23, June 8, 2015** and I am not

considered and **I should not lose my rights under fed 15(a)(2) as prose should give rights to amend the complaint** when my docket 28 was Judge Furman request to amend the complaint by( **Docket 23,June 8, 2015 order, prior my constructive discharge, docket 24, June 19,2015)Judge Furman** order me to filled amended complaint when there is no material to disclose because the defendant did not fired me from the job yet.

Judge Furman denied the most important amended complaint I should file but Judge Furman denied my rights under fed 15(a)(2) as prose should be allowed to amend the complaint at least once, when justice required. I am not only binding for amended which I was aware about and Judge Furman has tricked me because he was jewish biased, prejudice denied me to amend the complaint for the first time.

**Religious Freedom rights to be protected as Pro se Religious Accommodation and docket 28 incomplete "but for" according to Islamic religion I should serve my mother first instead of amended complaint**

Docket 28 filled was incomplete "but for" I have to rush to see my beloved mother which she was on critical condition when she got stroke and  prior I was constructive discharge, I did not intent to amend the complaint but when I did Docket 28 I already discharge from the job ( **Docket 24, June 19, 2015)but** I was in rush to see my terminally ill mother . **Docket 28** was defective "but for" my mom was in critical condition and I need to serve my

mother first instead of amended the complaint, Missing pages, emotional distress, financial hardship, etc.

WALLAHI, I swear under the name of Allah who the most merciful, the most Exalted MY MOM WAS REALLY SICK AND IN ISLAM PARENTS Must FIRST TO BE SERVE AFTER SERVING "ALLAH FIRST" AND FOLLOW THE HADITH REVELATION AND ANYTHING ELSE IN THE HADITH AND AT THE TIME I JUST WANT TO MAKE, MY MOM SMILE AND MADE HER SMILE DURING HER SICKNEES AND I NEED HER TOO BECAUSE ONCE I SEE HER FACE SHE MADE ME SMILE.

**The hadith Of Prophet Muhammad Peace be upon him said that ALLAH AND the Parents MUST come first :**

**Abdullah ibn Amr reported: A man came to the Messenger of Allah, peace and blessings be upon him,** and he said, "I have come to pledge allegiance to you upon emigration, and I left my parents weeping." The Prophet said, "**Return to them and make them laugh, just as you made them cry.**"

My mom was in pain at the time and she got stroke and she was not able to walk and I came to her because she needed me and I believed my rights under fed (15)(a)(2) I **reserve my rights as prose under Fed 15(a)(2) "Prose should given "free to amend" at least once when Justice required when Docket 32 was the first amended complaint requested to the court was denied "but for" Judge Furman biased, prejudice failed to recused himself when he was not capable to proceed impartial to my case.**

**on Docket 36 and Docket 39 Judge Furman had restricted me to amend the complaint when he said my amended must conjunction to motion to dismissed when he said from my previous amended complaint I did not disclose material to the case but there was none amended complaint had been filled prior docket 28. Judge Furman had tricked me which made his final judgement on Docket 45**

**considered Ex Parte Communication( I.E without my amended complaint)**

I did not missed deadline of appeal.  Judge Furman on Docket 55 on  July 26,  2023 said I should come 5 years ago but Judge Furman said "no" refuse me to amend the complaint years ago  when I requested to amend the complaint the first time  and he did mentioned on his judgment he denied me to ammend the complaint because I was amended 3 times but there was non amended complaint had been filled instead of Docket 7 to add DHR( Division Human rights as defendant) but this amended complaint was denied.

ACCORDING TO JUDGE FURMAN SAID  on Docket 55 on July 2023 I SHOULD COME 5 YEARS AGO TO AMEND THE COMPLAINT BUT I DID ASKED JUDGE FURMAN AND JUDGE FURMAN SAID "NO " YEARS AGO SAID "NO" TO LET ME TO AMEND THE COMPLAINT AND ON HIS FINAL ORDER HE SAID "NO".

IN ISLAM PROPHET MUHAMMAD PEACE BE UPON HIM SAID in his hadith that  and his TEACHING SAID THAT:

DO NOT ARGUE WITH PEOPLE BECAUSE ONCE YOU ARGUE YOU LOSE THE VALUE OF YOURSELF


SEE EXHIBIT 32 AND EXHIBIT 24 OF 15CV0635JMF WHEN I DID REQUEST TO AMMEND THE COMPLAINT BECAUSE OF MISSING PAGE AND  FINANCIAL DIFFICULTIES AND REQUEST FMLA FROM THE COURT WHEN MY MOM WAS IN CRITICAL WHEN I WENT BACK HOME FROM JULY 13 2015 -AUGUST 14, 2015  AND SHE WAS SICK AND I AM NOT WORKING AND I AM RUNNING OUT THE MONEY BECAUSE THE AMMENDED COMPLAINT WAS SUBMITTED DURING CHAOS WHEN I WAS ON MY WAY TO VISIT MY TERMINALLY ILL MOTHER WHICH IN ISLAM ( SEE DOCKET 27)"ALLAH FIRST" TO BE SERVE AND THE SECOND ONE ; FOLLOWED THE HADITH AND TEACHING OF PROPHET MUHAMMAD PEACE BE UPON HIM AND THE THIRD "SERVE YOUR

MOM FIRST", "SERVE YOUR MOM FIRST", "SERVE YOUR MOM FIRST", WHICH 3 TIMES THE HADITH MENTIONED THAT  SERVE YOUR MOTHER FIRST,  "SERVE YOUR FATHER" AND THE LAST "SERVE THE COMMUNITY( JOB, ETC)

WALLAHI MY MOM WAS REALLY SICK AND IN ISLAM PARENTS Must FIRST TO BE SERVE AFTER SERVING "ALLAH FIRST" AND FOLLOW THE HADITH REVELATION AND  ANYTHING ELSE IN THE HADITH AND AT THE TIME I JUST WANT TO MAKE, MY MOM SMILE AND MADE  HER SMILE DURING HER SICKNEES AND I NEED HER TOO BECAUSE ONCE I SEE HER FACE SHE MADE ME SMILE.

**The hadith Of  Prophet  Muhammad Peace be upon him said that ALLAH AND the Parents MUST  come first :**

**Abdullah ibn Amr reported: A man came to the Messenger of Allah, peace and blessings be upon him,** and he said, "I have come to pledge allegiance to you upon emigration, and I left my parents weeping." The Prophet said, **"Return to them and make them laugh, just as you made them cry."**

My mom was in pain at the time and she got stroke and she was not able to walk and I came to her because she needed me and I believed should gave a second chance for me to amend the complaint which according to the Starwood Worldwide  because of Judge Furman was biased because of my race and my religion.

**ADVERSE EMPLOYMENT ACTION CAUSE BY BIAS JUDGE FURMAN WHO FAILED TO RECUSE HIMSELF FROM MY CASE WHEN HE DENIED my rights as pro se  under fed 15(A)(2) when I was denied the most important material amended complaint which the first amended complaint I was requested to the court on Docket 32  WHEN STARWOOD WORLDWIDE DISCHARGE ME WITHOUT PROBABLE**

**CAUSE IN JUNE 19, 2015, see Docket 24 when I was escorted and my keys was taking away from my possession**

I had been experiencing so many constructive discharge since 2016 when Since Judge Furman biased, prejudice failed to recuse himself when he was aware "but for" my race: Indonesian and My religion: Islam made him not able to proceed impartial to give equal rights as prose under fed 15(a)(2)


On Judge Furman **EX parte communication on Docket 45** which I did not read this judgement because my voice was exclude it when I was denied my rights as pro se under fed 15(a)(2) to amend the complaint which I was read it recently because curiosity when Judge Aaron my pending case(25-436)mentioned he will followed the footstep of Judge Furman.

I try to looked at the Docket 45 ( 16-702) what Judge Furman wrote on his parte communication judgement , Docket 45 when Judge Furman mentioned on Page 11 on the second paragraph in the bottom mentioned that  my sexual harassment involved 2 male but the fact my sexual harassment only apply to Angel Rios only. I felt bad about Mike from Engineering because Mike is my friend and very respectful person and he is Jewish too and I was pray that his wife was okay with this accusation and Judge Furman "but for" he was biased, Prejudice has giving bad reputation to my best jewish coworker, Mike from Engineering who have soft hearted.

Judge Furman did not wanted to communicated with me when the defendant give notice of appearance  and I never had been invite to the conference and asked to come to  the court house when Judge Furman never wanted to see me because of my race: Indonesian and my

religion: Islam when the case was dismissed within one year and 8 days( from January 15, 2015—February 8, 2016).

Judge Furman use  the company policy more important than my rights to fight for injustice discrimination  WHEN HIS BIASNESS HAS CAUSE ME injustice when he denied the most important  first amended complaint I should filled after the defendant discharge me on June 19, 2015( See Docket 24), See Docket 32.

