*through*

**This 5000 just the favor from the court soon or later you end up like your case in 2016**

My job is not to find discrimination you're in the wrong court my job is thrown out the case

Some people  said miss you're Muslim this country hate Muslim if Jewish people sue they will win  right away but you're Muslim.

They're right because I had been experiencing and it happened to me. Discrimination is hurt nobody cannot feel  that pain except me but I put my trust in Allah and now supreme court justice of America is my last hope.

My recent case against city of new York related to my protected activity when my protected activity made me denied the public benefit such as protection from police when I was denied twice to filled the police report when my Islamophobhic complaint was denied related my protected activity which leading to Race & Religion DIscrimination

The

On January 10 2025 conference Judge Aaron as decision maker do not have authority to asked me  to withdrew from my ammended complaint, docket 65 when I supposed to be protected under fed 15 (a)(2) that prose should be free to amend without the judge interference.

On January 10 2025 judge Aaron asking me to go downstairs to open separate lawsuits with NYPD and judge Aaron also said the court did not received my ammended complaint, docket 65 but why judge Aaron mentioned "unrelated" without reading my ammended complaint, docket 65.

Also according to my Investigation from the record department room 370 I found out my timely submission January 6 , 2025 of my ammended complaint, docket 65 was stamp by prose  unit on January 7, 2025 meaning there's no excuse the court should  not able to put the ammended complaint docket 65 within 2 days to ecf docket  by January 10, 2025 but judge Aaron stricken my docket 65, ammended complaint  submitted to ecf docket and delayed for 7 days when my docket 65, ammended complaint was stricken from the docket see docket 66 when my docket 65 was change to docket 1 which made judge Rochon removed ADA & retaliation claimed from my complaint from order docket 72 when my letter to judge Rochon on January 10 2025  on docket 67, 68, 69 explain regarding   i am not consent with judge Aaron conducted discovery and judge Aaron and Rochon change my docket 65 to docket 1 and again to docket 67 when I didn't say I will replace docket 65( 212 pages) to docket 67( only 9 pages) and docket 86 defense

counsel Rodalton Poole said I was ammended my complaint 3 times which similar with my case in 2016 when judge Furman trick me and made me lose my rights under fed 15(a)(2 ) that the prose should give rights to free to amend at least once when judge Furman said i was ammended 2 times when there's none of ammended complaint had been filed by me  " but for" judge Furman, judge Aaron and judge Rochon biased, prejudiced change, altered, removed material from my case which made me looks as competent as pro se but the judges who change, alter, tampering with my case and for my case 25-436 I hope docket 77 should be added my interrogatories,

For the sake of my religious beliefs the prophet Muhammad peace be upon him said do not argue you will lose the values of yourself and that's why when judge Aaron said "unrelated" I just don't want argue with him and I just say yes so I don't need to go downstairs to pro bono lawyers to open separate lawsuits as per judge Aaron asking me to do because I am prose I don't need lawyers when judge Aaron said her previous job was to help the prose like me.

I believed her previous job as Director LAG has conflict interest as judge when his purpose was for the wellness of the lawyers when on docket 64, docket 70, docket 75 judge Aaron made false statements when judge Aaron said on his ruling that I requested him to withdrew from my ammended because unrelated claim but this is judge Aaron statement not my statement because I always stern to add NYPD to the case when on docket 72 judge Rochon said the correct defendant for NYPD is city of New York because NYPD is the agency.

I just say yes to whatever judge Aaron said because prophet Muhammad said do not argue you will the value of yourself and I don't say much in conference because what prophet Muhammad peace be upon him said in the hadith that "do not argue you will value of yourself" after this conversation judge Aaron told his assistant, katherine Lopez off records now and judge Aaron started discuss discovery on off records and both judge Aaron and defense counsel Rodalton Poole undermining my religion when this moment according to the verse of Qur'an that I should leave the conference and I didn't after this incident the Qur'an verse effecting me to pray fajr and isya prayer as burden for me when the Qur'an and hadith mentioned and categorized me as hypocrite for not leaving the conference on January 10 2025 when I was heart broken when Allah'name being mocked too by sit there listening judge Aaron and defense counsel Rodalton Poole undermining my religion and the next day I was struggling to pray fajr and isya prayer like a burden for me when I recused judge Aaron on January 16 2025  from my case completely I was able to pray fajr and isya prayer again with full energy again and how the negative effect of January 10 2025 conference with my relationship with Allah when Allah said it's a sin to sit with the person who undermining the religion until they engage with another conversation but in this case judge Aaron court room will not discuss another conversation because judge Aaron told don't need to admit it and don't answer of "Allah first " by rejected " Allah first" from my case which the statement of " Allah first" already established from EEOC statement ( see page

Judge Aaron biased prejudiced when he tried to remove evidence which already

115

established from EEOC position statement and Investigation.

Also I always stern to add defendant city of new York as defendant but judge Aaron interference and breach his judicial interest under fed 15(a)(2 when I supposed to have " free to amend" without judge asking me to withdrew from my ammended complaint .

## See  Docket 26, Respondent said he did not received my amended complaint in timely and he told Judge Furman he was no need to answer my amended complaint and Judge Furman granted him not to answer my amended complaint while he was acknowledge of material involved was prove

I believed because of my protected activity of filling 2016 discrimination case at the southern district has restricted me to filled the easy access to filed the complaint when m

I believed prose unit and lawyers association pro bono lawyers should not in the same room when my ADA and my original complaint should be submitted to the ecf docket since July 20 2023 ( see exhibit ADA acknowledgement denied to filled by the court

" but for" my racial discrimination case in 2008 failed to be prosecuted by division human rights has cause me facing  hostility working environment when the main factor
My racial discrimination filled on December 2, 2008 failed to be prosecuted by division human rights has cause me cost me constructive discharged on June 19, 2015 when the main cause of hostility working environment was started from Mariora Sfera statement , the former supervisor white Yugoslavian cost

at Division

Judge Rochon had been delaying my case since 2023 when the defendant never answered

Why should I have been punished not able to see justice on my discrimination case because people on the train chanted " free Palestine".

Shame on these judges when they said the law only applies to certain race and religion because judge Aaron said his court room not to design to find the discrimination his job is threw out the case out of the way.
Prophet Muhammad peace be upon him was very nice person and smile  but if someone violated the aqeedah he was so stern because anything related to Allah is very serious thing not supposed to play around joke because you cannot make fun on the aqeedah or principle of Islam

Also the reason I recused judge Aaron and judge Rochon from the word he said to me when Qur'an mentioned that :

From hadith and from the Qur'an:

Wheb judge Aaron said to me my testimony of my faith  "Allah first" only worth 5000

Judge Aaron has violated his judicial misconduct when as judge he supposed to find the discrimination facts but judge Aaron discuss something which is not his business or something which is not his job when he asked me to withdrew from my ammended complaint, docket 65 on January 10, 2025 and he recite The word "Allah" on July 2 2024 conference during off records conference when he calculated my debt will paid off in 28 years of I made minimum payments on my debt and force me to accept $5000 settlement.
Discussed of The islamic principles foundation or values
Did not address understand my original complaint when he brought jury to the case when my case is bench trial case but still put jury on my case and asked me if I need to asked jury questions.

On January 10 2025 did not read my complaint when on my complaint on the releif section I specifically said I demanded for:

Emotional distress and pain and suffering
Back pay
Punitive damages

told me the defendant can give my job back when he seems underestimate me on my complaint as pro se I need relieved for emotional distress
Punitive damages
Back pay and future wages

But judge Aaron said the defendant can give my job back which he did not construe my complaint

So many off records statement which undermining my religious values when he said I can slice his ear if my case will went through because soon or later the court will dismiss the case and will end up like my case in 2016.

Judge Aaron mentioned that supreme court did not binding to any religious doctrine and he started to recite: Allah......and defense counsel laugh underestimate my dedication to my Shahadah on "

Judge Aaron told defense counsel, Rodalton Poole no need to reply on my discovery on " Allah first" You don't need to reply on that one, you don't need to admit

Supreme court and NYCHHC have to accommodate my rights because it's my religious beliefs obligations. When DHS must accomodate my rights when I was requested halal food but DHS denied to provide me halal food and DHS must accomodate my rights.

Judge Aaron said NYCHHC and supreme court justice United states of America don't need to accommodate my rights on my religion on "Allah first"

Same thing with DHS when Mr. Black not willing to prepare my paperwork I did my paperwork instead by did all the necessary documentation such as meeting with the landlord and set up for interviews and everything and provided the copy to the landlord when my landlord said the last step is mr. Black turned to do but he said the black should prioritize to be move out first even though I find my own cityfheps apartment by myself.

I lose approximately 7 hours working hours and my situation was the same with my condition

with judge Aaron because when judge Aaron said something inconsistent made me have to write letters to the court but I don't have computer so I have to wait in line for computers which this time frame I should be working but this time consuming made me lose income when my food stamp cut off and I don't have no money

Sometimes I believed DHS don't want me to work when since the defendant send the letter with torn envelope my case manager said she will not available anymore in the weekend when she said i must available anytime she was need it me when I was trying to accomodate her request but sometimes she was calling for something which is not important when my supervisor not happy to called out from work which at the time I was new.

The reason I said yes I just want to tricks him in order for me to have time to go librar

This

Ammended complaint
Summary judgment

Allah allah rabbi la ushriku
I have 3 case not able to proceed but for my religious beliefs obligations and dedication to Allah's command when in the hadith mentioned:

 serve  parents first and be righteous to parents and heaven, docket 32  my first requrat amended complaint

Do not argue( both judge Furman and judge Aaron denied my rights under fed 15(a)(2 when both judges denied me to amend the complaint

Don't sit with people who undermining religion you will considered hypocrites

my race, religion and my protected

On December 2 2008 there was 2 things happened involved with the defendant DHR ( department human rights, Starwood worldwide and union local 6.

Mariora Sfera and Force to work in afternoon shifts which my original shift is morning shift when I was hired Mariora Sfera  and Erica jackso on June 12, 2005  because they thought I am Filipino when Mariora Sfera and Erica jackso introduced menas Filipino to coworkers.

I filled the first race discrimination against Starwood worldwide on december 2, 2008 when on December 2, 2008 I was forced to sign agreement by Mariora sfera, white Yugoslavian who represents Starwood worldwide and randy Sullivan, union local 6 reps to give it out my full time employee to non Starwood employee i.e substitute employee and she have the same race as Mariora Sfera her name is dragica mantovic, white Yugoslavian.

On December 2 2008 Starwood worldwide give me 2 options:

1. Signed agreement to give it out my full time employee to non Starwood employees meaning by signing this I will become non Starwood employees and I will be on call position and no benefits

Or
2. I must work in the afternoon shifts and if I called sick considered no call no show

Mariora Sfera was aware how important December 2, 2008 because this day is my final exam  week  and she was aware that I cannot missed any class anymore and Mariora Sfera already made me failed one class by held me at HR outside my working hours when I did not allowed to attend my final exams in school which cause me have inc grade

I have school schedule in afternoon on December 2, 2008 the reason I filled the discrimination because I believed Mariora Sfera and union local 6 racist and prioritized people from her own race in order

Why DHR complaint 2008 was different than ammended complaint filled on 2025

Why DHR failed to investigate the discrimination in a good faith

On December 2 2008 I went 2 different DhR with intentions to obtain discrimination complaint paper to submit to w union square in order not to be fired because I was told by white management, union reps that I must come to afternoon shifts or give it my full time Starwood worldwide employee status to white Yugoslavian substitute employee which non employee of Starwoodworldwide

and  Starwood and union local 6 giving 2 options in order for me to to stay on the job whether five my full time employee to white or must come to work in afternoon shifts and I cannot called sick if I called sick considered no calls and no show.

which force me that I have  to filled discrimination at DHR that day to prevented to be terminated on December 2 2008.