### I HAD BEEN LIVING IN DISCRIMINATORY TREATMENT

I had been living In discriminatory treatment when **every employer use their policy to diminish my rights in the workplace** when in 2019 I was terminated from the job "but for" **ADA DISCRIMINATION AND FMLA DISCRIMINATION** WHEN I WAS FIRED FROM ACCOUNTING JOB BECAUSE I HAVE TO VISIT MY TERMINALLY ILL FATHER WHO ONLY 6 MONTHS TO LIVE and in 2018 **"but for" the company policy** I lose my job because I leave the office during busy tax season to visit terminally ill father who has 6 months to live  and in my current pending case with **NYC Health +Hospital** when the defendant followed the exact step by step (the same pattern  of discharge) of Starwood worldwide to discharge me even **NYC Health+Hospital (25-436)** EEOC position statement was identical with **Starwood Worldwide ( Docket 45, Ex Parte communication Judgement, Without my amended complaint Judgement)**when:

**Both defendant send the termination letter in the mail after my discharge to cover my constructive discharge**

**NYC Health Hospital send termination letter on April 12, 2022 and Starwood worldwide send termination letter on June 30, 2015 when both defendant revoke my keys and I was**

forbidden to enter workplace. NYC Health+Hospital have possession of all my police equipment on April 9, 2022 and Starwood worldwide revoke my keys on June 19, 2015 and I was denied access to my workplace because my keys was taking away from my possession and revoke.

**NYC Health+Hospital**

**Both defendant acknowledge of the subject matter of my internal complaint will cause me constructive discharge when NYC Health + Hospital acknowledge that I will walked the post in order to pray and Starwood Worldwide aware that since my internal complaint investigation hostility working environment failed to address in a good faith I.E discriminatory investigation I.E false accused of breach company policy "Solicitation" but the facts my hostility wor**

### Both the defendant have identical pattern of discharge and defense strategy

| NYC Health+Position (25-436) | Starwood worldwide(16-702) |
|---|---|
| EEOC Position statement | Docket 45( Ex Parte communiciation) |

Both the defendants mentioned the same statement to department of labor stated that " **She quit the job**" in order for me not to received unemployment benefit **BUT** I was force to leave the workplace without my freewill **"but for**" related to my internal complaint subject matter I.E NYC Health+Hospital **denied religious accommodation on April 7, 2022, the only way to pray on time is to abandoned the post, premeditated undue hardship when the defendant aware that I will walked the post to pray from the non reply email I sent to NYC Health+Hospital ( See Exhibit F, Paragraph 9)** and

Starwood worldwide **discriminatory investigation on my internal complaint leading to my constructive discharge on**

**June 19, 2024(I.e false accuse "but for" breach company policy "solicitation) on my internal hostility working environment complaint in march 2014 when I was "false accuse" of breach company policy "solicitiation" has cause me constructive discharge on June 19, 2015( Discriminatory investigation on my internal hostility working environment, March 2014 has cause me denied the investigation on June 19, 2015 , Docket 24 and letter send to Judge Furman I stated that I don't want falsely accused is to prevented to be Backbitten in order to followed the religious command when In Islamic religion the Hadith mentioned :**

> *May Allah bless him or her who prevented themselves from being backbitten*

**Docket 24, June 19, 2015** when I specify to Judge Furman

> *I don't want falsely accuse*

**Docket 24, June 19, 2015** I asked Judge Furman to engage the investigation with the defendant is for my religious commitment to Islam that I must prevented me to be backbitten again such as my internal complaint hostility working environment discriminatory investigation has cause my hostility working environment failed to address when I was falsely accused of breach company policy "solicitation" even though the defendant aware that more than 50 employees engage with the solicitation including the defendants( Ernest Semexant and Tatyana Gritt)


I did not quit bothI was force to leave Islam as my religion( **25-436**) and (**16-702**)"but for" my discriminatory investigation & retaliation( Accusation breach company policy)my internal hostility

internal complaint filled in March 2014 and failed to address by the defendant when the defendant retaliate when I was false accuse of breach company policy made me refuse the non probable cause investigation on **June 19, 2015 ( See Docket 24)** which cost me constructive discharge.

Both defendants mentioned "she did not back to work" when I was already discharge on April 9, 2022(NYC Health+Hospital) when my police equipment was returned and Starwood worldwide discharge me on June 19, 2015( My keys was revoke) No keys Constructive Discharge.

Both the defendants denied me to enter the workplace related to the subject matter related to my internal complaint which failed to address in a good faith "but for" my protected activity when NYC Health+Hospital denied me to religious accommodation to pray on April 7, 2022 and on April 9, 2022 I was asked to leave Islam as my religion.

Starwood worldwide force me to engage with the investigation without probable cause I was denied the investigation "but for" discriminatory investigation on my internal complaint when the respondent discriminatory falsely accused of breach company policy.

NYC Health+Hosptial force me to I leave Islam as my religion ( NYC Health+Hospital) in order to kept my job and Starwood worldlwide(Discriminatory investigation on internal complaint on Hostility working complaint was failed to address which made me denied the investigation on "non probable cause" June 19, 2015)

Both defendant force me to leave my workplace without my freewill ( April 9, 2022( NYC Health+Hospital) related to internal religious complaint when my religious accommodation to pray denied 2 days prior my discharge asking me to leave Islam as my religion when I was asked to choose Job first in order to work there and I reply "Allah first" I was constructive discharge on April 9, 2022.

NYC Health+Hospital denied  my rights as woman in order pregnant was violated when my intention to be pregnant become the contingency of the employment when I told the Doctor Willby that I have intention to be pregnant and she said

I told her that I have one MMR vaccine from baruch college but she said I need 2 MMR vaccine in order to be hired and I found out the second MMR vaccine can be hold until March 4, 2022( **See Exhibit A-3)**

"you cannot get pregnant for 3 months for this job because you need to take the MMR vaccine if you did not take the vaccine you didn't get the job" WHEN I SAW MY BABY FLESH ON THE FLOOR WHEN I WAS FORCED TO TIGHTENED MY BELT AGAINST MY FREE WILL SOMETHING THAT NO WOMAN ABLE COULDN'T DO  ANd my rights for religious freedom when I was forced to leave islam to be my religion when Sgt Rodriguez try TO CHANGE MY SHAHADAH TESTIMONY TO JOB FIRST IN ORDER TO STAY ON THE JOB
REFUSE TO HIRED WHEN NYCHHC WAS RETALIATE BUT FOR I  FILLED INTERNAL RELIGIOUS COMPLAINTS MADE THE RESPONDENT REFUSE TO HIRED ME AND

ONBOARDING PACKAGES WASN'T SENT TO MY HOUSE
ACCORDING TO MAHMUDA 586 SAID SHE RECEIVED THE
ONBOARDING PACKAGES ANS RECEIVED NOTIFICATIONS
FOLLOWED UP ONBOARDING ON THE PHONE AND EMAIL

**Judge Furman said I amended the complaint three times this is
not true because I went to check my docket and there was no
request from me requested amended the complaint 3 times. THE
docket 32 was the FIRST amended which I was ever requested.**

**On Docket 32 when I requested FMLA from the court when I
checked my docket at room 380 and when I see that first
amended complaint which I requested**

I did not missed deadline of appeal. **Docket 55 Judge Furman** on July 26, 2023 said I
should come 5 years ago but Judge Furman said "no" refuse me to amend the
complaint years ago when I requested to amend the complaint the first time and he did
mentioned on his judgment he denied me to amend the complaint because I was
amended 3 times but there is non amended complaint filled by me . Docket 32 was the
first amended complaint requested to the court.

the first and second amendment was requested by the court not by me when the first
amended complaint was asked by pro se unit to be amended by asking me to add the
defendants on the case when I came to court house with intention to fixed typographical
error on my docket 2 ( my original complaint) and I just followed what pro se employee
asking me to do and the second amended complaint when my mom was sick and
terminally ill but I did just send whatever I can but when I came to the State On August
14, 2015 the respondent said they do not received my amended complaint **( See
docket 26)**which prior this I went and concentrate with my mother wellness and my
mother is my everything because Islam said must prioritize mother first over amended
complaint but **see Docket 32** was denied by Judge Furman which according to him
I was requested for 3 times but it is not true the first 2 was requested by the court and
**only docket 32 the first requested to amended the complaint from me** but Judge
Furman refused me to amend the complaint and excluded my rights under fed rule
15( 2) which because he was biased Judge Furman just wanted to establish injustice on
my case. Definitely Judge Furman biased because of my race and religion,Islam.

Judge Furman failed to recuse himself from my case  but I did not know he was biased until he denied me to amend the complaint for the first time  ( **See Docket 32**) and According to the court  the other amended complaint amend complaint no.1 and amended complaint no.2 was requested by pro se unit and Judge Furman ( **See Exhibit 23**)  statement is biased because he was Jewish . I did requested when the case still was not dismiss yet. I didn't miss any time frame of appeal or to amend the complaint my mom was sick which in Islam the Allah first and prophet Muhammad peace be upon him and parents first" to be serve.

Judge Furman has denied my rights under fed.civ.Rule 15(a)(2)as prose should given "free to ammend the complaint" at least once and as prose litigant to received fair Justice treatment in the court room and accommodated the religious obligation to take care the mother which mother should come first in Islam. when Judge Furman rush to give the respondent summary judgement when he was aware there was material involved when he said on his final judgement that "**the court job was not to rewrite the case**" but Judge Furman refused me to amend the complaint ( **See docket 32**) when I requested FMLA to the court when my mom was in critical condition and **taking care of the mother is the part of Religion in Islam** which If I have to choose to see my terminally ill parents or amend the complaint definitely  religion should come first I have to serve the parents first and the court should allowed me to amended the complaint.