On December 2 2008 the hotel have low occupancy and I was on the lay off position which at the time I was receiving full time employment benefits from department of labor in the highest amount of 500 dollars or more.

On December 2 2008 Mariora Sfera told me w union square and union local 6 have agreement to give my full time employment to white, Yugoslavian dragica motovic which at the time she was substitute Employee non Starwood employees i.e on call employee which but for she is not considered an employee  of Starwoodworldwide she was not qualified for unemployment benefits from labor department.

At the time the w union square under low occupancy and I am on lay off and receiving

full amounts of unemployment benefits for the approximately amount $ 550 weekly.

I was told by Mariora Sfera that I was schedule to work on afternoon shift in monday December 2 2008 and Mariora Sfera, Starwood worldwide and union local 6 was aware that I got school in afternoon.

Mariora Sfera told me

I told Mariora

M

At the time I

I told Mariora Sfera I cannot missed my school anymore because it's final exams weeks when Mariora Sfera already made me failed one class when she hold me outside my working hours at HR which made me failed from the class because I missed my final exams which at the time I told her I need to take my final exams and she said no you will get fired today and I got incomplete grade that day and turned to F grade.

My complaint at DHR filled on December 2 2008 was not written by me by written by DHR employee and I was explaining to her verbally regarding the incident when Mariora Sfera and union delegate Vincent Ortega statement when both of them told me that " this is not my country" which I believed it's discrimination and also the reason I filled the race discrimination complaint because the situation getting over the edge when on December 2 2008 I was giving the ultimatum and stern statements about I am getting to be be terminated when on December 2 2008 Mariora Sfera, and union local 6 reps Randal Sullivan, white Dutch force me to give it out my full time Starwood worldwide employee status to white Yugoslavian, dragica motovic by force me to signed the aggrement in writing and I refused and told Mariora Sfera let me work on Svetlana bankovic, white Yugoslavian schedule on Thursday morning and Mariora Sfera said no which miss Svetlana bankovic also white Yugoslavian same race as Mariora Sfera the same race as Mariora Sfera, white Yugoslavian and Mariora Sfera and dragica motovic, Svetlana bankovic three of them speak the same language.

On December 2 2008 I was denied my rights under title 6 civil rights 1964 to filled the race discrimination at the first DHR office I was visited because my race is not from Philippines when the lady in the desk asked me filiphina ka meaning I believed she was asking me if I am from Philippines and I said no. She was not allowed me to filled the race discrimination complaint when made me have to go to another DHR which really time consuming for me because I need the school to catch by 5 pm which I need the DHR complaint to submitted to my Housekeeping department in order to be fired and I finally arrived at another DHR office at I believed 125th st because at the time me and my friends was driving when I was allowed to filled DHR complaint at 125 th street office I felt releived eventhough the complaint is not so great because I didn't write the complaint and the DHR employee who write the complaint after I was explaining the

situation but In my mind I need to go to school to catch at 5 pm and submitted the discrimination complaint to w union square in order to be fired.

At 125 th street DHR i was told the lady who took the complaint I need dual complaint against union local 6 too who force me to give my full time employee to white Yugoslavian who was not considered employee to Starwood worldwide and her position was on call or substitute employee and the DHR employee who took the complaint told me that I should go to CCRB for union discrimination and she told me I should filled the discrimination to one organization at the time and filled union discrimination after my case against Starwood worldwide was finished but I never notified my case was dismissed and I never received the right to sue letter which this incident has cause me facing new hostility working environment cause by racial discrimination complaint filled December 2 2008 failed to prosecute when Mariora Sfera found out my case was dismissed has cause me outrage and she disclosed of her removal from w union square to w Hoboken related to my race DHR 2008 when she reprimanded in front coworkers verbally in anger when she said:

I was removed from w union square are you happy now

Since then i was facing hostility working environment from white and non white coworkers who retaliate i.e scapegoat if Mariora Sfera statement of her removal related to my DHR complaint filled on December 2, 2008 which leading to my discharge on June 19 2015 when the defendant and coworkers stand together to discharged me see docket 24, june 19 2015 when I send the letter to judge Furman regarding my constructive discharged related to my internal hostility working environment complaint conducted discriminatory investigations which the complaint filled in march 1 2014 and on march 30 2014 the final Investigation stated that I breach company policy solicitation when the defendant aware that more than 50 employees included the defendants engaged with solicitation to help Darlyn Mayorga family member who passed away but I am the one to blame because of my protected activity filling internal hostility working environment complaint and filled race DHR complaint 2008

which for the sake of my religion I supposed protected myself to be backbitten and made me not willing to engage with any Investigation conducted by the defendant

When on June 19 2015 the defendant conducted the non probable investigation which something which I don't know and asked judge Furman to engage with Investigation and he said no because I breach company policy solicitation but I was deserve to be treated equally regardless my protected activity when the reason I filled the discrimination complaint because my protected activity of filling race DHR complaint in 2008 and 2014 made Starwood worldwide retaliate when Starwood worldwide failed to address my internal hostility working environment complaint in a good faith and i am less protected from sexual harassment and hostility working environment when i filed internal complaints of hostility working environment i was false accused of breach company policy and when i want to filled sexual harassment the w union square denied me to filled the complaint when I run downstairs wanted to filled sexual harassment to

# Judge Aaron biased  prejudiced did not construe my complaint in a good faith when Judge Aaron recite the word "Allah ….supreme court Justice not binding to any religious doctrine

Judge Aaron biased  prejudiced did not construe my complaint in a good faith when he did not address the matter of the discrimination he discussed something else which is non of his business when he said

What job do you do and asked me that  the defendant can give your job back when on my complaint on the relief section at my SDNY FORM I request for:

- Emotional distress, and Pain Suffering
- Back pay and Future Wages
- Punitive Damages
- Lawyer fees if I have lawyer in the future
- Credit card interest
- Hotel on Lodging when city of New York NYPD officers denied me to filled the eviction because my protected activity when the officers "why you called us instead report to them" when they were aware because of my protected activity I am not supposed to be protected under title VI civil rights 1964 because of my race & Religion and protected activity

I mentioned that I requested for relief which it seems judge Aaron and defense counsel have conversation outside the court room already when Judge Aaron straight up and asking me that the defendant can give your job back
by giving my job back but I don't want get my job back when I understand the consequences that the defendant will be retaliate when I used to work with Starwood worldwide when my case dismissed by department human rights i was treated like a slave when I was forced to work 15 hours extra without pay weekly when I was performance someone else job performance, no lunch, toxic environment.

On January 10, 2025 The defendant, Rodalton Poole said NYCHHC will pay 15000 damages but I was suffered so much when I force to leave islam as my religion, my rights as woman to be a mother was taken away  and limited bathroom accommodation was the most hardest working conditions I was facing when going to the bathroom like violations to me because many time I cannot defecate when I needed to and this cause constipation in many days because when ~I got home~ ~my stomach so painfull  and  I am on  prediabetic  too~
NYCHHC took my rights as woman to have the baby
Even when I was releive to pray I only have ~10 mins~ ~for ablution~

Judge Aaron discussed about my credit card If you pay minimum of your credit card it will pay off 28 years to pay your debts when he said on July 2 2024 just accept $5000 because soon or later the court will be dismissed the case when he said his job is thrown out the case to out of the window but I sent him to calculate my tremendous emotional distress I have been through

for emotional distress damages he supposed to be determined.

Judge Aaron bring several jury to the conference on July 2, 2024 when my case supposed to be bench trial only. Judge Aaron also said his court room is not to find the discrimination and he said I am in the wrong court and judge Aaron also said I can slice his ear if my case will go through.

Judge Aaron bring one lady I don't know who she is . I believed she is jury duty to his conference who sit underneath him who sitting on the left side of his chamber.

On January 10, 2025 I never said my case with NYPD is "unrelated" or "expedite". All of these word were Judge Aaron statement which violated his judicial interest and his integrity in the court room when Judge Aaron made false statement on his ruling that I want to withdrew from my amended complaint, docket 65 because I always stern to add City of New York NYPD as defendant and my rights under fed 15(a)(2) was violated when my rights to amend the complaint under my free will was violated when Judge Aaron as who decision maker and made the ruling to the case violated his judicial interest when he was asking me to withdrew from my amended complaint docket 65 when amended complaint should be given to pro se litigants as "free to amend" without Judge interference EX parte communication when Judge Aaron action asking me to withdrew with my amended complaint considered giving more favor to the defendant and prioritize the defendant free from burden discrimination case and must protect my rights under "Free to amend" without the judge Aaron asking me to withdrew from my amended complaint when Judge Aaron told me on the conference that the court did not receive my amended complaint when Judge Aaron told me to go downstairs to speak with pro bono lawyers to open separate lawsuit with NYPD when he said his previous job was to help prose litigant like me but I am pro se who represent my self in court and Judge Aaron do not have rights to asking me to go downstairs to speak to pro bono lawyers to open separate lawsuit with the defendant

**But for the sake of religion I don't want to argue I said "Yes" to Judge Aaron not because I was agreed but I don't want wasted my energy with biased, prejudice judge because I believed he said when I said yes the case will be back to Judge Rochon which my purpose was trying to finish the conference and write the letter to Judge Rochon which after the conference I wrote the letter to Judge Rochon on the same day on January 10, 2025 on Docket 67, 68 and 69 and also I believed my rights violated and I felt degraded after during off record settlement conference Judge Aaron and defense counsel undermining my religious values**

# on "Allah first" when Judge Aaron told his assistant Katherine Lopez:

# Off record now

# Judge Aaron started discussed the discovery on off record and undermining the testimony of my faith on "Allah first"( See Page 78-90)

Judge Rochon said on my behave when she said it's not offended to my religion but she should not speak on my behave because Allah is my God and her God too according to the Qur'an but the way she believes in Allah was in different form when in her religion she can put Allah on the side but in Islamic religion we cannot associate anything with Allah once the person Associate Allah with anything else is the same thing with infidelity to leave islam as religion.

Judge Rochon, she is a good judge for certain race and religion only but her biased and prejudiced made her not willing to put law in the right context when she pretended not understand what my religious freedom rights in the court room verses her biased, prejudiced decision when I mentioned Allah first or judge Aaron first she is not supposed to put judge Aaron first.