## See DOCKET 32( Requested to amend the complaint  for first time "but for" FMLA and "religious obligation" which in Islam is "Serve Allah first, Prophet Muhammad first, Serve your mom first when the prophet mentioned 3 times "Serve your mom first" when I went back from visiting my terminally ill mother on August 14, 2015 ( See Docket 32) and (Docket 27)I went back to the state and I found out my amended complaint was  incomplete

## Judge Furman not able to handle my case in a good faith when he was granted my amended complaint ( See Docket 36,Docket 39, Docket 46 ) in which just partially when Judge Furman kind of like take and hold by Judge Furman said  I am allowed to filled the third amended complaint with condition that "why I wanted to amended the complaint again" by shadowing by allowed the defendant motion to dismiss passing  by  and by granting the respondent to filled motion to dismissed it's crucial and Judge Furman trying to ignored the evidence and  holding me down to

make amended complaint as pro se litigant when my amended complaint should be prioritize according to Fed. Rule 15(a)(2) feel free to amend the complaint without shadowing and limit my movement "but for" I have to answer motion to dismissed.

Judge Furman denied me to amend the complaint for the first time it's clearly violated rule impartial as judge and Judge Furman should recuse himself from my case  when he was aware that my religion belief Islam and my race : Indonesian  has cause him not able to stand up for justice and conducted the impartial presiding.

Rule 15 (a)(2) 'justice required'" refers to a provision in the Federal Rules of Civil Procedure which states that a court "should freely give leave" to amend a pleading when justice requires it, meaning a party can modify their legal claims within a lawsuit with the court's permission, especially when doing so would serve the interests of fairness and a just outcome.( Docket 36 indicate Judge Furman limit me to amend the complaint for the first time when he said I must amend the complaint with conjunction with motion to dismiss.

Docket 36 Judge Furman was biased because of my race and religion when he dictated how to amend the complaint when he said ; my amended complaint must be conjunction with defendant motion to dismissed which is not fair to me meaning my amended complaint was not under freewill and also I strongly believed Judge Furman was biased, prejudice because of my race: Indonesian  and my  religion: Islam  when Judge Furman refuse to amend the complaint for the first time when the defendant fired me from the job.( See Docket 32) the first amended complaint requested to the court.

Judge Furman has violated Fed 15(A)(2) when he refused me to amend the complaint for the first time and according to federal rule for justice purposed I supposed to have given rights as pro se to amend  for justice purposes. It is for Justice purposes when On June 8, 2015( See Docket 23)  the defendant filled motion to

dismissed and Judge Furman asked me to amend the complaint or file opposition to dismissed which really confusing and I strongly believed Judge Furman was afraid my new amended complaint was material by keep shadowing my request to amend the complaint with defendant motion to dismiss when I was requested to amended the complaint for a first time.

Judge Furman also according to Docket 36 also Judge furman said

"Apparently to correct various typorgraphical error and supply pages that were missing from her earlier filling"

Judge Furman seems like did not let me to amend under my free will when Judge Furman said my amended complaint must be conjuction with defendant motion to dismiss when I was dictated what I am going to say on my amended complaint according to what the defendant said.

- Judge Furman should recuse themselves if there is a reasonable doubt about his ability to be impartial to take my case
- According to **Judge Furman statement that on his final judgement, 02/09/2016 I was amended the complaint 3 times** but I only requested the amended the complaint once ( **Only Docket 32**) for the first time and **the other first amended complaint was requested by pros se unit when I went to court house trying to fixed typographical error** and **the second amended complaint request by Judge Furman ( See Docket 23**), June 9, 2015 "but for" the respondent filled motion to dismissed I was asked by Judge Furman whether to amend the complaint or filled opposition motion to dismissed after I went back to New York after visiting my terminally ill sick mother which at the time my mom was just recently got stroke and critical condition and Defendant said they do not received my amend complaint( **See Docket 26**) from here I realize the amended complaint requested by Judge Furman was defective( **See Docket 23**) and when I requested the court to amended for a first time( **See Docket 32**) judge Furman denied me to amend the complaint which really significant material cannot be dispute Judge Furman biased,

Prejudice when Judge Furman aware that the amended complaint was requested **On Docket 23, June 9 2015 when Judge Furman request me  to amend** the complaint which at the time the defendant did not fired me yet which there is nothing significant to add the amended complaint but there is no material cannot be dispute when Judge Furman denied the most important amended complaint which I am really in needed so much when the defendant discharge me on June 19, 2015 **( See Docket 24)**Judge Furman denied me to request to  amend the complaint  for the first time because Judge Furman biased because of my race: Indonesian and religion : Islam and Judge Furman because of his biasness and willing and intentionally wanted to filled injustice on my case intentionally  denied my FMLA request ( **See Docket 32**)when I gave Judge Furman the reason I would like to amend the complaint because my mother  terminally ill and recently got stroke and  sick and some of missing pages and the difficulty to pay for copies which at the time I have to pay my friend $ 100 plus the cab fare to delivered my amended complaint in order to meet the submission deadline on July 21, 2015 but the submission was late which according to my friend she did submitted on July 20, 2015 which from my current experience is possible pro se who delayed the document to be docketed from my current case pending case(**23cv06175JLR**) when on January 6, 2025 I submitted my amended complaint and on January 10, 2025 the judge Aaron said the court still not received the amended complaint too but there no material cannot be dispute prose unit delayed document my document when I went to room 370 I found out the prose unit received my complaint on January 7, 2025 but the prose unit delayed the process to put my amended complaint in the docket because prose unit  is lawyer too they from the pro-bono lawyers association to protect another lawyer to be win  who has side way with another city law department when I was asked to amended complaint on my case in 2016 to add the defendants and at the time  I do not want add no defendants but pro se unit asked me to add the supervisors on the case and I did not know the amended complaint was limited when I was refuse to amend the most important complaint(**See Docket 32**)  when I was constructive discharge by the defendant on June 19, 2015( **See Docket 24)** when coworkers and defendants stand together to discharge and I did not do nothing wrong when I was escorted to leave the building  by the defendants, Union delegate who represent the coworker and they said "I am

under investigation" and I was force to leave the premises witho my uniform on  by Director of Security, Director of Human Resources, the defendant( Vincent Jerphanion)and Union delegates represent the coworkers they said "I am under investigation" and my keys was taking away from my possession and I was escorted to leave the building and I did not allowed to enter building because my key was revoke and I got no access to my keys and I was constructive discharge that day "but for"

## Ammended Complaint 16-702

### Recused judge Furman

 I believed Judge Furman is biased, prejudice "but for " my race, Indonesian and religion is Islam and Judge Furman should be recuse from my case because when he denied the most important amended complaint request ( see Docket 32), the first amended complaint request from me after the respondent discharge me "But for" I was refuse the investigation On June 19, 2015 and the reason I was refuse the investigation On June 19, 2015 ( See Docket 24) "but for" discriminatory investigation on March 2014 when my internal hostility working environment investigation did not address properly "but for" discriminatory investigation when my hostility working environment investigation final result accused me **for breach company policy "Solicitation"** when the respondent aware that more than 50 employees engage with the "solicitation" but I am the only one to blame "but for" my protected activity  and cost me an adverse when my  internal hostility working environment did not address properly and   for me when my case defective and Docket 45 Base on Ex Parte Communication when there are many false statement  On Docket 45 because my race: Indonesian  and my religion: Muslim and Judge Furman : Jewish when Judge Furman described my hostility working environment complaint as "rumbling statement"

non actual and I do not know what else to say  when Judge Furman put his negativity to denied my complaint "but for" my race : Indonesian and my religion: Islam.

Judge Furman should not denied my hostility working environment to the court when he said my case was non factual statement  and called my statement as "rumbling statement " because I am telling the truth.

My religion, Islam and my race : Indonesian has cause him breach his Judicial interest to act not impartial on my case which cause me an adverse employment action when I was facing face to face constructive discharge after his false judgement in 2016 in which according to Judge Furman final judgment on my case on February 2016 Judge Furman emphasizes that company policy come first and my working condition was not severe  and Judge Furman speak on my behave when he was look my case slightly on my case because of my race : Indonesian and my religion Islam.

I need to add race as Indonesian and I requested the court to let me to amend the complaint under my freewill without have to amend must conjunction to motion to dismiss **( see Docket 36 & Docket 39)**but at the time while I was requested to amend I have so many material to disclose when I am not longer work there so I can freely to spill the bean **"free to disclose"** everything the material which I was not able to disclose while I used to work there because of my safety is the most important which I believed I supposed to have rights to **add sexual harassment** "but for "my protected activity my sexual harassment complaint was denied by HR and I was facing

sexual harassment when Angel Rios push me at room 506.

Docket 46 stated that:

*The only remaining question "Should Plaintiff granted to leave to amend her complaint. Although leave to amend a complaint should be freely given "when Justice so requires", Fed. R.Civ.P.15(a)(2) the courts should generally grant pro se Plaintiffs leave to amend "at least once"*

**Wallahi, I swear under the name of Allah the most**

1. **Injustice case in 2016(2nd circuit:16-702) which include Judge Furman who failed to recuse himself in 2016 when he was aware "but for" my religion: Islam, my race: Indonesian and Judge Furman was Jewish which has cause my case injustice in 2016 when I was denied my rights as prose under fed 15(a)(2) when I was denied the first amended complaint (Docket 32) requested to the chief Justice Roberts supreme court Justice of America and Associate Justice of United states of America for this matter I need my justice and my rights back as prose under Fed 15(a)(2)should be given my rights to filled the first amended complaint which cost me injustice when I was facing so many constructive discharge since 2016 even the current pending case of NYC**

Health+Hospital followed the step by step of constructive discharge was followed by another employer.