They think I will sacrifice my religion over judge Aaron and force me to leave islam as my religion when 2nd circuit failed to address and did not discuss my religious request accomodation in a good faith when my complaint had been stricken order and denied more than 3 times since February 25, 2025 to refuse my appealed to recuse judge Aaron from my case. My summary judgment was denied and refuse to talked about my religion accommodation rights in the court room when their excuses was because case manager said I am homeless I cannot proceed with the case because 2nd circuit need address on the file but the facts it's my race: Indonesian American and religion: islam because their biased, prejudiced for denied my appealed and stricken order more than 3 times since February 25 2025 because I am less important person as Indonesian American and Muslim when I requested to recuse judge Aaron they were considered a conflict interest occured and thinking about protecting their friends as judge which violated judicial conduct when the judge protecting another judge to be recused when judge Furman office located in 2nd circuit when judge Aaron during off records on July 2 2024 said to me I am in the wrong court his Job not to find the discrimination because his job is throw the case out the way and $ 5000 just favor from the court, soon or later you end up like your case in 2016 you end up with zero. The court will dismiss the case.

w union square HR after angel Rios push me to the bed at room 506 and prior this incident angel Rios show me his penis too I got enough when angel Rios push me to the bed when I went downstairs to HR Director of w union square HR denied me to filled the complaint when she said

We cannot take any complaint right now comeback in 3 weeks

**I called DHR to changing my address there was something unusual and I believed my rights violated and my instinct was right they don't send my rights to sue letter made lose my timely time to appeal**

But I didn't comeback in 3 weeks because I was afraid how the coworkers will react and  at the time DHR already dismissed my race DHR complaint filled 2008 without giving rights to sue letter eventhough there something not right when I called DHR to changing my address there was something unusual and I believed my rights violated and my instinct was right they don't send my rights to sue letter made lose my timely time to appeal and I believed Starwood worldwide  and union local 6 has violated my rights under title VII race discrimination and retaliation and DHR has violated my rights under title VI civil rights 1964 to serve justice and service to failed to prosecute my race  discrimination and attempted, made false statements or intentions to mischief in order for me to not able prosecute Starwood worldwide and union local 6 and made failed to sue union local 6 by giving me false information when she told me I should sue one organization at the time and sue union local 6 later after I received judgement from Starwood worldwide discrimination case. I believed DHR has cause me injustice when DHR failed to prosecute my race DHR complaint 2008 and giving me false information that I should sue one organization at the time whe

I believed  Starwood worldwide  violated my rights under title VII based on my race and retaliation to protect me sexual harrassment and hostility working environment and  DHR & local 6 union local 6 has violated my rights title VI civil rights 1964  to received equal benefits to filled the complaint because my race : Indonesian American and my protected activity.

At the time I cannot filled the discrimination against DHR because of my protected activity because I need DHR prosecute my race discrimination against Starwood worldwide which filed on December 2 2008.
This

Ammended complaint
Summary judgment

Allah allah rabbi la ushriku
I have 3 case not able to proceed but for my religious beliefs obligations and dedication to Allah's command when in the hadith mentioned:

serve  parents first and be righteous to parents and heaven, docket 32  my first requrat

amended complaint

Do not argue( both judge Furman and judge Aaron denied my rights under fed 15(a)(2 when both judges denied me to amend the complaint

Don't sit with people who undermining religion you will considered hypocrites

my race, religion and my protected

On December 2 2008 there was 2 things happened involved with the defendant DHR ( department human rights, Starwood worldwide and union local 6.

Mariora Sfera and Force to work in afternoon shifts which my original shift is morning shift when I was hired Mariora Sfera  and Erica jackso on June 12, 2005  because they thought I am Filipino when Mariora Sfera and Erica jackso introduced menas Filipino to coworkers.

I filled the first race discrimination against Starwood worldwide on december 2, 2008 when on December 2, 2008 I was forced to sign agreement by Mariora sfera, white Yugoslavian who represents Starwood worldwide and randy Sullivan, union local 6 reps to give it out my full time employee to non Starwood employee i.e substitute employee and she have the same race as Mariora Sfera her name is dragica mantovic, white Yugoslavian.

On December 2 2008 Starwood worldwide give me 2 options:

1. Signed agreement to give it out my full time employee to non Starwood employees meaning by signing this I will become non Starwood employees and I will be on call position and no benefits

Or
2. I must work in the afternoon shifts and if I called sick considered no call no show

Mariora Sfera was aware how important December 2, 2008 because this day is my final exam  week  and she was aware that I cannot missed any class anymore and Mariora Sfera already made me failed one class by held me at HR outside my working hours when I did not allowed to attend my final exams in school which cause me have inc grade

I have school schedule in afternoon on December 2, 2008 the reason I filled the discrimination because I believed Mariora Sfera and union local 6 racist and prioritized people from her own race in order

Why DHR complaint 2008 was different than ammended complaint filled on 2025

Why DHR failed to investigate the discrimination in a good faith

On December 2 2008 I went 2 different DhR with intentions to obtain discrimination complaint paper to submit to w union square in order not to be fired because I was told by white management, union reps that I must come to afternoon shifts or give it my full time Starwood worldwide employee status to white Yugoslavian substitute employee which non employee of Starwoodworldwide

and Starwood and union local 6 giving 2 options in order for me to to stay on the job whether five my full time employee to white or must come to work in afternoon shifts and I cannot called sick if I called sick considered no calls and no show.

which force me that I have to filled discrimination at DHR that day to prevented to be terminated on December 2 2008.

On December 2 2008 the hotel have low occupancy and I was on the lay off position which at the time I was receiving full time employment benefits from department of labor in the highest amount of 500 dollars or more.

On December 2 2008 Mariora Sfera told me w union square and union local 6 have agreement to give my full time employment to white, Yugoslavian dragica motovic which at the time she was substitute Employee non Starwood employees i.e on call employee which but for she is not considered an employee of Starwoodworldwide she was not qualified for unemployment benefits from labor department.

At the time the w union square under low occupancy and I am on lay off and receiving full amounts of unemployment benefits for the approximately amount $ 550 weekly.

I was told by Mariora Sfera that I was schedule to work on afternoon shift in monday December 2 2008 and Mariora Sfera, Starwood worldwide and union local 6 was aware that I got school in afternoon.

Mariora Sfera told me

I told Mariora

M

At the time I

I told Mariora Sfera I cannot missed my school anymore because it's final exams weeks when Mariora Sfera already made me failed one class when she hold me outside my working hours at HR which made me failed from the class because I missed my final exams which at the time I told her I need to take my final exams and she said no you will get fired today and I got incomplete grade that day and turned to F grade.

My complaint at DHR filled on December 2 2008 was not written by me by written by

DHR employee and I was explaining to her verbally regarding the incident when Mariora Sfera and union delegate Vincent Ortega statement when both of them told me that " this is not my country" which I believed it's discrimination and also the reason I filled the race discrimination complaint because the situation getting over the edge when on December 2 2008 I was giving the ultimatum and stern statements about I am getting to be be terminated when on December 2 2008 Mariora Sfera, and union local 6 reps Randal Sullivan, white Dutch force me to give it out my full time Starwood worldwide employee status to white Yugoslavian, dragica motovic by force me to signed the aggrement in writing and I refused and told Mariora Sfera let me work on Svetlana bankovic, white Yugoslavian schedule on Thursday morning and Mariora Sfera said no which miss Svetlana bankovic also white Yugoslavian same race as Mariora Sfera the same race as Mariora Sfera, white Yugoslavian and Mariora Sfera and dragica motovic, Svetlana bankovic three of them speak the same language.

On December 2 2008 I was denied my rights under title 6 civil rights 1964 to filled the race discrimination at the first DHR office I was visited because my race is not from Philippines when the lady in the desk asked me filiphina ka meaning I believed she was asking me if I am from Philippines and I said no. She was not allowed me to filled the race discrimination complaint when made me have to go to another DHR which really time consuming for me because I need the school to catch by 5 pm which I need the DHR complaint to submitted to my Housekeeping department in order to be fired and I finally arrived at another DHR office at I believed 125th st because at the time me and my friends was driving when I was allowed to filled DHR complaint at 125 th street office I felt releived eventhough the complaint is not so great because I didn't write the complaint and the DHR employee who write the complaint after I was explaining the situation but In my mind I need to go to school to catch at 5 pm and submitted the discrimination complaint to w union square in order to be fired.

At 125 th street DHR i was told the lady who took the complaint I need dual complaint against union local 6 too who force me to give my full time employee to white Yugoslavian who was not considered employee to Starwood worldwide and her position was on call or substitute employee and the DHR employee who took the complaint told me that I should go to CCRB for union discrimination and she told me I should filled the discrimination to one organization at the time and filled union discrimination after my case against Starwood worldwide was finished but I never notified my case was dismissed and I never received the right to sue letter which this incident has cause me facing new hostility working environment cause by racial discrimination complaint filled December 2 2008 failed to prosecute when Mariora Sfera found out my case was dismissed has cause me outrage and she disclosed of her removal from w union square to w Hoboken related to my race DHR 2008 when she reprimanded in front coworkers verbally in anger when she said:

I was removed from w union square are you happy now

Since then i was facing hostility working environment from white and non white coworkers who retaliate i.e scapegoat if Mariora Sfera statement of her removal related

to my DHR complaint filled on December 2, 2008 which leading to my discharge on June 19 2015 when the defendant and coworkers stand together to discharged me see docket 24, june 19 2015 when I send the letter to judge Furman regarding my constructive discharged related to my internal hostility working environment complaint conducted discriminatory investigations  which the complaint filled in march 1 2014 and on march 30 2014 the final Investigation stated that I breach company policy solicitation when the defendant aware that more than 50 employees included the defendants engaged with solicitation to help Darlyn Mayorga family member who passed away but I am the one to blame because of my protected activity filling internal hostility working environment complaint and filled race DHR complaint 2008

which for the sake of my religion I supposed protected myself to be backbitten and made me not willing to engage with  any Investigation conducted by the  defendant

When on June 19 2015 the defendant conducted the non probable investigation which something which I don't know  and asked judge Furman to engage with Investigation and he said no because I breach company policy solicitation  but I was deserve to be treated equally regardless my protected activity when the reason I filled the discrimination complaint because my protected activity of filling race DHR complaint in 2008 and 2014 made Starwood worldwide retaliate when Starwood worldwide failed to address my internal hostility working environment complaint in a good faith and i am less protected from sexual harassment and hostility working environment when i filed internal complaints of hostility  working environment i was false accused of breach company policy and when i want to filled sexual harassment the w union square denied me to filled the complaint when  I run downstairs wanted to filled sexual harassment to w union square HR after angel Rios push me to the bed at room 506 and prior this incident angel Rios show me his penis too I got enough when angel Rios push me to the bed when I went downstairs to HR Director of w union square HR denied me to filled the complaint when she said

We cannot take any complaint right now comeback in 3 weeks

But I didn't comeback in 3 weeks because I was afraid how the coworkers will react and  at the time DHR already dismissed my race DHR complaint filled 2008 without giving rights to sue letter eventhough there something not right when I called DHR to changing my address there was something unusual and I believed my rights violated and my instinct was right they don't send my rights to sue letter made lose my timely time to appeal and I believed Starwood worldwide  and union local 6 has violated my rights under title VII race discrimination and retaliation and DHR has violated my rights under title VI civil rights 1964 to serve justice and service to failed to prosecute my race  discrimination and attempted, made false statements or intentions to mischief in order for me to not able prosecute Starwood worldwide and union local 6 and made failed to sue union local 6 by giving me false information when she told me I should sue one organization at the time and sue union local 6 later after I received judgement from Starwood worldwide discrimination case. I believed DHR has cause me injustice when DHR failed to prosecute my race DHR complaint 2008 and giving me false information

that I should sue one organization at the time whe

I believed  Starwood worldwide  violated my rights under title VII based on my race and retaliation to protect me sexual harrassment and hostility working environment and  DHR & local 6 union local 6 has violated my rights title VI civil rights 1964  to received equal benefits to filled the complaint because my race : Indonesian American and my protected activity.