2. for justice required. My religion, Islam to fight for injustice is the part of religion for this matter I request the Chief Justice Roberts and the rest of Associate Justices to give my rights back to let me to amended the complaint for 2nd circuit; 16-702, SDNY+15cv635JMF in order to performed my religious belief as a better Muslim

3. Docket 32, the first amended complaint request filled to the court but it was denied when I was free to disclosed all the material to the case after I was constructive discharge, June 19, 2015 and motion to dismissed, docket 23 filled prior my constructive discharge, June 9, 2015(see Docket 24) and on Docket 32  I mentioned about my mom in critical condition at the time ( On Docket 32) and I need to put my mom first as first priority instead of amended complaint first but on Docket 36 and Docket 39 Judge Furman denied me to filled the first amended complaint denied my rights as pro se under 15(a)(2) when I was not given and judge furman restrict my rights under "free to amend" and judge furman interference and dictate me how to amended the complaint without giving me my rights "free to amend" as justice require according to fed rule 15 Civ 15(a)(2)when Judge Furman keep mentioning that I have to submitted the reason "why my second amended cannot be dismissed" and also

restricted my rights under fed 15(a)(2) when my rights to "free to amend" was denied when Judge Furman mention said "If she filled the third amended cannot be granted"(See Docket 39, 2nd paragraph), My amended must filled with conjunction to motion to dismissed (Meaning not "free to amend") but I have a lot things to say on my amended complaint and I need to disclose my race as Indonesian, Starwood worldwide failed to address my hostility working environment in a good faith and I was falsely accused me of breach company policy "solicitation" which considered retaliation and on the same time the defendant failed to address and failed to protected me from sexual harassment and hostility working environment "but for" my protected activity of HR refused to filled sexual harassment when I was push to the bed at room 506 by Angel Rios when I came downstairs to HR and HR Director, Irene Okumakpeyi said refused me to make the complaint when Director of HR, Irene Okuamakpeyi she said :

> *We're busy we cannot take any complaint right now, comeback in 3 weeks*

4. Judge Furman denied to my first amended complaint was considered biased, prejudice when I was denied to disclosed new material to the case when I was locked in on motion to dismissed and refuse to disclose new material to the case "but for" Judge Furman Jewish and definitely Judge

Furman knew I am Indonesian and Muslim. I was locked in motion to dismissed and denied my rights under fed 15(a)(2) as prose I should given the rights to "free to amend" to amend the complaint at least once as justice required when the defendant discharge me on June 19, 2015( See Docket 24) and I am so ready to spill the bean(disclose the material to the case) but Judge Furman denied my rights under fed 15(a)(2) after motion to dismiss filled before I was constructive discharge on June 8, 2015 ( See Docket 23)and I was constructive discharge on June 19, 2015( See Docket 24)

5. Judge Furman restrict my rights under fed CIV 15(a)(2) when I was not allowed to amend the complaint and add new material to the case when the defendant discharge me on June 19, 2015( See Docket 24) subject from outside from motion to dismissed(Docket 23 filled prior my constructive discharge, Docket 24) and also proved of my rights in the workplace was denied when the Starwood worldwide failed to protect me from sexual harassment and hostility working environment when my internal complaint hostility working environment was not filled directly W union square HR because my protected activity of filling race DHR complaint in 2008 cause me not allowed to filled any complaint or grievance when coworkers many time told me "take me to HR", "you got case" meaning my protected activity of filling race DHR complaint in 2008 has made me

not protected from sexual harassment and
hostility working environment.


6. My protected activity cause an adverse
   employment action when I did not allowed to filled
   any complaint when my internal hostility working
   environment was filled by outside third party
   outside Starwood worldwide management is a
   proof "but for" severe condition when I did not
   allowed to filled any grievance or complaint and
   "but for" my protected activity the defendant
   retaliated and made them failed to protect me
   from sexual harassment and hostility working
   environment when on my internal hostility
   working environment complaint I was accused of
   breach company policy "Solicitation"which the
   internal hostility working environment complaint
   was not filled through HR because I did not
   allowed to filled any type of discrimination
   complaint or grievance "but for" my protected
   activity was filled through outside Starwood
   Management which according to the lady who
   take the complaint over the phone she told me
   she was not the employee of Starwood worldwide
   when I was told her my

7. My protected activity has made me not allowed to
   filled any grievance or any complaint considered
   severe working condition when "but for" my
   protected activity of filling race DHR complaint
   2008 I was less protected in the workplace I did

not allowed to filled any grievance and complaint when I was denied to filled the grievance and any complaint when I was denied to filled  sexual harassment and hostility working environment on February 28, 2014  witness by Director of Human resources , Irene Okumakpeyi at W union square and she was aware the incident nothing to do with solicitation when more than 50 employees engage with solicitation but I am the only one to blame for breach company policy "but for" my protected activity.

8. I was facing hostility working environment in daily in daily basis and HR aware of the condition when her office (HR) and Housekeeping department like 5 feet away  when  I filled the internal hostility working environment complaint I was using the confidential hostility working environment I was able to reach the highest starwood worldwide management by filling the  confidential complaint hotline to reach the highest Starwood worldwide management when the starwood worldwide conducted the discriminatory investigation which "falsely accused me breach company "Solicitation"  and failed and denied Mariora Sfera has disclose my protected activity to coworkers

9. In Islam Qur'an mentioned on Surah Al-Maidah 55 mentioned:

> *Your only guardians are Allah, His Messenger, and fellow believers—who establish prayer and pay alms-tax with humility*

**The hadith Prophet Muhammad peace be upon him said :**

**May Allah have mercy on one who prevents himself from being backbitten, A person must defend themselves**

*On my public record on 2nd circuit: 16-702 SDNY; 15CV635JMF I was* **"backbitten"** *I.E "falsely accuse" of amended the complaint 3 times by Judge Furman and defense counsel, David E Cassidy and I was false accuse by the defendant, Starwood Worldwide of breach company policy of "solicitation"," but for" my protected activity my internal hostility working environment and sexual harassment was denied and failed to be address by the Starwood worldwide when on my internal complaint hostility working environment I was falsely accused breach company of* **"solicitation" by the defendant but the facts I was falsely accused stealing by white coworkers who have the same as race as Mariora Sfera(Yugoslavian), the subject of my Race DHR complaint in 2008 and** *on Judge Furman* **"EX parte Communication Judgement (Docket 45,when the judgement based on motion to dismissed when Docket 23 was establish and filled prior I was constructive discharge on June 19, 2015( See Docket 24)** *denied my*

first amended complaint requested to the court , Docket 32) "stated I was deserve to be terminated "but for" I breach company policy by **refuse investigation** but the reason I was refuse the investigation on Docket 24, June 19, 2024 **"but for"** my internal hostility working environment I was **false accuse** of breach company policy "solicitation" by the **defendant who retaliated** "but for" my protected activity the defendant  failed to address my internal hostility working environment complaint filled in March 2014  in a good faith when I was **"backbitten"**I.E **"false Accused"** when on the final investigation on my internal complaint investigation I was false accuse of breach company policy **"solicitation"** when the defendant aware more than 50 employees engage with the "Solicitation" to donate to  Darlyn Mayorga when her family member who passed away but I am the only one to blame **"But for"** my protected activity

**Docket 28 not considered my second amended complaint** because this amended complaint was requested by Judge Furman**( See Docket 23)** and not by me so not considered I lost my rights on amended complaint because it was requested prior my constructive discharge on June 19, 2015**( See Docket 24).**

*Docket 3* *was not considered my amended complaint because I did not intention to amend but the prose unit tricked me when I came to the court house to fixed some typographical error not to amended the complaint when the prose unit was intentional to mischief when* **my amended complaint was not under my consent** *and I am not binding for something which I don't know or without my consent or intention to mischief by prose unit because I did not request to amend only docket 32 the first amended complaint requested to the court. I am not sure if I was aware or did not aware my complaint was amended when the pro se unit employee did asking me to put the name of supervisors to the case so they will fired from the job but I never have intention wanted my supervisors to be fired but Prose unit intentional to mischief by fabricating my intention was not to amend the complaint instead my intention went to the court house to prose unit was to fixed the typographical error on my complaint and I never intention to add defendant but from the prose unit intention and I am not binding for amended complaint without my consent for something that I did not consent and aware off. Pro se unit considered manipulative and intentional to mischief made me lose the most important*

*amended complaint which I requested to the court for the first time( **See Docket 32**) when I need to disclose the most important material as my race as Indonesian will change the entire case.*