At the time I cannot filled the discrimination against DHR because of my protected activity because I need DHR prosecute my race discrimination against Starwood worldwide which filed on December 2 2008.
It's not easy when the judges biased, prejudiced said  something which is not right or giving false information about I was said and I didn't said in the conference and the upper court only listening to the judges ruling only ruling because prose statement not important when jf accused me I was amended more than 3 times but the facts there's  was no amended complaint filed by my request which made me lose my  first rights to amend the complaint on docket 32 which cost my case  defective and considered final judgment on my case, docket 45 considered ex parte Communications when this judgement without my amended complaint which made my case not able to prosecute because I have to choose whether to fulfill the religious command to fulfill the rights of my mother should come first to visit terminally ILL mother should come first instead amended the complaint. (See docket 32) When docket 28  were  requested to amended by judge Furman  on docket 23( docket 28) and docket 3 amended complaint( pro se unit asked me to add supervisors as defendant) which cost me lose my rights to amend on docket 32

judge Aaron biased prejudiced  manipulative judge has breached his judicial misconduct when judge Aaron made false statements on his ruling on docket 64, 70, 75  that I am withdrew from my amended complaint but the facts it is judge Aaron who asking me to withdrew when the first conversation on January 10, 2025 was judge Aaron said;

You should amended the complaint, the court did not received the amended complaint

I replied:

I did I submitted prior midnight on January 6, 2025

Judge Aaron replied to me that:

Let me call Pro se

Judge Aaron said :

NYPD claimed  is unrelated because it's unemployment

Judge Aaron asking me to go downstairs to speak to pro bono lawyers open different

lawsuit with NYPD when judge Aaron said his previous job was to help pro se litigants like me.

Meaning docket 64, 70, 75 were manipulated ruling when judge Aaron made false statements about something I did not said and represented in the court room and this is considered ex parte judgement and judge Aaron has violated and breach his judicial conduct should remove from his bench.

Judge Furman aware that docket 32 was the first ammended complaint requested to the court and judge Aaron aware that I never have intentions to withdrew from my amended complaint because judge Aaron himself asking me to withdrew from my amended complaint so he said he will expedite the case and judge Aaron

The things is when the court delayed my case is effecting my wellbeing and my wellness and my safety because for some reason my food stamp was stop and cut off and my food was scarce and limited and I didn't eat regularly and I eat once a day for begging for food. Many people said I lose so much weight especially people told me that my face looks so skinny and unhealthy. also effecting my safety when since I add defendant city of New York I was denied title vi civil rights 1964 when but for my protected activity having lawsuit with city of new York several times i was removed from MTA service when NYPD escort me to leave the station when on April 10, 2025 luitenan volkan removed me from the station when he mentioned " I try to give you service" that's my protected activity related to my case 2nd circuit 25436 when city of new York denied me the service twice but this time I was told by volkan he give me service to removed me from MTA station when he said I have 3 option hospital, shelter or street when he was aware that DHS shelter has 7 violations lawsuit against me when DHS has denied me to shelter on September 19 2024 when I was evicted from shelter and denied the public benefit cityfheps voucher because my race, religion and my protected activity and the black, Spanish were prioritized to be serve and my protected activity when DHS case worker said she got pressure from the city when she and mr.
Black used to be nice and out of sudden i was denied receiving the equal treatment and negative impact after nyc health+hospitals wend the answer of my SDNY complaint in torn envelope when i saw negativity because of my protected activity when my case manager in the shelter said " she got pressure from the city" when she said I was missing so many appointments when I was confused because she is the one who not available for our Sunday appointment because I work during weekday and since then she said from now-on I will not available to meet on sundays and she said I must available whenever she called me which at the time was I was new to the job but I did made everything available for her in order to move in to my cityfheps apartment and cityfheps voucher but they had been try to made me

I am as woman living on the street and not having address not easy to look for another job because nobody wanted to hired someone who homeless.

I used to work and currently I technically still working on commission selling free sim card but since judge Rochon referred my case to judge Aaron and he undermining my

religious beliefs which considered sinful to sit in his court room when it's considered apostasy to attend his court room or leave Islam as my religion which cause emotional distress when I was forced to choose by the court between kept my islam as my religion or proceedings my discrimination with biased prejudiced judge Aaron when all these 6 judges biased prejudiced should be ashamed for themselves who undermining my religious values and made frivolous judgement on my 2nd circuit case : 25436.

All of these 6 judges should put their face down for being biased prejudiced as judge and I pray for my justice to be serve these 6 judges should remove from the bench permanently for undermining my religious beliefs values and 2nd circuit frivolous judgement on 25-436

My case similar with department of shelter when they prevented to work when I have to take care all my cityfheps paperwork on my work  on my own when HRA told me shelter did not send the proper paperwork to made me able to move in to my cityfheps apartment but in the end after I sacrifice all my commission money and my working hours . mr. Black, director  of housing said black people should move in first denied me the benefits of my cityfheps voucher.

Judge Aaron made false statements something which I didn't said during conference on January 10, 2025 which cause me emotional distress and made me not able to work and I  needed to write something to the court but not able to do so because of wellbeing as homeless women don't have enough resources laptop and I lose hope because the court only listens what the judge said not prose voice regardless the judge biased prejudiced which contradicts to the hadith prophet Muhammad peace be upon him when he was a judge, husband, ruler, messenger of Allah, father, etc when prophet Muhammad peace be upon him said the voice of prose should more important than a judge because when judge said he speak a third person i.e the judge relied on so and so said  but as pro se litigants said something which she or speak as first person something that she heard and testified under her or his own experience without heard telhe statement from the third person.
    I am not binding to docket 28 and docket 3 amended complaint as result lose my rights to amend in docket 32 because docket 28 was not requested me but requested by judge Furman on docket 23 prior my constructive discharged on docket 24, june 19, 2015 when judge Furman said but for the defendant filled motion to dismissed I must ammended the complaint which at the time I didn't get fired yet by the defendant when on docket 28 was filled during Chaos and emotional distress when at the time my mom got stroke and in financial hardship when I have to prioritize to visit my terminally ill mother first which in Islamic religion the person should be served first according  to the hadith prophet Muhammad peace be upon him said who you  should ne serve your the mother mother . Judge Furman denied the most important ammended complaint I should filed when on docket 24, june 19, 2015  the defendant fired me from the job and I am ready to disclose my race as Indonesian which will change the whole case including to add DHR as defendant when the first DHR complaint was refused by DHR "But  for" I am not Filipino. When I was asked by the front desk lady at DHR.

I am not binding to docket 3 has cause me lose my rights to ammend the complaint on docket 32 because pro se unit told me in order to change typographical errors spelling on my complaint I must add the supervisors name on the complaint when I have typographical errors when the

word spelling the wrong year on the complaint. Prose unit told me In order to fixed typographical errors in my complaint I must add the supervisors name on the complaint and I am not recalled if I was aware of ammended complaint but I was aware when I was denied to amend in docket 32 because I was amended 3 or 2 times according to the court but I didn't amend anything yet and docket 32 the most important ammended complaint I should file but it was denied which considered docket 45 ex parte judgement when this judgement without my amended complaint.

On docket 3 adding the supervisors as additional defendant as per pro se unit told me to do in order to fixed typographical errors on my complaint I must put the name supervisors so they will get fired but at the time  I don't want my supervisors to be fired but I don't want argue with prose unit because they might think I am not serious with my case but in the bottom of my heart I don't go there for adding the defendants I went to the Court for fixing typographical errors on my complaint but pro se unit I must put the name of supervisors on the complaint and after this I found out my complaint was amended by PrO se unit.

Judge Aaron said don't bring your religion to the court room but I am a muslima who live by the rule of Islamic law to live my life and I got enough when he said supreme court did not binding to any religious doctrine and judge Aaron commanded defense counsel Rodalton Poole not to answer my discovery file (interrogatories, request production, request to admit) on "Allah first" which the reason my constructive discharged because of " Allah first"

but nobody should eliminate me and dictated how  to live because as Muslim Allah first is the

Prophet Muhammad peace be upon him taught us how to sleep, eat and drink .

In Islamic law as Muslim should not sleep on the left side position or with the stomach and drink sip by sip and eat with the right hand and must eat and drink on the same time,

Judge Aaron as judge dictated me how to changes for who I am because I do
Please see CCRB complaint was denied to filed when I went to CCRB the same location as NYCHHC defense counsel at 100 church st, new York, NY  and give my discrimination complaint letter to CCRB and the lady investigator said to  give her  a moment and she went inside to read my letter and few minutes later she came out and she said this is not the right place to go when the front desk lady said my case will referred to AIB ( Affair internal bureau)

Police denied me the service related to my protected activity, race and religion.

Islamophobic lady will say to DHS manager William Willkins that regarding he islamophobic slur action was from DHS how they treated me when she probably said to police:

why you argue with me for calling her like that he did the same thing on August 12 and I didn't tell him nothing

When he referring to DHS manager William wilkins

When August 12 2024 incident was happened when Williams Willkins saw my hair without my consent when he was opening the door in my room and I chase him to the

hallway when he was located 2 rooms ahead of my room at 402 and William Willkins was located at room 404 where right in front of islamophobic lady room when I asked the religious accommodation to DHS manager William wilkins when I said;

Can you let lady security guards to check the room to make sure I have hijab on because I am Muslim men cannot see my hair.

Mr William Willkins reply in anger :

I don't know about your religion and I don't care I just care you have your clothes  on I just do my job

He said he doesn't know my religion when he know I am Muslim woman wearing hijab

That's why islamophobic lady said this word and started to harrassed me when dondre bailey, dhs employee was right standing in her position by the windows because I did passed the islamophobic lady prior dondre bailey presents and she didn't say nothing and she said this word when I already passed dondre bailey and dondre bailey right standing in front of her position.

You ain't special you bitch was related to DHS manager, Willkins  William when he denied my religious accommodation on August 12, 2024 I was requested to DHS manager to let the lady checked the room first before entering the room or open the door because I might not wearing the hijab when on August 12 2024 this is not the first incident when male dhs employees saw my hair when many time I believed DHS employee was deliberately denied my religious accommodation when most of DHS employees saw my hair and I kept telling them please only women only but still men knocking on the door.

The way that police followed the DHS manager instructions did not let me to filled islamophobic complaint that's all matter that the city of new York has violated my rights under title VI civil rights 1964 denied service to received the public benefit but for my race, religion and my protected activity when NYPD officers who represents city of new York in order to let me to filled police report on the regard on islamophobic complaint when my protected  activity has cause me not able to filled police report "but for" my protected activity of having lawsuit against DHS and NYCHHC.