*Docket 46 should be reconsidered by the court*

but for "discriminatory investigation" on my internal HWE(Hostility working environment) complaint filled on February 28, 2014 when the final investigation finding was discriminatory when I was false accused breach company policy "Solicitation" by the defendant which leading to my constructive discharge on Docket 24, June 19, 2015 which made me denied "the non probable cause  investigation" on June 19, 2015,  see Docket 24 I was indicated on the letter send to Judge Furman that "I was afraid falsely accused" because for the sake of religion that Prophet Muhammad peace be upon him said:


related to my internal complaint and   the reason of refusal the investigation "but for" discriminatory investigation on my internal complaint and non probable cause investigation for something which I did not know why I was investigated for and I asked the court to investigate( See Docket 24, June 19, 2015) "but for" my protected activity I was afraid of  "Falsely accuse"again related to my Hostiliy working environment complaint filled in February 28, 2014 and Starwood worldwide failed to address my hostility working environment complaint in a good faith when the defendant retaliate and the final investigation was discriminatory when the defendant falsely accused me of breach of company policy "solicitation" when on my internal Hostility working environment(Feb 28, 2014 incident), the facts subject matter related to my race DHR discrimination case filled 2008 when I was harassed by white coworkers accused me for stealing and the defendant denied my hostility working environment against white coworkers and started to retaliate and accused me for breach company policy  on "solicitation" when the defendant, Director of Human resources aware that more than 50 employees engage with the "solicitation" include the defendant ( Ernest Semexant and Tatyana Gritt giving me the money to help Darln Mayorga who lost her family member) but I am the only to blame  for breach company policy "solicitation"but for " my protected activity and trying to denied or refuse to address my hostility working environment in a good faith when my  "but for" my protected activity of filling DHR race 2008 against white management (Mariora Sfera, White Yugoslavian and Erica Jackso, white Hungarian)and the reason I filled hostility working environment "but for" the white coworkers had been harassing me as revenge since Mariora sfera disclose my protected activity to coworkers during roll call briefing  that  her removal from w union square to W Hoboken related to my race DHR complaint in 2008 when she said to me in anger:

*I was removed from W union Square, Are you happy now*
Since then I was facing hostility working environment from white and non white coworkers until leading to ongoing hostility working environment which effecting terms and conditions of employment leading to  my discharge on June 19, 2015( See Docket 24).

Prior I was constructive discharge I was facing trememdous ongoing hostility working environment after my race DHR complaint filled 2008 was dismiss when I must work outside working hours ( Approximately 2 hours from 3: 30 pm- 6;00 pm without pay) because I was force to performed deep cleaning attendant job performance ( Vincent Ortega) which cost me not able to finish my certain quota in 7 hours and force to work outside my working hours which deep cleaning attendant only assigned 1 room per day to do deep cleaning but for me I was assigned 14 rooms plus deep cleaning and Ernest Semexant and HR Management aware that I skipped lunch since coworkers threw my food on the fridge and confronted for eating chicken in the cafetaria when Amarilys Conteras said :

You cannot eat all the chicken, Are you sure you're not from Cambodia

Ernest Semexant was there eating chicken too but  coworkers did not say nothing to him but when I was eating my chicken coworkers said I cannot eat that much chicken and fight to me over the chicken and I told her do not fight "it just chicken" and she said "Do you think it's funny are you sure you're not from Cambodia". Ernest Semexant join the conversation and said I should share the chicken but when I came down I wait for the chicken too because there was nothing on the tray and I waited for the chicken to be refilled but the facts it's not about the chicken but my protected activity of Mariora Sfera was removed from

October 2013: "BUMP RULE" terms and conditions of employment created by white coworkers (Dragana Sfera) sister in law of Mariora Sfera ( former Supervisor on My DHR RACE 2008).

Mariora Sfera  was removed from W union square to W Hoboken which according to Mariora Statement her removal was related to my race DHR complaint filled on December 2, 2008 when she disclose my protected activity to coworkers when she said:

I was removed from W union square, Are you happy now

Since then I was facing hostility working environment from white and non white coworkers which leading to constructive discharge on June 19, 2015( See Docket 24).

After Mariora Sfera leave W union Square I am not longer received Negative working environment but I received hostility  working environment from white and non white coworkers which eliminate and effecting the terms and conditions of employment of my working assignment not according to Union bargaining instead according to "bump rule"( White coworkers terms and conditions of employment) when Tatyana Gritt told me when I was requested my rights should be received assignment according to my seniority Tatyana Gritt she was not able to put me on the 5th floor according to my seniority system because she need the approval of coworkers and Tatyana Gritt said  "Dragana Sfera did not bump others" and Tatyana Gritt said  "Dragana Sfera did not bump Tshering Lhamo" which Tshering Lhamo was lower seniority than me and Tatyana Gritt said "Dragana Sfera only bump you only". Tatyana Gritt has approved the hostility working environment by letting coworkers run the office and determine to reduce my paycheck when I was received deduction on my paycheck from over time wages and vacation wages which already approved by the management and I remember when I was asked why I did not get paid vacation paid while I was on my vacation and Vincent Jerpahanion( Director of Housekeeping) said the coworkers came together request to

Bump rule  is replace the terms and conditions employment under bargaining rule


Judge Furman failed to recused himself when he was aware "but for" my race: Indonesian, Muslim woman and denied my rights under fed15(a)(2) to allowed me to made the first amended complaint.

Judge Furman denied my Docket 7 to add DHR as defendant which I am not binding with the statute limitation on the time frame I did not aware of DHR was liable and did misconduct until my case was dismissed without my acknowledgment when the main cause of my hostility working environment "but For " my race DHR complaint was handle improper way not in a good faith by DHR which made suffered consequences of facing hostility working environment since 2010 until my discharge on June 19, 2015( See Docket 24)

when the reason  Mariora Sfera disclose my protected activity to coworkers "But For" my race DHR complaint filled in December 2, 2008  was dismissed, Her outrage "but for" my RACE DHR COMPLAINT  filled on December 2, 2008 WAS DISMISED AT DHR because when my race DHR complaint  filled in 2008 still ongoing investigation white Management( Erica Jackso, Petr Dana) were leaving and Mariora Sfera was the last one to leave and she was calm when my race DHR complaint 2008 still ongoing investigation and she found out my RACE DHR COMPLAINT 2008 was dismissed cause her outrage by Mariora Sfera which she disclose my protected to coworkers when she reprimanded me in public in front of coworkers:

I was removed from W union Square, are you happy now

Since then I was facing hostility working environment from white and non white coworkers which effecting terms and condition of employment leading to  ongoing hostility working environment on the allegation on :
June 2011: My food on the fridge was thrown out by coworkers when the coworkers confronted me for eat all the chicken when  if I came from Cambodia who came from the poorest country
October 2011: Ana Balta (White supervisor said I must performed houseman working performance)
July 22, 2014: Dominican coworkers said "We're Dominican and we don't like her"

Judge Furman Jewish aware and acknowledge himself he was not able to proceed impartial with my case when on Docket 36 and Docket 39 judge Furman restrict my rights as pro se under Fed 15(a) (2) pro se should be given "free to amend" when Judge Furman said on Docket 36 and Docket 39 my amended complaint must conjunction with motion to dismissed ( Docket 23, June 8, 2015), which Docket 23, defendant motion to dismiss was filled prior I was constructive discharge.( See Docket 24, June 19,2015)

Judge Furman denied me the first amend the complaint considered no material cannot be dispute Judge Furman biased, prejudice trying to prevented me to disclose material to the case   when I supposed to be given rights to amend without Judge Interference or Defense counsel, Starwood worldwide interference on docket 36 and Docket 39  and supposed to be "Free to amend" without the limitation of jurisdiction under motion to dismissed, Docket 23.

Judge Furman said I was amended the complaint 3 times but the facts there is non amended complaint filled by me instead of Docket 7 to Add DHR as additional  defendant which denied by judge Furman which I strongly believed by giving a chance to amend the complaint definitely DHR( Department of Human rights) should liable for hostility working environment and cause me constructive discharge on see Docket 24, june 19,2015 when my Internal complaint hostility working environment filled on February 28, 2014 "But For" my race DHR complaint against white management I.E Eastern European supervisor was dismissed without my acknowledgement when I did change my address to DHR when I was moving and having new address but I never received any mail from the DHR ( Department of Human rights )regarding my case was dismissed and I did not aware of DHR any wrong doing until Mariora Sfera used to be calm prior my Race DHR complaint 2008 was dismissed and out of sudden Mariora Sfera acting back like the discriminatory working environment in 2008  which I believed the DHR investigator from her or his last name Nitchenthauser (DHR investigator) she or he probably racist too when I was not given

the final determination of my case which my case was dismissed without my acknowledgement and cause adverse on my working environment and the main cause of hostility working environment "but for" my case in DHR was dismiss and when Mariora Sfera found out my case was dismissed in DHR she was disclose my protected to coworkers when she said reprimanded me in public :

I was removed from W union Square, are you happy now

Since this incident I was facing hostility working environment from white and non white coworkers until leading to my constructive discharge on June 19, 2015 ( See Docket 24) when the coworkers, defendant, Union Delegate who represent discharge me when they took my keys, they escorted me to leave without let me to change my uniform and I was holding my shoes with me I was escorted to leave the building when they said I am under investigation which I did not know the reason I was investigated for. Prior this incident the coworkers was outrage because I was suing Ernest Semexant(Supervisor), Tatyana Gritt(Supervisor), Vincent Jerphanion( Director of Housekeeping) when one coworker said to me " we're afraid of you" but I refuse investigation because I don't want to false accuse like my internal complaint  filled through outside Starwood Management when on my internal hostility working environment filled regarding February 28, 2014 I was falsely accused of breach company policy "Solicitation" but the facts the incident it was about I was harassed by white coworkers in daily basis when on February 28, 2014 the white coworkers accused me for stealing and she brought the discussion to morning briefing roll call and Priscilla Molina brought my protected activity of my race DHR complaint in 2008 when she called my protected activity nickname "Trouble maker" represent my RACE DHR complaint in 2008 when I was capable to steal and the purpose of my race DHR case was money and  this incident  hitting the most because I did not sue w union square for money when on my complaint I was asked to treated me better but after my DHR case was dismissed I was facing hostility working environment by white and non white coworkers leading to hostility working environment I was facing in daily basis which

because Mariora Sfera definitely discriminated against my race when she was hired me she thought I was Fliphino when the white management ( Mariora Sfera, Erica Jackso) introduce me as Filiphino