This is not the first one the black was harassing me when few months ago I got altercation with black lady when I told DHS operations and case worker regarding the lady accused me for identity theft when she was mad because she was not qualified for free phone and she was demanding to have access to my personal phone when I already show her the app that her name and her information not longer there but she said she know she was not qualified for a free phone  because she was having so much on her checking account and she said she just wanted to harrassed me.

but she still wanted to harrassed me at midnight when I didn't slept whole night  that day

131

because of this incident when I reported this incident to my case manager at the shelter and she said " it's people information  you should get back to her" but she was not qualified for free phone and the case manager told me to respond to this incident

No more selling free phone at the shelter when this incident cause me lost income when drastically change after lose privileges selling free phone in the shelter..

Because dhs denied the public benefit to received DHS cityfheps voucher was related to my protected activity

I want to dismiss the case but I can't so technically judge Aaron I try to make the way to make it dismissed when he trying to eliminate the evidence which already established from eeoc position statement when he said to Rodalton Poole on off records statement he doesn't need to reply on my interrogatories on Allah first

Never associated anything with Allah. ALLAH MUST STAND ALONE


# Judge Aaron biased  prejudiced did not construe my complaint in a good faith

Judge Aaron biased  prejudiced did not construe my complaint in a good faith when he did not address the matter of the discrimination he discussed something else which is non of his business when he said

What job do you do and asked me that  the defendant can give your job back when on my complaint on the relief section at my SDNY FORM I request for:

- Emotional distress, and Pain Suffering
- Back pay and Future Wages
- Punitive Damages
- Lawyer fees if I have lawyer in the future
- Credit card interest
- Hotel on Lodging

I mentioned that I requested for relief which it seems judge Aaron and defense counsel have conversation outside the court room already when Judge Aaron straight up and asking me that the defendant can give your job back
by giving my job back but I don't want get my job back when I understand the consequences that the defendant will be retaliate when I used to work with Starwood worldwide when my case dismissed by department human rights i was treated like a slave when I was forced to work 15 hours extra without pay weekly when I was performance someone else job performance, no lunch, toxic environment.

On January 10, 2025 The defendant, Rodalton Poole said NYCHHC will pay 15000 damages but I was suffered so much when I force to leave islam as my religion, my rights as woman to be a mother was taken away  and limited bathroom accommodation was the most hardest working

conditions I was facing when going to the bathroom like violations to me because many time I cannot defecate when I needed to and this cause constipation in many days because when

NYCHHC took my rights as woman to have the baby
Even when I was relieve to pray I only have

If you pay minimum of your credit card it will pay off 28 years to pay your debts when he said on July 2 2024 just accept $5000 because soon or later the court will be dismissed the case when he said his job is thrown out the case to out of the window but I sent him to calculate my tremendous emotional distress I have been through for emotional distress damages he supposed to be determined.

Judge Aaron bring several jury to the conference on July 2, 2024  when my case supposed to be bench trial only. Judge Aaron also said his court room is not to find the discrimination and he said I am in the wrong court and judge Aaron also said I can slice his ear if my case will go through.

Judge Aaron bring one lady I don't know who she is . I believed she is jury duty to his conference who sit underneath him who sitting on the left side of his chamber.

I believed the c

On January 10, 2025 I never said my case  with NYPD is "unrelated" or "expedite". All of these word were Judge Aaron statement which violated his judicial interest and his integrity in the court room when Judge Aaron made false statement on his ruling that I want to withdrew from my amended complaint, docket 65 because I always stern to add City of New York NYPD as defendant and  my rights under fed 15(a)(2)  was violated when my rights to amend the complaint under my free will was violated when Judge Aaron as who decision maker and made the ruling  to the case violated his judicial interest when he was asking me to withdrew from my amended complaint docket 65 when amended complaint should be given to pro se litigants as "free to amend" without Judge interference EX parte communication when Judge Aaron action asking me to withdrew with my amended complaint considered giving more favor to the defendant and prioritize the defendant free from burden discrimination case  and must protect my rights under "Free to amend" without the judge Aaron asking me to withdrew from my amended complaint when Judge Aaron told me on the conference  that the court did not receive my amended complaint when Judge Aaron told me to go downstairs to speak with pro bono lawyers to open separate lawsuit with NYPD when he said his previous job was to help prose litigant like me but I am pro se who represent my self in court and Judge Aaron do not have rights to asking me to go downstairs to speak to pro bono lawyers to open separate lawsuit with the defendant

**But for the sake of religion I don't want to argue  I said "Yes" to Judge Aaron not because I was agreed but I don't want wasted my energy with biased, prejudice judge because I believed he said when I said yes the case will be back to Judge Rochon which my purpose**

**was trying to finish the conference and write the letter to Judge Rochon which after the conference finish I felt degraded after during off record settlement conference Judge Aaron undermining my religious values on "Allah first" when Judge Aaron told his assistant Katherine Lopez:**

**Off record now**

**Judge Aaron started discussed the discovery on off record and undermining the testimony of my faith on "Allah first"( See Page 78-90)**

That's the reason of I was filled the 2nd DHR complaint based on my hostility working environment but for my racial discrimination filled in 2008 failed to be prosecuted by division human rights which cause harm on my working environment which 2 organizations should be liable for my hostility working environment

1. Starwood worldwide failed to address my internal hostility working environment complaint in a good faith which I filled in march 2014 when Starwood worldwide retaliate when the defendant failed to protected me from sexual harassment and hostility working environment when the final Investigation I was false accused for breach company policy solicitation even though the defendant aware more than 50 employees engaged with solicitation to help dar
lawsuit because I was falsely accused of breach company policy solicitation because of my pa
2nd circuit had denied the service under title VI discrimination civil rights  1964 when the case manager said because i was evicted from the shelter 78 Catherine st made me not able to appeal because the 2nd circuit only served non homeless litigant but I am homeless because of employment discrimination when i was  force to leave islam as my religion from NYCHHC.

My case at 2nd circuit had been stricken more than 3 times since February 2025 when the case manager asking me the 2nd circuit require address in order to proceed when I finally put the mosque address in order proceed and. Judge Aaron biased, prejudiced keep sending mail to the mosque when I have electronic filling with the court  but he still send me the mail to the mosque when I already received the notification throuugh email and online when I did not change my address at southern district of new york because I don't live there I put the address in order to get through with my case 2nd circuit because homeless has no rights for justice

The point on this statement

I believed 2nd circuit violated my rights under title VI discrimination when justice should serve to everyone regardless their protected activity, race and religion and open the service to everyone apply to every citizen regardless their race, religion, protected activity, the living conditions and every citizen have rights to pursue justice regardless their race, religion, protected activity and financial status and living conditions.

For this reason i am asking the supreme court justice of America to take my case for 2 case which not able to prosecute in which case 25436 not able to prosecute because i was forced to leave islam as my religion when I asked southern district court Allah first or judge Aaron first and judge Rochon said judge Aaron cannot be recused.

Judge Rochon who nominated by joe Biden not suitable to be district court judge when she was not able distinguished between religious freedom rights in the court room and to put the correct context of law .

Allah's name is up there not suppose superior than Judge Aaron.

Do you think my testimony of faith in Allah first meaningless

Testimony of my faith shahada is the most important testimony of my Islamic faith because this utterly statement will made me whether I am as believer or non believers
I was denied religious discrimination and I was forced to leave Islam as my religion and case 16-702 I was denied my first rights to amend the complaint under fed 15(a)(2)

I just followed Allah command because the hadith prophet Muhammad peace be upon him is from Allah revelations to prophet where Qur'an and the hadith is the guidance as

After every prayer I should sit down and recite Subhan Allah 33× Alhamdulillah's 33×, Allahu akbar 33x but I was forced to leave I believed my rights violated

I didn't asked judge Rochon to understand my religion but when I provided the verse Qur'an and the hadith she should not reply with another case brief from human or another court cases from another judge.

Almaidah 55 your guidance only Allah, prophet Muhammad peace be upon him and the believers.
They think I will sacrifice my religion over judge Aaron and force me to leave islam as my religion when 2nd circuit failed to address and did not discuss my religious request accomodation in a good faith when my complaint had been stricken order and denied more than 3 times since February 25, 2025 to refuse my appealed to recuse judge Aaron from my case. My summary judgment was denied and refuse to talked about my religion accommodation rights in the court room when their excuses was because case manager said I am homeless I cannot proceed with the case because 2nd circuit need address on the file but the facts it's my race: Indonesian American and religion: islam because their biased, prejudiced for denied my appealed and stricken order more than 3 times since February 25 2025 because I am less important person as Indonesian American and Muslim when I requested to recuse judge Aaron they were considered a conflict interest occured and thinking about protecting their friends as judge which violated judicial conduct when the judge protecting another judge to be recused when judge Furman office located in 2nd circuit when judge Aaron during off records on July 2 2024 said to me I am in the wrong court his Job not to find the discrimination because his job is throw the case out the way and $ 5000 just favor from the

135

court, soon or later you end up like your case in 2016 you end up with zero. The court will dismiss the case.

On july 2, 2024 judge Aaron said my testimony of my faith only $5000 When judge Aaron described zero by using his thumb and his fore finger when he came down took the chair and sit next to me When judge Aaron brought jury to the case when I told him my case is bench trial and  judge Aaron asked me if I need to asked jury questions and I said no.

On July 2, 2024 judge Aaron said my case will back to judge Rochon that's why I didn't recuse him yet until the case back to him January 10, 2025 when the condition far worst when he undermining my religion one more time and now he needs to leave my case for good for my connection with Allah. I realized judge Rochon also biased and prejudiced when on docket 72 she removed ada & retaliation from my case and I was asked her for explanation on docket 76 but no reply ans I send her another letter after this when the main subject was religious accommodation when I asked her Allah first or judge Aaron first on docket 80 she mentioned that my religion not easy to decipher when I gave her the Qur'an and hadith verse as the reason recusal judge  Aaron from my case and Judge Rochon also need to be recused when my religious accommodation denied on October 2 2024 conference when on the email with judge Aaron send to his chambers that I need the conference to be adjourned half hour before prayer time

They think I will sacrifice my religion over judge Aaron and force me to leave islam as my religion when 2nd circuit  failed to address and did not discuss my religious  request accomodation in a good faith when my complaint had been  stricken order and  denied more than 3 times since February 25, 2025 to refuse my appealed to recuse judge Aaron from my case.  My summary judgment was denied and refuse to talked about my religion accommodation rights in the court room when their excuses was because case manager said I am homeless I cannot proceed with the case because 2nd circuit need address on the file but the facts it's my race: Indonesian  American and religion: islam  because their biased, prejudiced for denied my appealed and stricken order more than 3 times since February 25 2025 because I am less important person as Indonesian American and Muslim when I requested to recuse judge Aaron they were considered a conflict interest occured and  thinking about protecting their friends as judge which violated judicial conduct when  the judge protecting another judge to be recused when judge Furman office located in 2nd circuit when judge Aaron during off records on July 2 2024 said to me  I am in the wrong court his Job not to find the discrimination because his job  is throw the case out the way and $ 5000 just favor from the court, soon or later you end up like your case in 2016 you end up with zero. The court will dismiss the case.

On july 2, 2024 judge Aaron said my testimony of my faith only $5000 When judge Aaron described zero by using his thumb and his fore finger when he came down took the chair and sit next to me When judge Aaron brought jury to the case when I told him my case is bench trial and  judge Aaron asked me if I need to asked jury questions and I said no.