Went home that day and I was sobbing in tears and I told HR that I cannot stand working environment and on the same time I made the confidential hostility working environment complaint through the phone hotline regarding February 28, 2014 incident  and  I did not coming back approximately I lose 105  hours of working wages and on the same time I filled the

which  predicted that my amended complaint "but for" missing pages from previous complaint but the facts I need to disclose another material which not able to disclose i.e not conjunction with motion to dismiss which  according to Docket 36 and Docket 39 that my amended complaint must be  "conjunction to motion to dismissed " which motion to dismissed, Docket 23  was filled by the defendant prior my constructive discharge, June 19, 2015, Docket 24 and I need to disclose race as Indonesian when on MY SDNY complaint in January 2015 I am not capable to disclose my race as Indonesian "but for" I believed by disclose my race as Indonesian will made me terminated for the job because the reason Mariora Sfera, Erica Jackso, white management hired me on June 12, 2005 because they thought I am from Filipino when they introduced me to coworkers as Filipino until I was injured on the job and I put my roommate as my emergency contact, her nickname is Sofia and I found out her real name is Sannober Noor when she told me when I was injured one lady from the job called her and said:

*Your cousin Erica in hospital*

My roommate reply:

Erica is not my cousin, I am from Pakistan and she is from Indonesia

Since Mariora Sfera found out my race Indonesian I was started receive negative working performance and until I had altercation with Mariora Sfera(Yugoslavian), Supervisor when she called me to the office and she called my union delegate, Vincent Ortega, Dominican Republic when Mariora Said she found the toe nail under the couch but Housekeeping steps is A,B,C which our job not to flip the couch because the housekeeping step is A; take the garbage, Dirty linen out B: make the bed C; Dusting and vacuum because we have 14 room to clean in 7 hours. I told Mariora Sfera "this is discrimination" and my union delegate, Vincent Ortega, from Dominican republic said "This is not your country" and Mariora Sfera, Supervisor did not escalated Vincent Ortega racial slur statement and Mariora Sfera considered racist too. Prior this incident I was having so many altercation with Mariora Sfera when one time Mariora Sfera cause me failed from the class when I used to go to school to Baruch College when  I did not allowed to leave after my shift when I told her I have to go to school and she said I will fired that day but the facts she just wanted to made me failed from the class. Mariora Action cause me failed from the class when I was receiving INC grade because I did not take final exam and I must fixed the INC grade prior Spring semester which at the time my professor went to china for vacation and I am not capable to fixed my grade before spring semester and cause my grade to "F " grade.

After Incident I was receiving so many negative working performance until on December 2,2008 the hotel had low occupancy

mentioned my race : Southern east asia non Chinese speaker and this is not a race and I  need to add Indonesian as my race and in order to make DHR  will ADD DHR as defendant which the DHR should liable for my hostility working environment and along with the defendant( Starwood Worldwide) and I was falsely accused of breach company policy "solicitation".
Judge Furman trick me when he said  that my previous amended complaint was not mentioned material to the case but the facts there was no amended complaint had been filled I did not said anything yet and I did not  amended complaint yet and my docket 28, was not considered amended complaint because my mom was in critical condition ( see Docket 32) when I did submitted in halfway because for the sake of religion I should serve my mother first instead of amended the complaint.

I am attaching amended complaint attach to this letter which the  first amended complaint request to the court was denied by Judge Furman years ago when he said on Docket 36 and Docket 39 mentioned I was amended complaint for 3 times but the facts there was no amended complaint had been filled by me  except the court trick me and false accused me for  amended my complaint I never did and without my consent when  docket 28 was amended complaint requested by Judge Furman (Docket 23, prior my constructive discharge) it was defective "but for" I had an emergency my mom was in critical condition( Request FMLA ) to the court . Meaning I should not lose my rights under fed 15(A)(2) when Docket 32 was the first amended complaint requested by me to the court and Judge Furman said On Docket 36 and Docket 39:

*If the plaintiff attached a proposed third amended complaint to her opposition, there is no guarantee that leave to amend will be granted*
*In that opposition, should explained to the court why she believes she should amended the complaint for the third time*

Judge Aaron and Rochon has breach their judicial misconduct when On January 10 2025 conference Judge Aaron as decision maker do not have authority to asked me  to withdrew from my amended complaint, docket 65 when I supposed to be protected under fed 15 (a)(2) that prose should be free to amend without the judge interference.

**Judge Aaron and Rochon has breach their judicial misconduct** On January 10 2025 judge Aaron asking me to go downstairs to open separate lawsuits with NYPD and judge Aaron also said the court did not received my amended complaint, docket 65 but why judge Aaron mentioned "unrelated" without reading my amended complaint, docket 65.

**Judge Aaron and Rochon has breach their judicial misconduct** according to my Investigation from the record department room 370 I found out my timely submission **January 6 , 2025 of my amended complaint, docket 65** was stamp by prose unit **on January 7, 2025** meaning there's no excuse the court should not able to put the amended complaint docket 65 within 2 days to ecf docket by January 10, 2025.

**Judge Aaron and Rochon has breach their judicial misconduct** Judge Aaron stricken my docket 65, July 6, 2025 amended complaint submitted to ecf docket and delayed for 7 days when my docket 65, amended complaint was stricken from the docket. See Docket 66

**Judge Aaron and Rochon has breach their judicial misconduct** see docket 66 when my docket 65 was change to docket 1 .

Also I always stern to add defendant city of new York as defendant but judge Aaron interference and breach his judicial interest under fed 15(a)(2 when I supposed to have " free to amend" without judge asking me to withdrew from my amended complaint.

**Judge Aaron and Rochon has breach their judicial misconduct** which judge Rochon removed ADA & retaliation claimed from my complaint from **order docket 72** when my letter to judge Rochon on January 10 2025 on **docket 67, 68, 69** explain regarding I am not consent with judge Aaron conducted discovery and judge Aaron and Rochon change my docket 65 to docket 1.

**Judge Aaron and Rochon has breach their judicial misconduct** change my amended complaint to docket 67 when I didn't say I will replace docket 65( 212 pages) to docket 67( only 9 pages).

 **Judge Aaron, Judge Furman and Judge Rochon has breach their judicial misconduct** and docket 86 defense counsel Rodalton Poole said I was amended my complaint 3 times which similar with my case in 2016 when judge Furman trick me when **I was false accused that I was amended 3 times the facts there was no amended complaint had been filed and requested by me except docket  32 was the first amended complaint requested to the court.**

Judge Furman tactic was followed by Judge Aaron and Judge Rochon  when the judges were deceitful on their ruling on Docket 64, Docket 70, Docket 75 that I wanted to withdrew from my amended complaint, Docket 64, Docket 70, Docket 75 because "Unrelated" this is not mv ⸳⸳ and statement came out from my mouth this is Judge Aaron statement when he said ⸳⸳ with NYPD is "Unrelated" but I believed it's related and I always stern to add City as defendant to the case and Judge Aaron because he was racist, prejudice islamophobia judge when he was failed to proceed with his integrity, im⸳ false statement  he was undermining my religious on off record sta⸳ 2024 Judge Aaron his job was throw the case out of the way becau⸳ the discrimination and he said I am in the wrong court when he said ⸲ dismiss the case again and you end up like your case in 2016 when Jt⸳ gesture of Zero by using his forefinger and his thumbs to describe zero.

**Judge Aaron, has breach their judicial misconduct** on July 2 2024 judge Aaron brought the jury to the conference when my case is non jury trial when he asked me if I wanted to asked jury questions and I said no.

**Judge Furman has breach their judicial misconduct** when Judge Furman has and made me lose my rights under fed 15(a)(2 ) that the prose should give rights to free to amend at least once when judge Furman said I was amended 2 times but the facts there's none of amended complaint requested by me had been filed " but for" judge Furman, judge Aaron and judge Rochon biased, prejudiced change, altered, removed material from my case which made me looks as competent as pro se but the facts the judges who change, alter, tampering with my case and for my case 2nd circuit : **25-436 & 16-702** I hope docket 77 should be added my interrogatories. But I don't want to argues I just need to observe and need right time to expose them by the will of Allah I will requested my discrimination case to be prosecute it.

For the sake of my religious beliefs the prophet Muhammad peace be upon him said ON THE HADITH:

# *Do not argue you will lose the values of yourself*

that's why when judge Aaron said "unrelated" I just don't want argue with him and I just say yes FOR THE SAKE OF MY RELIGIOUS VALUES so I don't need to go downstairs to pro bono lawyers to open separate lawsuits as per judge Aaron asking me to do because I am prose I don't need lawyers when judge Aaron said her previous job was to help the prose like me.