Judge Rochon, she  is a good judge for certain race and religion only but her biased and prejudiced made her not willing to put law in the right context when she pretended not understand what my religious freedom rights in the court room verses her biased, prejudiced decision when I mentioned Allah first or judge Aaron first she is not

supposed to put judge Aaron first.

Judge Rochon said on my behave when she said it's not offended to my religion but she should not speak on my behave because Allah is my God and her God too according to the Qur'an but the way she believes in Allah was in different form when in her religion she can put Allah on the side but in Islamic religion we cannot associate anything with Allah once the person Associate Allah with anything else  is the same thing with infidelity to leave islam as religion.

Qur'an verse

Her actions infringement my religious beliefs when in quran nobody associate Allah was less superior than anything I.E judge Aaron.

Judge Furman, biased, prejudiced

My protected activity not allowed me to filled any complaint

I was denied public benefit to use NYPD service to filled hate islamophobic slur on August 24 2024 because my race, religion and my protected activity.

I was denied the public benefit to use CCRB complaint about to report officer misconduct on August 24, 2024 I believed NYPD  officers discriminated against my race, religion and my protected activity

This is not the right place to go

Will referring to AIB affairs internal bureau

The case is close
NYPD have problems with DHS too

The most important which leading to my eviction when I  disclosed August 24 2024 hate islamophobic slur incident complaint not able to filled by both agency Department of homeless shelter and NYPD because my race, religion and protected activity when both agencies protected the black islamophobic lady harasser by refused me to filed hate islamophobic complaint because she is black American verses Indonesian American which according the dondre bailey the officers told him they were not willing to go upstairs because less important matters because the wellness of the black, Puerto Rican and people outside my race was more priority than me.

meaning my rights no matters to both agencies, DHS and NYPD .

Both agencies violated title 6 civil rights 1964 when the service was serve according the race, religion and protected activity

CCRB investigator that this place not the right place to go

My hate islamophobic slur not able to filled to both agencies because of my protected activity which leading to my eviction from the shelter from the information I gave to CCRB investigator on September 13 2024

AIB conducted the Investigation regarding my rights to filed police report was denied " hit for" race, religion and my protected activity complaint at CCRB and AIB did not address my complaint trying to discuss about something else. I try to bring the subject matter discussion back to the by saying:

My case against city of new York is about I was denied the public benefit title V1 civil rights 1964 service to received protection from the NYPD to filled police report to being evicted because of my protected activity of having lawsuit with the city made lose the public benefit rights of protection from police which leading to race and religion discrimination complaint was denied too

Please see CCRB complaint was denied to filed when I went to CCRB the same location as NYCHHC defense counsel at 100 church st, new York, NY and give my discrimination complaint letter to CCRB and the lady investigator said to give her a moment and she went inside to read my letter and few minutes later she came out and she said this is not the right place to go when the front desk lady said my case will referred to AIB ( Affair internal bureau)

Police denied me the service related to my protected activity, race and religion.

Islamophobic lady will say to DHS manager William Willkins that regarding he islamophobic slur action was from DHS how they treated me when she probably said to police:

why you argue with me for calling her like that he did the same thing on August 12 and I didn't tell him nothing

When he referring to DHS manager William wilkins

When August 12 2024 incident was happened when Williams Willkins saw my hair without my consent when he was opening the door in my room and I chase him to the hallway when he was located 2 rooms ahead of my room at 402 and William Willkins was located at room 404 where right in front of islamophobic lady room when I asked the religious accommodation to DHS manager William wilkins when I said;

Can you let lady security guards to check the room to make sure I have hijab on

because I am Muslim men cannot see my hair.

Mr William Willkins reply in anger :

I don't know about your religion and I don't care I just care you have your clothes  on I just do my job

He said he doesn't know my religion when he know I am Muslim woman wearing hijab

That's why islamophobic lady said this word and started to harrassed me when dondre bailey, dhs employee was right standing in her position by the windows because I did passed the islamophobic lady prior dondre bailey presents and she didn't say nothing and she said this word when I already passed dondre bailey and dondre bailey right standing in front of her position.

You ain't special you bitch was related to DHS manager, Willkins  William when he denied my religious accommodation on August 12, 2024 I was requested to DHS manager to let the lady checked the room first before entering the room or open the door because I might not wearing the hijab when on August 12 2024 this is not the first incident when male dhs employees saw my hair when many time I believed DHS employee was deliberately denied my religious accommodation when most of DHS employees saw my hair and I kept telling them please only women only but still men knocking on the door.

The way that police followed the DHS manager instructions did not let me to filled islamophobic complaint that's all matter that the city of new York has violated my rights under title VI civil rights 1964 denied service to received the public benefit but for my race, religion and my protected activity when NYPD officers who represents city of new York in order to let me to filled police report on the regard on islamophobic complaint when my protected  activity has cause me not able to filled police report "but for" my protected activity of having lawsuit against DHS and NYCHHC.

This is not the first one the black was harassing me when few months ago I got altercation with black lady when I told DHS operations and case worker regarding the lady accused me for identity theft when she was mad because she was not qualified for free phone and she was demanding to have access to my personal phone when I already show her the app that her name and her information not longer there but she said she know she was not qualified for a free phone  because she was having so much on her checking account and she said she just wanted to harrassed me.

but she still wanted to harrassed me at midnight when I didn't slept whole night  that day because of this incident when I reported this incident to my case manager at the shelter and she said " it's people information  you should get back to her" but she was not qualified for free phone and the case manager told me to respond to this incident

No more selling free phone at the shelter when this incident cause me lost income when

139

drastically change after lose privileges selling free phone in the shelter..

Because dhs denied the public benefit to received DHS cityfheps voucher was related to my protected activity

I want to dismiss the case but I can't so technically judge Aaron I try to make the way to make it dismissed when he trying to eliminate the evidence which already established from eeoc position statement when he said to Rodalton Poole on off records statement he doesn't need to reply on my interrogatories on Allah first

Never associated anything with Allah. ALLAH MUST STAND ALONE

## 2nd circuit : 16-702

I am not binding to docket 28 and docket 3 amended complaint as result lose my rights to amend in docket 32 because docket 28 was not requested me but requested by judge Furman on docket 23 prior my constructive discharged on docket 24, june 19, 2015 when judge Furman said but for the defendant filled motion to dismissed I must ammended the complaint which at the time I didn't get fired yet by the defendant when on docket 28 was filled during Chaos and emotional distress when at the time my mom got stroke and in financial hardship when I have to prioritize to visit my terminally ill mother first which in Islamic religion the person should be served first according to the hadith prophet Muhammad peace be upon him said who you should ne serve your the mother mother . Judge Furman denied the most important ammended complaint I should filed when on docket 24, june 19, 2015 the defendant fired me from the job and I am ready to disclose my race as Indonesian which will change the whole case including to add DHR as defendant when the first DHR complaint was refused by DHR "But for" I am not Filipino. When I was asked by the front desk lady at DHR.

I am not binding to docket 3 has cause me lose my rights to ammend the complaint on docket 32 because pro se unit told me in order to change typographical errors spelling on my complaint I must add the supervisors name on the complaint when I have typographical errors when the word spelling the wrong year on the complaint. Prose unit told me In order to fixed typographical errors in my complaint I must add the supervisors name on the complaint and I am not recalled if I was aware of ammended complaint but I was aware when I was denied to amend in docket 32 because I was amended 3 or 2 times according to the court but I didn't amend anything yet and docket 32 the most important ammended complaint I should file but it was denied which considered docket 45 ex parte judgement when this judgement without my amended complaint.

On docket 3 adding the supervisors as additional defendant as per pro se unit told me to do in order to fixed typographical errors on my complaint I must put the name supervisors so they will get fired but at the time I don't want my supervisors to be fired but I don't want argue with prose unit because they might think I am not serious with my case but in the bottom of my heart I don't go there for adding the defendants I went to

the Court for fixing typographical errors on my complaint but pro se unit I must put the name of supervisors on the complaint and after this I found out my complaint was amended by PrO se unit.

Judge Aaron said don't bring your religion to the court room but I am a muslima who live by the rule of Islamic law to live my life and I got enough when he said supreme court did not binding to any religious doctrine and judge Aaron commanded defense counsel Rodalton Poole not to answer my discovery file (interrogatories, request production, request to admit) on "Allah first" which the reason my constructive discharged because of " Allah first"

but nobody should eliminate me and dictated how  to live because as Muslim Allah first is the

Prophet Muhammad peace be upon him taught us how to sleep, eat and drink .

In Islamic law as Muslim should not sleep on the left side position or with the stomach and drink sip by sip and eat with the right hand and must eat and drink on the same time,

Judge Aaron as judge dictated me how to changes for who I am because I do
It's not easy when the judges biased, prejudiced said  something which is not right or giving false information about I was said and I didn't said in the conference and the upper court only listening to the judges ruling only ruling because prose statement not important when jf accused me I was amended more than 3 times but the facts there's  was no amended complaint filed by my request which made me lose my  first rights to amend the complaint on docket 32 which cost my case  defective and considered final judgment on my case, docket 45 considered ex parte Communications when this judgement without my amended complaint which made my case not able to prosecute because I have to choose whether to fulfill the religious command to fulfill the rights of my mother should come first to visit terminally ILL mother should come first instead amended the complaint. (See docket 32) When docket 28  were  requested to amended by judge Furman  on docket 23( docket 28) and docket 3 amended complaint( pro se unit asked me to add supervisors as defendant) which cost me lose my rights to amend on docket 32

judge Aaron biased prejudiced  manipulative judge has breached his judicial misconduct when judge Aaron made false statements on his ruling on docket 64, 70, 75  that I am withdrew from my amended complaint but the facts it is judge Aaron who asking me to withdrew when the first conversation on January 10, 2025 was judge Aaron said;

You should amended the complaint, the court did not received the amended complaint

I replied:

I did I submitted prior midnight on January 6, 2025

Judge Aaron replied to me that:

Let me call Pro se

Judge Aaron said :

NYPD claimed  is unrelated because it's unemployment

Judge Aaron asking me to go downstairs to speak to pro bono lawyers open different lawsuit with NYPD when judge Aaron said his previous job was to help pro se litigants like me.

Meaning docket 64, 70, 75 were manipulated ruling when judge Aaron made false statements about something I did not said  and represented in the court room and this is considered ex parte judgement and judge Aaron has violated and breach his judicial conduct should remove from  his bench.