**Judge Aaron and Rochon has breach their judicial misconduct** I believed Judge Aaron previous job as Director LAG has conflict interest as judge when his purpose was for the wellness of the lawyers when on **docket 64, docket 70, docket 75** judge Aaron made false statements when judge Aaron said on his ruling that I requested him to withdrew from my amended, Docket 65 because unrelated claim but this is judge Aaron statement not my statement because I always stern to add NYPD to the case **when on docket 72 judge Rochon said** the correct defendant for NYPD is city of New York because NYPD is the agency.

On January 10, 2025 I just say yes to whatever judge Aaron said to me for the sake a religion Islam because Prophet Muhammad peace be upon him said in the hadith that :

# *do not argue you will the value of yourself*

I don't say much in conference because what prophet Muhammad peace be upon him said in the hadith that "do not argue you will value of yourself" after this conversation judge Aaron told his assistant, katherine Lopez :

# *off records now*

Judge Aaron started discuss discovery on off records when Judge Aaron started to recite the word "Allah ........The supreme court justice did not binding to any religious doctrine " Judge Aaron also said to Defense counsel, Rodalton Poole no need to answer my discovery related to "Allah first" when the "Allah first" evidence already establish to the case since EEOC position Statement establish.

Both judge Aaron and defense counsel Rodalton Poole undermining my religion when this moment according to the verse of Qur'an that I should leave the conference and I did not after this incident the Qur'an verse effecting me to pray fajr and isya prayer as burden for me as hypocrite servant of Allah when I asked Allah to forgive me  when the Qur'an and hadith mentioned and categorized me as hypocrite for not leaving the conference on January 10 2025 when I was heart broken when Allah's name being mocked too by sit there listening judge Aaron and defense counsel Rodalton Poole undermining my religion and the next day I was struggling to pray fajr and isya prayer like a burden for me until I was repent and  I recused judge Aaron on docket 79 & Docket 71 and on Docket 80 Judge Rochon and Judge Aaron on Docket 75 the judges only referred to docket 71  only  and did not reply to Docket 80.

Since I recuse Judge Aaron from my case completely I was able to pray fajr and isya prayer again with full energy again and how the negative effect of January 10, 2025 conference cause  my relationship with Allah when Allah said it's a sin to sit with the person who undermining the religion until they engage with another conversation but in this case judge Aaron court room will not discuss another conversation because judge Aaron told the defense  counsel Rodalton Poole don't need to admit it and don't answer my discovery on interrogatories, requested to admits, request for production") of "Allah first " by rejected " Allah first" from my case which the statement of " Allah first" already established from EEOC statement ( see page 4, EEOC POSITION STATEMENT)

Even the defense counsel from my pending case using the same method when I was false accuse of amended complaint more than twice but the facts the judges who amended complaint without my freewill followed the same method of defense counsel when The same defense a when Judge Furman failed to recused himself from my case when he was aware "But for" my race: Indonesian  American and my religion is Islam and Judge Furman is Jewish he was not able to proceed impartial on my case when  I was denied my rights under fed15(a)(2) when I was denied to amend the complaint when the docket 32 was the first amended complaint was denied.

**On January 10, 2025 Judge Aaron and defense counsel, Rodalton Poole had undermining, frivolous the most sacred testimony of my Islamic faith on Shahada on "Allah first".**

On January 16, 2025 on Docket 71 when I asked the court Southern District Court( Judge Rochon)  to recuse Judge Aaron from my case by giving the reason Recusal by providing the Qur'an Verse and Hadith verse "but for"  Judge Aaron had made undermining, Ridicule, made Frivolous statement  of the testimony of my faith on "Allah first".

### Judge Rochon should be recuse

On Docket 80 Judge Rochon had undermining my religious belief when she describe my religion "Not easy to decipher" reply the recusal by undermining the Qur'an and the Hadith verse by providing the human of case brief decision from another Judge more valuable than Allah's Commands( Qur'an) and the hadith ( The second sacred of teaching of Prophet Muhammad peace be upon Him.

Judge Rochon action extremely infringement my religious belief when I believed she was biased and prejudice too when she failed to reply my docket 76 when On docket 72  order the "ADA" did not stated on the order when she removed ADA & Retaliation claim from my case when I was requested explanation on Docket 76 why my ADA& Retaliation was removed she did not reply and on Docket 80 she said my religion "Not easy to decipher" when I provide the Qur'an and The hadith she should not reply with human verse which I believed she put the context of law in different direction because she was biased, prejudiced when I was asking religious accommodation freedom in the court room that my religion should not be mocked, undermining, made frivolous statement in the court room when I told Judge Rochon it's a sin to sit

On January 10, 2025 conference Judge Aaron as decision maker and has violated my rights under Fed 15(a)(2) when a pro se I should give "free to amend" without Judge Interference when On January 10, 2025 Judge Aaron asked me to withdrew form my amended complaint, Docket 65 when I supposed to be protected under fed 15(a)(2) that the judge should not interference and asking to withdrew from my amended complaint.

On January 16, 2025, On Docket 71 and Docket 79 I requested Judge Rochon to  Recuse Judge Aaron from my case by providing The Qur'an and the Hadith Prophet Muhammad peace be upon him  of the

the reason of recusal  "But for" On January 10, 2025 conference Judge Aaron and defense counsel, Rodalton Poole Undermining, Ridicule, Made Frivolous of my religion On "Allah first" which the evidence already  admitted to the case  since EEOC Judgement and I submitted this evidence to my discovery file ( Interrogatories, Request to admit, Request for Production) and Judge Aaron told the defense counsel no need to reply my discovery statement on "Allah first" which is the most sacred Testimony of my faith, Shahadah on "Allah first".

On Docket 80 Judge Rochon undermining my religious belief stated that the Qur'an Verse and the Hadith Verse  was "Not easy to decipher" and Judge Rochon answer Judge Aaron will not to be recuse.

Judge Rochon answer my question on Docket 71 & Docket 79 which considered testimony of my faith when I asked the court to decide if whether Allah first or Judge Aaron first and Judge Rochon said Judge Aaron first

Motion: To recuse Judge Aaron, Judge Rochon, Judge Furman and the other 3 Judges 2nd circuit "but for" my race: Indonesian American and My religious values: Islam all of these judge not able to proceed impartial when all of these undermining my religious belief and  I was denied the religious freedom in the court room

 I was denied the religious freedom in the court room by 2nd circuit See recent Mandate Judgement from 2nd circuit.

 2nd circuit( 25-436) Judges & Southern District court ( Judge Rochon),  force me to Leave Islam as my religion by forcing me engage with Judge Aaron Proceeding.

The first pillar of Islam is Shahada,  the most sacred statement in Islam and the declaration of faith whether this testimony considered whether I am Muslim or Leave Islam as my religion but I will stay firm I will choose Allah first to be serve and Islam as my religion.

**On my request to recuse Judge Aaron on Docket 71 I asked the court whether "Allah first" or Judge Aaron first " the court said "Judge Aaron first .**

**2nd circuit and Southern District of New York force me to leave Islam as my religion because In Islam on Shahada testimony of my faith Allah first to be serve in Islam everything must put Allah first instead of Judge Aaron first.**

**"Allah first" is the Shahada statement , , say: "Ash-hadu an la ilaha illa-Allah wa ash-hadu anna Muhammadun rasul-Allah." This translates to:**

*"I bear witness that there is no god but Allah, and I bear witness that Muhammad is the Messenger of Allah,"*

**I will considered to leave Islam as my religion by engage with Judge Aaron presiding because when I make utterly statement in my letter :**

**Allah first or Judge Aaron first**

**I was force leave Islam as my religion by all of these 6 judges from 2nd circuit and Southern District court Judges which in Islam "Allah must first to be serve" instead of Judge Aaron.**

Judge Aaron biased prejudiced when he tried to remove evidence which already established from EEOC position statement and EEOC judgement the reason my discharge "But FOR" on "Allah first" when I was asked by Sgt Rodriguez During my constructive Discharge:

*Why You leave Your Post*

**I replied:**

**I have to pray**

Sgt Rodriguez replied:
This job not for you, you have to choose between God or a Job

I replied:

**God            First**

In Islam anything you choose other than Allah considered Leave Islam as the religion because in Islam the shahadah : Allah first to be serve. Prophet Muhammad peace be upon him ( Followed Allah's Command and the teaching of Prophet Peace Be upon Him)

But for my race and my religion Indonesian American and Islam second circuit had denied my religious freedom rights in the court room when I was requested recuse judge Aaron from my case when judge Aaron undermining my religious beliefs under Groff

On docket 80 judge Rochon said SDNY judge appointed by Joe Biden said no to my religious freedom rights in the court room  and on appealed to 2nd circuit and 2nd circuit said no to religious freedom either for this reason I am asking supreme court for summary judgement and religious freedom rights and request supreme court justice United states of America to give my rights back by granted summary judgment and recusal all judges who appointed to my case to be recused and requested supreme court justice United states of America to proceed with my case.