Judge Furman aware that docket 32 was the first ammended complaint requested to the court and judge Aaron aware that I never have intentions to withdrew from my amended complaint because judge Aaron himself asking me to withdrew from my amended complaint so he said he will expedite the case and judge Aaron

The things is when the court delayed my case is effecting my wellbeing and my wellness and my safety because for some reason my food stamp was stop and  cut off and my food was scarce and limited and I didn't eat regularly and I eat once a day for begging for food. Many people said I lose so much weight especially people told me that my face looks so skinny and unhealthy. also effecting my safety when since I add defendant city of New York I was denied title vi civil rights 1964 when but for my protected activity having lawsuit with city of new York several times i was removed from MTA service when NYPD escort me to leave the station when on April 10, 2025 luitenan volkan removed me from the station when he mentioned " I try to give you service" that's my protected activity related to my case 2nd circuit 25436 when city of new York denied me the service twice but this time I was told by volkan he give me service to removed me from MTA station when he said I have 3 option hospital, shelter or street when he was aware that DHS shelter has 7 violations lawsuit against me when DHS has denied me to shelter on September 19 2024 when I was evicted from shelter and denied the public benefit cityfheps voucher because my race, religion and my protected activity and the black, Spanish were prioritized to be serve and my protected activity when DHS case worker said she got pressure from the city when she and mr. Black  used to be nice and out of sudden i was denied receiving the equal treatment and negative impact after nyc health+hospitals wend the answer of my SDNY complaint in torn envelope when i saw negativity because of my protected activity when my case manager in the shelter said " she got pressure from the city" when she said I was missing so many appointments when I was confused because she is the one who not available for our Sunday appointment because I work during weekday and since then

she said from now-on I will not available to meet on sundays and she said I must available whenever she called me which at the time was I was new to the job but I did made everything available for her in order to move in to my cityfheps apartment and cityfheps voucher but they had been try to made me

I am as woman living on the street and not having address not easy to look for another job because nobody wanted to hired someone who homeless.

I used to work and currently I technically still working on commission selling free sim card but since judge Rochon referred my case to judge Aaron and he undermining my religious beliefs which considered sinful to sit in his court room when it's considered apostasy to attend his court room or leave Islam as my religion which cause emotional distress when I was forced to choose by the court between kept my islam as my religion or proceedings my discrimination with biased prejudiced judge Aaron when all these 6 judges biased prejudiced should be ashamed for themselves who undermining my religious values and made frivolous judgement on my 2nd circuit case : 25436.

All of these 6 judges should put their face down for being biased prejudiced as judge and I pray for my justice to be serve these 6 judges should remove from the bench permanently for undermining my religious beliefs values and 2nd circuit frivolous judgement on 25-436

My case similar with department of shelter when they prevented to work when I have to take care all my cityfheps paperwork on my work  on my own when HRA told me shelter did not send the proper paperwork to made me able to move in to my cityfheps apartment but in the end after I sacrifice all my commission money and my working hours . mr. Black, director  of housing said black people should move in first denied me the benefits of my cityfheps voucher.

Judge Aaron made false statements something which I didn't said during conference on January 10, 2025 which cause me emotional distress and made me not able to work and I  needed to write something to the court but not able to do so because of wellbeing as homeless women don't have enough resources laptop and I lose hope because the court only listens what the judge said not prose voice regardless the judge biased prejudiced which contradicts to the hadith prophet Muhammad peace be upon him when he was a judge, husband, ruler, messenger of Allah, father, etc when prophet Muhammad peace be upon him said the voice of prose should more important than a judge because when judge said he speak a third person i.e the judge relied on so and so said  but as pro se litigants said something which she or speak as first person something that she heard and testified under her or his own experience without heard telhe statement from the third person.

This

Ammended complaint
Summary judgment

Allah allah rabbi la ushriku
I have 3 case not able to proceed but for my religious beliefs obligations and dedication to Allah's command when in the hadith mentioned:

  serve  parents first and be righteous to parents and heaven, docket 32  my first requrat amended complaint

Do not argue( both judge Furman and judge Aaron denied my rights under fed 15(a)(2 when both judges denied me to amend the complaint

Don't sit with people who undermining religion you will considered hypocrites

my race, religion and my protected

On December 2 2008 there was 2 things happened involved with the defendant DHR ( department human rights, Starwood worldwide and union local 6.

Mariora Sfera and Force to work in afternoon shifts which my original shift is morning shift when I was hired Mariora Sfera  and Erica jackso on June 12, 2005  because they thought I am Filipino when Mariora Sfera and Erica jackso introduced menas Filipino to coworkers.

I filled the first race discrimination against Starwood worldwide on december 2, 2008 when on December 2, 2008 I was forced to sign agreement by Mariora sfera, white Yugoslavian who represents Starwood worldwide and randy Sullivan, union local 6 reps to give it out my full time employee to non Starwood employee i.e substitute employee and she have the same race as Mariora Sfera her name is dragica mantovic, white Yugoslavian.

On December 2 2008 Starwood worldwide give me 2 options:

1. Signed agreement to give it out my full time employee to non Starwood employees meaning by signing this I will become non Starwood employees and I will be on call position and no benefits

Or
2. I must work in the afternoon shifts and if I called sick considered no call no show

Mariora Sfera was aware how important December 2, 2008 because this day is my final exam  week  and she was aware that I cannot missed any class anymore and Mariora Sfera already made me failed one class by held me at HR outside my working hours when I did not allowed to attend my final exams in school which cause me have inc grade

I have school schedule in afternoon on December 2, 2008 the reason I filled the

discrimination because I believed Mariora Sfera and union local 6 racist and prioritized people from her own race in order

Why DHR complaint 2008 was different than ammended complaint filled on 2025

Why DHR failed to investigate the discrimination in a good faith

On December 2 2008 I went 2 different DhR with intentions to obtain discrimination complaint paper to submit to w union square in order not to be fired because I was told by white management, union reps that I must come to afternoon shifts or give it my full time Starwood worldwide employee status to white Yugoslavian substitute employee which non employee of Starwoodworldwide

and  Starwood and union local 6 giving 2 options in order for me to to stay on the job whether five my full time employee to white or must come to work in afternoon shifts and I cannot called sick if I called sick considered no calls and no show.

which force me that I have  to filled discrimination at DHR that day to prevented to be terminated on December 2 2008.

On December 2 2008 the hotel have low occupancy and I was on the lay off position which at the time I was receiving full time employment benefits from department of labor in the highest amount of 500 dollars or more.

On December 2 2008 Mariora Sfera told me w union square and union local 6 have agreement to give my full time employment to white, Yugoslavian dragica motovic which at the time she was substitute Employee non Starwood employees i.e on call employee which but for she is not considered an employee  of Starwoodworldwide she was not qualified for unemployment benefits from labor department.

At the time the w union square under low occupancy and I am on lay off and receiving full amounts of unemployment benefits for the approximately amount $ 550 weekly.

I was told by Mariora Sfera that I was schedule to work on afternoon shift in monday December 2 2008 and Mariora Sfera, Starwood  worldwide and union local 6 was aware that I got school in afternoon.

Mariora Sfera told me

I told Mariora

M

At the time I

I told Mariora Sfera  I cannot missed my school anymore because it's final exams weeks

when Mariora Sfera already made me failed one class when she hold me outside my working hours at HR which made me failed from the class because I missed my final exams which at the time I told her I need to take my final exams and she said no you will get fired today and I got incomplete grade that day and turned to F grade.

My complaint at DHR filled on December 2 2008 was not written by me by written by DHR employee and I was explaining to her verbally regarding the incident when Mariora Sfera and union delegate Vincent Ortega statement when both of them told me that " this is not my country" which I believed it's discrimination and also the reason I filled the race discrimination complaint because the situation getting over the edge when on December 2 2008 I was giving the ultimatum and stern statements about I am getting to be be terminated when on December 2 2008 Mariora Sfera, and union local 6 reps Randal Sullivan, white Dutch force me to give it out my full time Starwood worldwide employee status to white Yugoslavian, dragica motovic by force me to signed the aggrement in writing and I refused and told Mariora Sfera let me work on Svetlana bankovic, white Yugoslavian schedule on Thursday morning and Mariora Sfera said no which miss Svetlana bankovic also white Yugoslavian same race as Mariora Sfera the same race as Mariora Sfera, white Yugoslavian and Mariora Sfera and dragica motovic, Svetlana bankovic three of them speak the same language.

On December 2 2008 I was denied my rights under title 6 civil rights 1964 to filled the race discrimination at the first DHR office I was visited because my race is not from Philippines when the lady in the desk asked me filiphina ka meaning I believed she was asking me if I am from Philippines and I said no. She was not allowed me to filled the race discrimination complaint when made me have to go to another DHR which really time consuming for me because I need the school to catch by 5 pm which I need the DHR complaint to submitted to my Housekeeping department in order to be fired and I finally arrived at another DHR office at I believed 125th st because at the time me and my friends was driving when I was allowed to filled DHR complaint at 125 th street office I felt releived eventhough the complaint is not so great because I didn't write the complaint and the DHR employee who write the complaint after I was explaining the situation but In my mind I need to go to school to catch at 5 pm and submitted the discrimination complaint to w union square in order to be fired.

At 125 th street DHR i was told the lady who took the complaint I need dual complaint against union local 6 too who force me to give my full time employee to white Yugoslavian who was not considered employee to Starwood worldwide and her position was on call or substitute employee and the DHR employee who took the complaint told me that I should go to CCRB for union discrimination and she told me I should filled the discrimination to one organization at the time and filled union discrimination after my case against Starwood worldwide was finished but I never notified my case was dismissed and I never received the right to sue letter which this incident has cause me facing new hostility working environment cause by racial discrimination complaint filled December 2 2008 failed to prosecute when Mariora Sfera found out my case was dismissed has cause me outrage and she disclosed of her removal from w union square to w Hoboken related to my race DHR 2008 when she reprimanded in front

coworkers  verbally in anger when she said:

I was removed from w union square are you happy now

Since then i was facing hostility working environment from white and non white coworkers who retaliate  i.e scapegoat if Mariora Sfera statement of her removal related to my DHR complaint filled on December 2, 2008 which leading to my discharge on June 19 2015 when the defendant and coworkers stand together to discharged me see docket 24, june 19 2015 when I send the letter to judge Furman regarding my constructive discharged related to my internal hostility working environment complaint conducted discriminatory investigations  which the complaint filled in march 1 2014 and on march 30 2014 the final Investigation stated that I breach company policy solicitation when the defendant aware that more than 50 employees included the defendants engaged with solicitation to help Darlyn Mayorga family member who passed away but I am the one to blame because of my protected activity filling internal hostility working environment complaint and filled race DHR complaint 2008

which for the sake of my religion I supposed protected myself to be backbitten and made me not willing to engage with  any Investigation conducted by the  defendant

When on June 19 2015 the defendant conducted the non probable investigation which something which I don't know  and asked judge Furman to engage with Investigation and he said no because I breach company policy solicitation  but I was deserve to be treated equally regardless my protected activity when the reason I filled the discrimination complaint because my protected activity of filling race DHR complaint in 2008 and 2014 made Starwood worldwide retaliate when Starwood worldwide failed to address my internal hostility working environment complaint in a good faith and i am less protected from sexual harassment and hostility working environment when i filed internal complaints of hostility  working environment i was false accused of breach company policy and when i want to filled sexual harassment the w union square denied me to filled the complaint when I run downstairs wanted to filled sexual harassment to w union square HR after angel Rios push me to the bed at room 506 and prior this incident angel Rios show me his penis too I got enough when angel Rios push me to the bed when I went downstairs to HR Director of w union square HR denied me to filled the complaint when she said

We cannot take any complaint right now comeback in 3 weeks

But I didn't comeback in 3 weeks because I was afraid how the coworkers will react and  at the time DHR already dismissed my race DHR complaint filled 2008 without giving rights to sue letter eventhough there something not right when I called DHR to changing my address there was something unusual and I believed my rights violated and my instinct was right they don't send my rights to sue letter made lose my timely time to appeal and I believed Starwood worldwide  and union local 6 has violated my rights under title VII race discrimination and retaliation and DHR has violated my rights under title VI civil rights 1964 to serve justice and service to failed to prosecute my

Wheb judge Aaron said to me my testimony of my faith  "Allah first" only worth 5000

Judge Aaron has violated his judicial misconduct when as judge he supposed to find the discrimination facts but judge Aaron discuss something  which is not his business or something which is not his job when he asked me to withdrew from my ammended complaint, docket 65 on January 10, 2025 and he recite The word "Allah"  on July 2 2024 conference during off records conference when he calculated my debt will paid off in 28 years of I made minimum payments on my debt and force me to accept $5000 settlement.
Discussed of The islamic principles foundation or values
Did not address understand my original complaint when he brought jury to the case when my case is bench trial case but still put jury on my case and asked me if I need to asked jury questions.