Also I need summary judgment

230
**On docket 55** of 2nd circuit case 16-702 If judge Furman said scapegoat not offensive comments meaning he was biased prejudiced when judge Furman denied my rights under fed 15(a)(2 as prose should have rights to amend at least once for justice requires when the defendant discharged me on June 19, 2015 see docket 24 when I was forced to leave the workplace premises they told me I am under Investigation without probable cause. I refuse the Investigation "but for" my internal investigations hostility working environment was discriminatory when the defendant retaliated but for my protected activity I was falsleld

**Judge Furman give the defendant the summary judgment in 2016  when there's material disputes on my case by denied my first amended complaint and violated my rights under fed 15 (a)(2) as prose should give rights to " free to amend"  for justice required**

**When judge Furman said the duty of the court not to rewrite the case judge Furman was aware of material disputes involved and he refused me the first amend the complaint requested on docket 32 and granted the defendant summary judgement on Ex Parte communication Docket 45( without my amended complaint)**

**But why 2nd circuit denied my religious freedom rights on 25-436 and my summary** judgement on this case 25-436 when the reason no material cannot be dispute on the case I supposed granted summary judgment definitely 2nd circuit Judge Raymond biased, prejudice my race, religion and my protected activity  and when the case Groff believed that he is not supposed to work in sabbath and the religious freedom rights was protected Mr. Groff but the religious freedom rights was not applied to me when the Qur'an verse and The hadith Prophet Muhammad Peace be upon Him   revealed that it's a sin to sit with the people of people of authority who

undermining the religion when judge Aaron and defense counsel, Rodalton Poole undermining my religious beliefs on January 10, 2025.


Judge Furman violated my rights under fed 15(a)(2) as pro se should " free to amend" when judge Furman on docket 36 and docket 39 stated the

It's crystal clear that because my race as Indonesian American and Muslim cost these 6 judges biased, prejudice not able proceeding my case in a good faith and not able to

That's why I sent the letter on the same day on January 10 2025 to judge Rochon on docket 67 68 69 I wanted her to conducted the discovery because judge Aaron denied my amended complaint when I believed judge Aaron has breach his judicial misconduct by restricting me to filled amended complaint, docket 65 on my free will  By Interfering asking me to withdrew from my amended complaint which violated my rights under fed 15(a)(2 as prose I should give rights to free to amend but judge Aaron interfering by  asking me to withdrew from.my amended complaint, docket 65 which something which I believed in that my case with NYPD was related to my protected activity.

But for the sake of religion I don't want to argue in the court room when the hadith prophet  Muhammad peace be upon him said :

> *Do not argue you will lose value of yourself*

that's why I sent the letter to judge Rochon on the same day on docket 67 68 69.

From my investigation went to  record department on May 22 and June 2, 2025 I found out judge Aaron and judge Rochon change my amended complaint, docket 65 to docket 1 and on docket 66 judge Aaron has stricken my amended complaint docket 65 stricken and  on hold for 7 days to submitted to the docket ( see docket 66) when I conducted the Investigation my docket 65 was stamp by pro se on January 7 2025 which supposed to submitted within 2 days to ecf docket and supposed to be able to discuss on January 10 2025 but judge Aaron said the court did not received my amended complaint, Docket 65 and Judge Aaron I must withdrew from my  amended complaint docket 65 in order for him to "Expedite" the case and Judge Aaron keep mentioning my case against NYPD "Unrelated".

I believed  judge Aaron has breached his judicial conduct when as judge Who appointed as decision making interfere my rights under fed 15(a)(2) should be given to "Free to amend" the complaint to disclose material which I was believed in when I believed the police officers who denied me to filled eviction( **September 19, 2024)** and Islamophobic police **( August 24, 2024**) report  "but for my protected activity of having lawsuit against NYC Health+Hospital and DHS ( Department of homeless shelter) when the NYPD officers told me the refuse me to filled the police report because of having lawsuit against DHS when the both officers said "them" meaning DHS

**Why you called us instead calling them**

**Why not why my rights was differed than Black, Spanish ladies in the shelter. Why the ladies in my shelter they can filled police reports under their free will and I am not allowed because I having lawsuit against NYC Health+Hospital and DHS, department of homeless shelter that I should less protected by police and denied my rights**
**My protected activity which made me less protected from the police when my protected activity has cause me denied the service under title VI civil rights 1964**

Which the refusal leading me to pursue my discrimination  when the racial profiling and religious discrimination against  on August 24 2025 I was denied to filed police report on Hate Islamophobic complaint which I did not allowed to filled "but for" my protected activity I did not allowed to be protected by the police I deserve to be discriminated against.

complaint to my case giving me the ruling to  that I must open separate lawsuits which NYPD when judge Aaron keep mentioned to me " unrelated" claim my case against NYPD  when judge Aaron said the court  did not received my amended complaint docket 65


In this case Judge Aaron should be recuse from my case and I always have my "Allah first" whether judge Aaron consent or not and It's sin for me to sit in his court room according to the Qur'an when he made frivolous statement about my Islamic religion faith on "Allah first" when he recite "Allah...... "Supreme Court did not binding to any religious doctrine" Judge Aaron should assigned to white prose filler only because his biased, prejudice because of my race: Indonesian and my religion: Islam had breach his judicial interest to have impartial on my case

For the sake of my religious belief Islam it's a sin for me to sit in his court room because his ruling effecting me to exercise my religious belief obligation when after January 10, 2025  I did not able to perform my Fajr Prayer in 6 days in a row and it become the burden for me to pray because I always the person who dedicated to my prayers and this is how the verse of the Qur'an and Hadith was effecting me because I supposed to walked out  the conference on January 10, 2025 but I did not  when the defense counsel laugh on my testimony on "Allah first" was Frivolous and Judge Aaron followed with the

defense counsel statement by recite it the word "Allah......and said "supreme court justice did not binding to any religious doctrine" and he said the defense counsel no need to reply to my discovery file on( Interrogatories, request production, request to admit) on "Allah first" this incident made me forbidden to sit in Judge Aaron court and I need Judge Aaron to recuse himself from my case and it's my rights under Supreme Court Justices 28 U.S Code && 455.

Recuse Judge Aaron from my case( 23cv06175JLR), 2nd circuit case #: **25-436** On January 10, 2025, Judge Aaron  made frivolous, ridiculed, under estimate statement about Allah when Judge Aaron recite the word "Allah"....during off record settlement to made fun of my religious commitment to Allah  and Judge Aaron undermining it, Judge Aaron made fun of my religious commitment of Shahadah of Allah first when Judge Aaron recite the word "Allah...." as insult and underestimate, Undermining  the word of "Allah" when he said Supreme court justice did  not binding to any religious doctrine when during my constructive discharge I was force to leave Islam as my religion during my constructive discharge on April 9, 2022 in order to keep my position as Hospital Police officer when I was asked to choose God or a job and I reply "Allah first" and Judge Aaron told the defense counsel " no need to reply on that" on "Allah first " Judge Aaron refused me to discuss my constructive discharge incident on "Allah first" on my discovery which this is the truth but Judge Aaron trying to eliminate the most important evidence which already establish on my case when during my constructive discharge I was asked to choose God or a Job and I said "God first" i. e "Allah first, on my discharge I was force to leave Islam as my religion when Judge Aaron said to the defense counsel no need  to answer my  discovery( Interrogatories, Request Production, Request to admit)  regarding on "Allah first" which identical with his intention on July 2, 2024 when he said he will follow the footsteps of judge Furman to dismiss the case again like my case in 2016 to diminished the evidence of the case when he said his job was throw the case out of the way not to find the discrimination when Judge Aaron said I am in the wrong court.

**See Respondent EEOC Position Statement, Page 4);**

*Rodriguez told Charging Party she would be relieved of duty for the remainder of the tour because she was abandoned her post. Charging repeatedly stated **"God First"** and then place her shield, Identification card and Keys On Melendez desk. When asked if she was resigning Charging Party said she was not resigning but **"God comes first"***

The respondent Position statement blaming me for saying "**Allah first**" on Page 4, Paragraph 4, Line: 4-7, Stated:

*Because all available officers were responding to the panic alarm involving a combative patient there was no officer available to relieve Charging Party. Rodriguez spoke with Charging Party who acknowledged abandoning her post, leaving the post without a covering officer, indicating that she had to pray and* **God comes first**

The respondent response is incorrect on Page 4, Paragraph 4 line: 7 continue to page 5: Stated:

*Charging Party was told that the department makes all efforts to accommodate her prayer time but, in this instance, all available officers were responding to an alarm. Rodriguez told Charging Party she would be relieved of duty for the remainder of the tour because she abandoned her post. Charging repeatedly stated* **"God first"** *and then placed her shield, identification card and keys on Melendez's desk. When asked if she was resigning Charging Party said she was not resigning but* **"God comes first**

The respondent position statement continue to page 5: Stated:

*Charging repeatedly stated* **"God first"** *and then placed her shield, identification card and keys on Melendez's desk.*

Sometimes I lose hope on my case because my race: Indonesian American and skin color: brown lighter skin represents Asian woman and my religion Muslim I will not able to pursue my justice in my discrimination case at 2nd circuit

I had 2 cases in 2nd circuit ( **16-702 & 25-436)** my case was dismissed because of religious reasons of commitment to my religion, My race, Religion and Protected activity.

I believed because of my race, religion and my protected activity when on my previous case in 2016 I was denied my rights to ammend the complaint because I put my religious first over amended the complaint when docket 32 was the first ammended complaint requested to the court was denied when I have to visit terminally I'll mother instead amended complaint

Many people your case will not get through even judge Aaron told directly during off records when he said:

**You can slice my ears if your case will go**