On January 10 2025 did not read my complaint when on my complaint on the releif section I specifically said I demanded  for:

Emotional distress and pain and suffering
Back pay
Punitive damages

told me the defendant can give my job back when he seems underestimate me on my complaint as pro se I need relieved for emotional distress
Punitive damages
Back pay and future wages

But judge Aaron said the defendant can give my job back which he did not construe my complaint

So many off records statement which undermining my religious values when he said I can slice his ear if my case will went through because soon or later the court will dismiss the case and will end up like my case in 2016.

Judge Aaron mentioned that supreme court did not binding to any religious doctrine and he started to recite: Allah......and defense counsel laugh underestimate my dedication to my Shahadah on "

Judge Aaron told defense counsel, Rodalton Poole no need to reply on my  discovery  on " Allah first" You don't need to reply on that one, you don't need to admit

Supreme court and NYCHHC have to accommodate my rights because it's my religious beliefs obligations. When DHS must accomodate my rights when I was requested halal food but DHS denied to provide me halal food and DHS must accomodate my rights.

Judge Aaron said NYCHHC and supreme court justice United states of America don't need to accommodate my rights on my religion on "Allah first"

Same thing with DHS when Mr. Black not willing to prepare my paperwork I did my paperwork instead by did all the necessary documentation such as meeting with the landlord and set up for interviews and everything and provided the copy to the landlord when my landlord said the last step is mr. Black turned to do but he said the black should prioritize to be move out first even

though I find my own cityfheps apartment by myself.

I lose approximately 7 hours working hours and my situation was the same with my condition with judge Aaron because when judge Aaron said something inconsistent made me have to write letters to the court but I don't have computer so I have to wait in line for computers which this time frame I should be working but this time consuming made me lose income when my food stamp cut off and I don't have no money

Sometimes I believed DHS don't want me to work when since the defendant send the letter with torn envelope my case manager said she will not available anymore in the weekend when she said i must available anytime she was need it me when I was trying to accomodate her request but sometimes she was calling for something which is not important when my supervisor not happy to called out from work which at the time I was new.

The reason I said yes I just want to tricks him in order for me to have time to go library

# My Emotional distress

The thing is when the biased, prejudiced judge holding my case in order to get summary judgment with intentions to cover the material I. E undisclosed material to the case has cause me related to my wellness as Muslim homeless women living on the street when many time I was denied title VI to enter when many time I was denied entry to port authority bus terminal because I am homeless Muslim women but the black homeless did not removed from port authority bus terminal only me because I am wearing hijab who represents my religion even though I got the ticket when the law said only ticket holders can stay in port authority but the black homeless women was not removed only me and since then I stay on the train station was removed too because of my protected activity when the police officers retaliate when he said

I trying to give you a service when I was removed from mta service station when I was told to leave station eventhough I am not smoking, drinking only sleeping because I got no place to stay since I was denied the shelter by DHS and the city of new York NYPD denied me to filled eviction complaint which the reason I was adding city of new York NYPD as defendant because my race, religion and my protected activity I was denied the service to filled police report twice and my protected activity having lawsuit against the city has cause me less protection from the police when I was denied to filled islamophobic police report because race and religion profiling.

For example in January 10 2025 judge Aaron told defense counsel not to answer my discovery on my interrogatories, requested to admit and request production on "Allah first" which the reason of my religious discrimination case base on " Allah first" when during my discharged the reason I was asked to clock out at 5 am by Sgt Rodriguez and comeback tommorow if you choose job first and

I reply to Sgt Rodriguez

Today and tommorow is the same thing I choose God first which in islam is " Allah first".

See page 78

Judge Aaron undermining my religion see page

I did submitted on time to the defendant and

and this cause me emotional distress and prevented to work when I have to explain in very difficult way because the court only listens to judge ruling and not pro se voice which this contradicts with teaching of prophet Muhammad peace be upon him said when prophet Muhammad peace be upon him was a father, husband, judge, ruler, grandfather, the messenger of Allah when he said in the hadith:

Be careful who do you hate you probably you hate the oppressed

*If the person speak on behave someone else don't take as valid evidence but someone speak as first person i.e Pro-se take them as acount*

When my case was on hold for summary judgement has cause me effecting to my nutritional value of food, my safety, not able to fulfill my religious beliefs obligations because I am currently homeless living on the street and the city retaliate when my food stamp was discontinued even though the city aware and acknowledged that I was homeless women living on the street and sometime I have to beg food at midnight made me late to pray my morning prayers because sometime I have to walked for several Avenue in order to get food  I was overslept and my safety as woman living on the street and sometimes I was touch by men on the train without my freewill at midnight while I am sleeping when the MTA officers removed me from the train station and force me to stay on the street when according to the hadith is forbidden to walked alone at midnight when prophet Muhammad peace be upon him said in the hadith safety come first should stay indoor at midnight which many time I have to hide from officers who denied the service at MTA when I was removed from the station eventhough I didn't under intoxication or smoking

Even jacky workforce 1 representative said he was trusted by the employer to find the candidate but he was shy to put me to be schedule for interviews because I have been out of work more than a year . I told jacky that I just want  to get any job and jacky said you cannot just want to get any job you must think what do you want do in your life  which at the time I have requirements and qualifications for the job which requires bachelor degree but jacky said he was so shameful to schedule me for the interview.

Even the shelter employment manager, Elizabeth she was dissed me over the phone when the employment assistant, miss  Alexis Sutherland put her on speaker when asking her  for advice  regarding when workforce 1 reps, Jackie denied me for interviews when I met the requirements for the job and my discharged from the city job cause him not willing to set me up for interviews  and my reputation go down the hill.

Director of employment in my shelter, white Elizabeth was dissed me on the speaker phone prior I was evicted when she said my resume to prestige when I have 2 degree in accounting and economics and member of AICPA but still looking for full time and there's gap in my resume and being fired several times.

151

Miss Alexis reminded her that she was on the speaker phone with clients and the Director of employment specialist said " look at her seriously she need to change her resume" and told alexis to change resume in order to get low level job and advice   put my email on the job notification and she doesn't need to get the job. I.E my reputation ruined once I was discharged from city jobs

Since then I stop looking for a job and currently I work for commission selling sim card which I earned approximately 200 per week but currently I did not able to work because my case was misrepresented by judge Aaron and I need to wait in line for computers in library in order to type letters but my homelessness is very hard to finish and I am homeless sleeping on the train too when I chase by police to threw me out the street from train station and food stamp was cut off too

the most damages my reputation was judge Furman because my case dismisses in 2016 has cause  queens college retaliate when they requested documentation for financial hardship application in 2016  when I resubmit all the court papers to them when they retaliate even the president queen college Rodriguez was never replied my Cuny email when I told him I need to Register for classes when my case was dismissed in n SDNY my Cuny account was block to register for classes even though I got no job and on welfare when the queens college committee said in order to removed the block I must pay sort of tuition and I beg them let me finish my degree and I have an agreement to spare out my cash assistance money in order to removed the block and they agreed but I break promised when I did give them my half first cash assistance money I believed I gave them 40 dollars out of 90 dollars i received from cash assistance but the second assistance i used it to pay rent which on 2016 i earned 20 dollars per week working in work study programs which in the year 2016 my w-2 I earned 600 dollars

I need  4 classes in order to graduate with finance degree but I was denied and I was force to apply for graduation instead and queen college hold my college transcript since 2017 when I was beg to let me have my transcript when I was ONBOARDING with nys of finance as audited trainee but queens college hold my transcript since 2017 when I was in welfare too and  when queens college requested refund for my financial aid which I already received and gave me and already used to buy books. to me when FAFSa customer service said my financial aid was approved by the state but revoke by internal queens college financial aid committee which the lady fafsa customer service said they cannot interfere with the internal financial aid when I beleived my protected activity of judge Furman cause denied the financial aid benefits title VI which if they allowed me to take that class I suppose to graduate with B.S in Accounting & Economics and Finance

But my future going backwards when my degree was wasted when my transcript being hold for 5 years and in 2022 and  I was facing another discrimination again when nyc health+hospitals refuse to hire me on my first accounting job as hospital care investigator list  604 using my B.S in Accounting degree because of my protected activity of filling discrimination lawsuit in federal court in 2016 and filling internal religious

152

discrimination complaints to NYCHHC made I was facing another discrimination again when NYCHHC retaliate to hire me on my first Accounting degree job but again I was facing discrimination again.

protected activity made my reputation look bad.

Judge Rochon don't need to speak on the behave of me in religion. It's my religion not her religion when i provided the Qur'an verse related to judge Aaron action who undermining my religious beliefs on January 10, 2025 and she says judge Aaron cannot be removed says judge Aaron did not undermining my religion.
   If my discrimination case not able to prosecute by 2nd circuit I will facing discrimination again and again in daily basis which currently i just filled new discrimination case against the State of New York and state of new Jersey, NYC DOT staten island Ferry under title VI civil rights  qo64

   The judge who told the defense counsel to no need to respond my discovery on " Allah first" was biased prejudiced and especially when one person laugh, defense counsel Rodalton Poole and the other one, judge Aaron recite Allah.....and he said  supreme court justice did not binding to any religious doctrine when judge undermining my religion, his integrity was the reason I got no time to waste. My time so precious but I am asking supreme court justice to accommodate my religious beliefs in the court room when 2 cases at 2nd circuit not able to prosecute related to commitment to fulfill Allah's command should be prioritized supreme court justice United states of America should let me to add fed 15 civ( d) added supplemental pleading by combining  2nd circuit  case 16-702 with 25-436 which but for my case 16-702& 25436  failed to prosecute which related to religious freedom rights were violated in the court room has cost me the back to back discrimination which I should be compensated for punitive damages.
                         See page 24-25

Both 2 cases at this 2nd circuit have the same tactics of constructive discharged which no doubt my protected activity has become case brief  study how to discharged me with the same tactics of discharged and docket 45 ex parte judgement by judge Furman similar with EEOC NYC health+hospitals.

### Ammended complaint 16-702

My race DHR complaint 2008 was different than my amended complaint race DHR complaint because at the time I am under the state of compelled which I was denied my rights under title VI civil  rights 1964 by DHR cannot sue DHR because I need them to prosecute my case against Starwood worldwide who chasing and force me to signed to give my full time Starwood worldwide employee status to white substitute employee, dragica motovic.

w I went 2 different dhr office on December 2, 2008 when the first DHR office I believed at midtown at park ave or Broadway when the Filipino DHR front desk denied me to filled the race DHR  complaint because I am not Filipino when the lady on the front desk asking me in tagalog when she said

Filipina kah