Introduction Page (2)

THE Subject MATTER OF Constructive Discharge "AllAH FirST" (SEE EEOC, POSITION STATEMENT PAGE 5).

On January 10, 2025 Judge Aaron during OFF record Settlement Conference Trying to destroyed evidence which already establish on the case on "AllAH FirST" WHEN during OFF record Statement, THE defense Counsel Rodalton poole mentioned the Content on MY discovery on "OFF record Settlement Conference" which he believed THE NYC HealtH + HospiTal did not binding to my testimony of my faith on "AllAH FirST" and Judge Aaron said to defense Counsel, Rodalton poole The defense statement Counsel no need to reply on MY discovery on "AllAH FirST" because Supreme Court did not accomodate and binding to any religious Doctrine Such as Supreme Court cases on. GroFF V DeJoy, 35 F. 4TH 162, 166 (3d Cir. 2022) TO granted days off on Sabbath and EEOC V Abercombie & FitcH Store, Inc, 575 4.S. 768 (2015) when muslim lady Should accomodate Wear hijab ing the Workplace Regardless of "looks Policy" AT Abercombie

①

RECUSAL Judge Aaron From my case. Because
— Judge Aaron disqualifying his Judicial interest
by undermining my religion of my dedication
to Allah WHICH In Islam that "ALLAH FIRST"
To be serve on January 10, 2025 His Court room dis
cuss my religion Principle on "AllAH First" and undermi
ning it

According to his OFF record settlement on
July 2, 2024, Judge Aaron told me whether
to accept $5000 settlement or soon or later
The Court will dismiss the Case You end up with
Zero Like Your lawsuit In 2016. Judge Aaron
also said "This $5000 Just the favor from
the Court because soon or later the Court will
dismiss the Case when new witness and evidence
will Come-in and the city have the best lawyer
that They will hired the expert and You will lose because
You just Pro-se. His purpose was For Best lawyer
Not to Stand For Justice For Poor Homeless woman like me
discrimination

I believe there are many reasonable doubt about Judge
Aaron ability to be impartial when on Octob. July 2
2024 on his OFF record Settlement He told me On His
Conference that "THE CITY busy Paying another tax payer"
when he force me to came up with $numbers to compare
AllAH EXIStense on my religion On "ALLAH FIRST" and
when I came up with numbers He mocked "AllAH
FIRST" was meaningless On His eyes but In my eyes

ALLAH FIRST IS THE MOST important TESTIMONY OF MY FAITH, SHAHADAH, This Declaration IS DETERMINE whether I was muslim or Non Believer (reject TESTIMONY OF MY FAITH On "ALLAH First"

on January 2, 2025 Judge ROCHON Has 2 Judgement On the same day and The first Judgement Judge ROCHON replied on my Summary Judgement request which I sent on December 24, 2024 which She said Summary Judgement will be Consider But I have to ammend the Complaint So Judge ROCHON said the ammended Complaint Will be due On January 6, 2025.

The Second Judgement Judge Rochon referred MY Case TO Judge,AARON which really Slap me in my face because I know Judge Aaron Have Conflict interest, disqualifying Judicial interest, reasonable doubt about this Judge Aaron Can do Impartial on MY Case when On July 2, 2024 during HIS OFF record settlement Conference If I am not mistaken he said I Can Slice HIS ear IF MY Case will win and keep demanding to accept The $5000 settlement From the Court or MY Case Will dismiss by tHE court in Future. *off record settlement*

I believe MY Case referred to Judge Aaron when On July 2, 2024 Judge Aaron give me 2 option

③

whether to accept $5000 or THE Court will dismiss
THE CASE. THAT'S THE REASON Why
on January 10, 2025, Judge Aaron during OFF
record settlement discussed about THE Discove
ry on "OFF record settlement Conference"
which he try to diminish the most Crucial
evidence on my religious discrimination
which already establish on "Allah First" THE
REASON OF I was Constructive DISCHARGE

Because I was mentioned "Allah First"
I.E "GOD FIRST" WHEN SGT RODRIGUEZ Asking
me TO CHOOSE GOD OR A-Job in order to work
THERE and I was Constructive DISCHARGE when
I said "GOD First" which in ISLAM IS "ALLAH"
FIRST.
SEE

On January 10, 2025 during OFF record settlement
Judge Aaron told defense Counsel, Rodalton Poole
NO Need to reply on my discovery statement
on "Allah First" Because supreme Court did
not binding to any Religious Doctrine Which
is not true. THE supreme Court did accept and
Granted Religious Freedom For THE Employe to Obser
Ve their religion In the workplace EXCEPT THE
Accomodation will substantial cost undue Hardship
TO THE Employer which according to October 2
2024 with Judge ROCHON Presiding THE defense

Counsel, RODALTON Poole did admit on October 2, 2024 (4) during Judge Roctton Presiding that THE reason I did not accomodated to Pray because of my age (Premeditated Negative working performance) in which similar With Judge Aaron OFF record Settlement Conference On July 2, 2024 THE defense Counsel RODALTON Poole Told Him that "Regardless she will accomadate to Pray She will terminated eventually"

From this finding the NYC Health + Hospital Intentionally Maliciously and Fraud Created Premeditated of undue Hardship In Order For me to Pray "BUT FOR" my age which according To EEOC, HENRY ELMORE Said "once The employer Said "There is nothing We can do and That's what they Said "undue Hard Slip""

On April 9, 2022 The religious discrimination of undue Hardship is the east way to terminate the older employee without Burden discrimination because of MY Age (ADEA).

Police memo book able to proof MY Negative Working Performance because of my age In which according to my Police memo book Indicated that "I was off" on the day I was told I was Fail to performed some

Patrolling Post assignment was Farbicated because my Police memo book Indicated that I did not assign to any Patrolling Post (POST 8, POST 9, POST 10) and I was

⑤

I was never assigned to any Patrolling Post assignment and never have any rotating Post assignment Since I disclose my/Age to DeTective King who Senior Trainer at midnight Older Shift. My training at Patrolling Post was stop and ~~out~~ incomplet On the same time frame officer DAY, E (Older OFFicer) who will Schedule to retired. According to Hospital ~~$~~ Employee Statement regarding my believed Negati Ve Working Performance was pretex Prima Facie Age Discrimination WHEN SHE SAID TO Me:

> ) There is another Lady Who used to work at Post 4 main lobby She was old and Called sick alot The Department Can't wait For HER RETIRED.

~~HER~~ STATEMENT MADE ME BELIEVED MY Working Negative Performance, MY Patrolling Post training was differ than Younger new Officer, Denied and Limited bathroom accomodation and Prayer accomodati on was ~~struggle~~ Struggle to be accomodated beCause OF my age in Which My Post 2B assignment Which accomodated For me to pray was taking away From My assignment in the end OF

(6)

January 2022 when the department of Hospital Police assigned me back to post 4 main lobby which according my conversation with SGT Rodriguez reassignment to post 4 main lobby in order not accomodated to pray for me when he said on approximately on March 30 - April 4 2022 when he said to me when the department said will be conducted investigation on Detective King when I filled internal Religious complaint to the Department against Detective King who refuse accomodation to pray on march 27, 2022 WHEN SGT RODRIGUEZ told me:

"THAT'S WHY I give post 2B SO YOU Can Pray"

This indicated that my reassignment to post 4 main lobby will repeat the incident on october-November 2021 when I have to walked the post and get write-up by captain melendez in order to do bathroom urgos reteived and to pray in which according to SGT RODRIGUEZ He gave post 2B in order to accomodated to pray and because of my age they have to reassign me back to post 4 main lobby in order to discharge me smoothly by creating premeditated undue Hardship without Burden AGE Discrimination (ADEA) when 2 days prior I was discharge on APRIL 7,

(7)

2022 THE Hospital police Department sternly
and warned me on The recorded Phone line between
Post 4 main Lobby (me) and Central command
OFFicer, OFFicer Wood told me that he was inst
ructed By SGT RODRIGUEZ to releif late to pray
at 05:13 am which WILL be Violated my
request accomodation on (EXHIBIT A) in February 2022 which
Need to be releif early From my post in
order to pray on time because I have to
do ablution which Central Command officer,
OFFicer WOOD said SGT RODRIGUEZ instructed
him to releif late to pray at 05:13 am
and on the same time DeTecTive KinG
Comeback From my religious complaint inves
tigation when she came she bang the locker
room door angry when she entered not sure
whether she was mad at me or angry bec
ause of my internal religious complaint
against Her or because anything else.
Central command officer Wood said I will
bee releif to pray at 05:13 am which will be late for me to pray and I told
him IF nobody releif me to pray I will be
Walk walking out The Post and OFFicer wood

⑧

said IF I walked out the POST I will get write-ups and HE Transfer the Call to Field Supervisor on duty, SGT ROSADO and SGT Rosado said SGT RODRIGUEZ instructed ALL central command officers and Field superviors to releif late to pray From ~~it a~~ NOW-on and ~~it~~ SGT Rosado "sorry No more early prayer" time For You anymore

and I told OFFICER WOOD I will be walk out the POST If nobody releif me to pray and Detective King which never ^releif me to pray In which she always ~~assigned~~ assigned to Central Command officer was Came to relief me in Contigency moment when I almost ~~to~~ walking out the post In order to pray and SGT Rosado and officer Wood did not say she was coming on April 8, 2022 I called out because of the tension in my department about the Hospital Police Department refusal early accomodation to pray and on the same time I send email to the highest HOSPITAL Administration in order to give me Permission To walked my Post IF nobody relief to Pray (see EXHIBIT F, Paragraph 9-11)

But no reply from Hospital Administration
on April 9, 2022 I came to work in weird
situation ready for the worst because they already said they will
not accomodated to pray on time anymore
and from now-on they will releif late to pray
and I am ready for the worst when that
day the department premeditated undue
Hardship which Cause me Constructive Dis
Charge when SGT RODRIGUEZ told me to
Report to Hospital police Headquarters
on the 8TH floor when He said to
Me: "why you leave your post" and
I replied "I have to pray" and SGT
RODRIGUEZ said "THIS Job not for you"
"you Have to choose GOD OR A Job"
I replied to Him: I CHOOSE "GOD First"
I am not ~~quiet~~ remember whether I gave
Him my shield, ID, ~~Police memo books~~ Keys
Prior this Conversation or after but when
I gave out my Police equipment SGT Rod
RIGUEZ said "I didn't Fire you", "I JUST

"wanted to write you up For walking out (10)
the post", "but you have to clock out today
at 05:00 am and come back tommorow
IF you choose Job First and He said He
did I didn't asked you to put GOD on the
side and I told him today and Tommorow
THE SAME THING I CHOOSE GOD First which
In Islam  "AllAH First" which in islam
Islam The Purpose OF LIFE TO worship is
To pray.

---

THis statement MATCH WITH DEFENSE
Counsel RODALTON POOLE STATEMENT TO
JUDGE ARRON ON JULY 2, 2024 During
OFF record Settlement ConFerence
Which JUDGE ARRON TOld me The Defense
Counsel TELL HIM THAT:

              "Regardless she will accomo
              dated to pray she will Termi
              Nated eventually

ON OCTOBER 2, 2024 ON JUDGE ROCHON Pre
Siding when I told JUDGE ROCHON that

There's no undue Hardship on April 9, (11)
2022 when I was praying and The departmen
already refuse my early Prayer time
accomodation @ 2 days prior my premedi
tated undue Hardship discharge on April
7, 2022 THAT SGT ROSADO TOld me on the
recorded PHone line that "Sorry No
More early Prayer time For you anymore"
"SGT RODRIGUEZ instructed all Central Command
OFFicers and Field Supervisors to releif late to
Pray From Now-on"

on OCTOBER 2, 2024 on JUDGE ROCHOW
Presiding DEFense Counsel, RODAITON POOLE when
His Turn to answer my statement and
RODAITON POOLE Said THAT my negative wor
King Performance was the reason Of Preme
ditated Of undue Hardship on my religious
Discrimination in which I was able to
answer THE Negative working Performance was
Pretex Prima Facie ADEA Discrimination accor
ding To my Police memo book I was Off

On THE DAY I was told  I was fail (12)
on Some patrolling post and also another
Poor Performance mentioned I was fail
On patrolling post assignment which
MY Police memo books I did not assigned
to any Patrolling post that day ( Post 8, Post 9
Indicated that
Post 10 ).

I never had any rotating working assignment
and my training was differ with new younger
officer when Detective King Diminish the
Part to trained one on Post 8 assignment (SEE
EXHIBIT C-9) @03:00 ). MY Patrolling post was
Training
Pause and my training was differ with new
(New Younger Officer)
Younger officer in which they already
assigned to rotating working assignment and
with younger officer started receive
I was set-up to be failed and Negative working Performance on patrolling post
which my training on Post 10 was not Complete
"But For" Locker room Conversation by chief disclosing
MY AGE TO DETECTIVE King Cause An adverse Employ
ment action When According Hospital Police Depar
EMPLOYEE told me: that the department Can't

(13)

Wait for OFFICER DAY, E TO RETIRED because she was old and Called sick alot and I believed When DeTective King Found out MY age as an older Female new officer it will be useless For Them to trained me because I will be next OFFICER DAY, E (SEE EXHIBIT EEOC O, on page 3-4, LIST: 12) who was old and Called Sick alot which Department Can't Wait For Her to retired on the Same time MY Patrolling POST/ was differ than new ~~than~~ Training

Younger officers and I Started received. Negative Working Performance which the Patrolling Post training did not Completed and follow-up with new Younger officer was granted taking my spot when I Was denied to transfer to morning shift because of mY age When new Younger female officer 22th Yrs Old, officer Sultana was granted to work in the morning shift taking MY Spot and I was place at midnight shift restricted Post with Post 4 main lobby With Limited bathroom accomodation ∠ADA Prediabetic condition) and Struggling Prayer accomodation In which I refrain to request ADA accomodation "But For" mY Prayer time was struggling to be accomodated "made me refrain To request bathroom under ADA because MY

(14)

My Prayer time is my everything if I wil
Not accomodated to pray on time I Can not
work there.

① ADA DISCRIMINATION

My Prayer time struggle to be accomodated made
me not able to request bathroom accomodation
under ADA (SEE EXHIBIT DOCTOR said "I am on Prediabe
= Dec 12, 2021 — April 9, 2022    tic Condition

REFUSE TO Hired, HCI LIST: 604 (Retaliation) ② 

"BUT FOR" I filled Religious Internal complaint to
the highest of Hospital Administration
    1. MICHELLE FIGUEROA (CEO OF Operation)
    2. JOHN MUNIZ (Director of Operation)
This 2 people is the highest level of authority
at NYC HEALTH + HOSPITAL and It's easy for them
them to tell the Human resources not to Hired me
because the same time frame, I supposed to receive
The status on my Hospital Care Investigator. BUT The
Hospital refused to Hired me because I filled internal
religious complaint which I never received any
thing in the ⟨ In The mail ⟩ regarding the statu
on my civil Jobs on "HOSPITAL CARE INVESTIGATOR".
    → my internal religious complaint was fire LIST = 604
A frame I Supposed to received " THE HOSPITAL CARE investi = The same time
onBoarding emplote Package.
gator." which according MAHMUDA, THE lady I met at
6TH floor on Employee Health Assesment she received the
HOSPITAL CARE Investigator onBoarding the mail, email and
package
117

In The mail

(15)

Phone Call but I never received ✓ in the mail NONE (phone or email)
because I filled religious internal Complaint To The
Highest power of authority at NYC Health & Hospital
- CEO operation (MICHELLE FIGUEROA)
- Director of operation (JOHN MUNIZ)
  who retaliated against me refused to Hire "But For"
  I filled internal religious discrimination against THE NYC
  HEALTH & HOSPITAL.

③ GENDER DISCRIMINATION. (Pregnancy)
  [EXHIBIT A-3 Indicated that 2nd MMR Vaccine]
  [Can BE HOLD until MARCH 2022]

2 MMR
VACCINE          ✓     My woman rights To be Pregnant
Company Policy         Was denied when I was force
                       To signed that I cannot get
                       Pregnant within 3 months
                       In order To get a Job
I told dr willby that   I must get 2MMR Vaccine
I have Intention to be   in order to be hired and
Pregnant and she did not  I have to sent the Consent that
give me the accomodation   If I am pregnant my baby will
to waive the requirement   be harm
when Dr. willby told me
You Can't get Pregnant

Within 3 months because you need to take THE MMR Vaccine.
IF You didn't take MMR Vaccine You Cannot get a Job,
Dr willby sent me to NURSE Beverly and I told Nurse Beverley
I need and have Intention To be pregnant she put down an needle
and the speak I told Nurse Beverky that I have one
MMR Vaccine From BARUCH COiLEGE and Dr WiLLbY

(16)

reply to Nurse Beverley that she need 2mmR vaccine in order to be hired and Nurse Beverley said if my Husband can't wait 6 months to take virginity after marriage definitely he can wait for 3 months in order for me to be pregnant and the nurse Beverley said use condoms to prevent pregnancy but my intention to be pregnant it's my woman'rights. on MAY 25, 2021 Doctor

During int Pregnancy Police academy I submit the note of my G4N visit to check my Pregnancy. on June 30, 2021 I was force to tightened the belt against my will and I am the only one (woman) who force to tighten the belt when Captain Padilla said to me "if you Have a belt like that I will take you upstairs" TAKING upstair meaning preparing dismissal paperwork of employ ment. Captain Padilla instructed Detective Lay to tightened my belt against my will when Detective Lay took me to the BATHROOM and She was tightened my belt against my free will and I Fell congested on my belly especially when I have sit down on my police academy lecture in which congested my belly and fetus more but I need a Job because the doctor Said my baby has no Heartbeat "But For" 2mmR

Vaccine requirement company Policy exceeding my rights to be pregnant when my request to be preg- nant was denied "But For" my rights to be pregnant was less important than mmR company Policy

(4)                                                                              (17)

AGE DISCRIMINATION (According To STATE OF NY I was quali-
Fied For a Job, SEE EXHIBIT TACTICAL BATO
BATON CERTIFICATION
- Premeditated Negative Working Performance
"BUT FOR" City Hospital police Department Facing
AGING Discrimination "BUT For" OFFICER DAY, E
OLDER OFFICER WHO According TO HOSPITAL police
Department Cause ADVERSE Employment Action and
IT'S EFFECTING IN Term and Conditions OF Employ
ment when I was, hired as New Older Female

OFFICER when The department According TO the
new
HOSPITAL police
HOSPITAL Employee lady :

            ") THERE IS ANOTHER LADY who used
            TO work at POST 4 main lobby
            She was old and Called sick
            alot and THE department, Can
            Wait FUR HER TO RETIRed"

I believed THE HOSPITAL Employee lady received this
Statement From DETECTIVE King BeCause Since I realize
after I disclosed my older Age TO DETECTIVE King I
Started received denied bathroom accomodation, struggle
Prayer accomodation and my training was differ than
younger new officers and The department started
denied my rights Limited and my Patrolling Post
→ bathroom accomodation
training was pause and I Started to be assign
To midnight Shift restricted POST 4 main lobby and
Premeditated      I was
followed up with Negative working Performance BUT
According to CITY OF New York I was QUALIFY FOR

INTRODUCTION ° RECUSAL JUDGE Aaron From my Case
"But For" Judge Aaron have Conflict Interest with respondent
THE COURT Has taking too Long to Handle
MY Case which I believed It's unnecessary
when I suppose to be granted Summary
Judgement when The defense Counsel
Rodalton poole Failed to Submit their
discovery in Timelly manner which I
belreved From July 2, 2024 Judge Aaron
Pre-settlement off record and OCTOber
2, 2024, JudGE Rochon Presiding which
I believed I have no material to be
dispute and on January 2, 2025 my

Case back to Judge Aaron was inten-
tional to dismiss my Case when on
January 10, 2025 during off record Settlem-
ent Comference Judge Aaron try to destroy
ing the most Crucial evidence on my Case
which already establish on my Case on
"AllAH FirsT" and THE Subject matter
OF CONSTRUCTIVE DISCHARGE BeCause of





Stephanie Siaw, Esq
Associate Counsel
NYC Health + Hospitals
50 Water Street 17th Fl.
New York, NY 10004
Stephanie.Siaw@nychhc.org
917-848-3928

October 14, 2022

<u>**Via Electronic Submission**</u>
Madeline.McGrath@EEOC.gov
Federal Investigator
U.S. Equal Employment Opportunity Commission (EEOC)
Enforcement Division/New York Field Office
33 Whitehall Street
New York, NY 10004

<u>**Erica Febrianti v. New York City Health and Hospitals Corp.**</u>
**EEOC No. 520-2022-04761**

Dear Investigator McGrath:

    This letter and the facts contained herein serve as the consolidated Position Statement submitted on behalf of Respondent New York City Health and Hospitals (hereinafter "the System" or "Respondent"), addressing the charge of Erica Febrianti (hereinafter "Charging Party") filed with the Employment Opportunity Commission ("EEOC"), alleging age, religious, and sex-based discrimination in addition to retaliation.

**<u>The System's Mission and Commitment to Equal Employment Opportunity</u>**

    The System is a public benefit corporation created by the New York State Legislature on July 1, 1970, to operate New York City's municipal hospitals. The System operates healthcare facilities in all five boroughs, providing general, chronic, ambulatory and skilled nursing care, and a wide variety of specialized patient care services. The System operates eleven acute care hospitals, six neighborhood family health centers, four long-term care facilities, a certified home healthcare agency and more than 100 community health clinics.

    The System is committed to providing equal employment opportunities to all individuals and encourages each individual to realize his or her full potential. It is the System's objective to recruit, select, train, and promote, into all job levels, the most qualified individuals without regard to actual or perceived race, color, national origin, alienage or citizenship status, religion or creed, gender (including "gender identity" which refers to a person's actual or perceived sex and includes self-image, appearance, behavior or expression, whether or not different from that traditionally associated with the legal sex assigned to the person at birth), disability, age, military status, prior



record of arrest or conviction, marital status, partnership status, caregiver status, genetic information or predisposing genetic characteristics, sexual orientation, status as a victim or witness of domestic violence, sex offenses or stalking, unemployment status, consumer credit history, status as a disabled veteran or Vietnam Era veteran, and/or any other protected class covered by federal, state and/or local anti-discrimination laws.

## RESPONDENT'S RESPONSE

In response to Charging Party's charge alleging color, national origin and sex-based discrimination, Respondent submits the following:

Charging Party commenced employment with the System on May 3, 2021, as a Special Officer with the Hospital Police department. As a Special Officer Charging Party was required to complete training in the Hospital Police academy. Charging Party attended the Hospital Police Academy from her date of hire and commenced her assignment as a probationary Special Officer at Metropolitan Hospital, one of the System's eleven acute care facilities on July 26, 2021. Charging Party was assigned to the midnight tour (12AM – 8 AM) and her supervisors were Supervising Special Officer Charlie Rodriguez ("Rodriguez"), Supervising Special Officer Anibal Rosado ("Rosado") and Special Supervising Officer Luis Desantis ("Desantis"). As a Special Officer Complainant's job functions were that of a law enforcement agent, Complainant was tasked with responding to calls, particularly emergency calls and alarms within Metropolitan hospital and implementing security and safety measures to ensure the safety of Respondent's staff, patients and visitors to the facility. Complainant was tasked with patrolling the facility, arresting those who violate the law, as necessary, upholding and reinforcing the System rules and regulations, reporting security issues, suspicious and/or unlawful activity, evicting loiterers and disorderly persons. Complainant was required to be courteous and respectful at all times. **[EXHIBIT A- Job Description]**. Charging Party was assigned to Post 2 - Emergency Room Area and Post 4 - Main Building's Entrance/Lobby Area because she was a new officer and those post assignments generally had officers nearby to provide Charging Party (as well as any other assigned officer) with assistance if needed. Relief, in the form of another officer, is required before an officer may leave their post.

Charging Party identified as a Muslim and though she never submitted a written request for a religious accommodation regarding time to pray while on duty, the department had a standing verbal agreement with Charging Party ensuring that Charging Party was relieved from her post to pray. There were multiple officers in Charging Party's department who also identified as Muslim and were also accommodated by ensuring they were relieved to pray as their faith required.

## I.    Charging Party's Internal Complaint

On February 25, 2022 Charging Party sent an email to Chief of Metropolitan Hospital Police, Adrian Melendez ("Melendez") alleging that she had been relieved late for her morning prayer and said she must "pray on time" **[Exhibit B – FAJR Email]**. Charging Party asked Melendez to tell the Tour I commander to relieve her from her post before prayer time so that she could visit the mosque on the 12th floor of the facility to pray "on time." On March 28, 2022 Charging Party again emailed Melendez stating Detective Tacora King ("King") was not able to accommodate her earlier prayer time. On March 29, 2022 Melendez responded to Charging Party's email after a verbal discussion in which Charging Party acknowledged that being relieved late for FAJR prayer

④

Charging Party leaves her post without permission and admitted she had been written up twice for leaving post without permission. Charging Party also alleged that she is prediabetic and said she needs to use the bathroom often but admitted she has never completed a reasonable accommodation request and never provided supporting medical documentation regarding her bathroom use. Charging Party told EEO, during the interview, that she requested a doctor's note but was told by her doctor that no note could be given as she did not have a medical condition that supported a medical note. Charging Party did not seek to include an allegation of failure to accommodate any medical condition in connection with EEO's review.

Charging Party said that on April 9, 2022 she walked off post without being relieved and asserts that Supervising Special Officer Rodriguez, upon discussing her post abandonment told her this, "job was not for her. You have to choose between God and your job." Charging Party then turned in her shield, ID, radio and keys but when asked if she was resigning said she was not. Charging Party never made any allegations regarding gender, sex or retaliation during her EEO interview.

On August 10, 2022, prior to the conclusion of EEO's internal investigation the System's Office of Legal Affairs received the instant charge. As per the System's EEO policy when an external complaint is filed while an internal investigation is pending and the external is based upon the same allegations that comprised the internal, the System's response will be to the external complaint [**Exhibit C- System EEO Policy**]. As such there was no determination issued for Charging Party's internal complaint.

## II.    The System Granted Charging Party's Religious Accommodation Request

Charging Party's statements during her EEO interview reflect that she was provided an accommodation for her religious beliefs. Charging Party admits the department sent her relief as she requested to permit her prayers, however, there were instances where relief was not sent immediately after Charging Party made her request due to the exigent nature of the department's work. As previously explained Special Officers respond to alarms within the facility. If there is an emergency requiring the attention of hospital police it would delay a response to Charging Party's request for relief. Such delays were unacceptable to Charging Party who said "prayers come first." The System provided Charging Party with an accommodation enabling her to pray but Charging Party's expectation that relief should be provided immediately upon her request, regardless of whether there was an emergency requiring hospital police response, was both unreasonable and an undue hardship to the System. The System is required to ensure the safety of its staff, patients and visitors which is the role of Hospital Police. It is unreasonable to expect the System to abandon that responsibility to ensure Charging Party is timely relieved for prayers. Instead, when there were exigent circumstances requiring the response of multiple officers, relief was provided as soon as hospital police could safely send a relieving officer to Charging Party's post.

Melendez said that on April 9, 2022 at 4:33 AM there was a panic alarm requiring response from multiple Hospital Police officers. Melendez was informed that Charging Party abandoned her post, post 4 in the main lobby, after calling central at 4:45 AM seeking relief to pray. Charging Party's scheduled prayer relief time was 5:09 AM. Because all available officers were responding to the panic alarm involving a combative patient there was no officer available to relieve Charging Party. Rodriguez spoke with Charging Party who acknowledged abandoning her post, leaving the post without a covering officer, indicating that she had to pray and God comes first. Charging

Hospital Security Uniform Regulations Hospital Police Officers are to be well groomed as it is an element of professionalism while on duty. The regulations state: Uniforms are to be kept neat, clean and in proper repair. Shoes are to be shined **[EXHIBIT E- Hospital Security Uniform Regulations]**. To ensure Special Officers maintain proper uniform and personal appearance while on duty the Hospital Police Operations Manual dictates that supervisors are to perform inspection at each roll call. The roll call inspection is in addition to the formal inspection that occurs at least twice annually and the uniform locker inspection done to ensure each officer has all required equipment. The System does allow for exemptions from the Hospital Police uniform requires via submission of reasonable accommodation to the Office of EEO for either medical or religious reasons. Charging Party made no such request. Charging Party's assertion that the System intended for her to have a miscarriage when she was told to tighten her belt is not supported by any evidence nor is it evidence of any discrimination.

## V.     Charging Party Never Requested an Accommodation Regarding Bathroom Breaks

By Charging Party's own admission during her EEO interview she never requested an accommodation permitting the additional bathroom breaks she said required. During that interview Charging Party's also admitted that when she asked her healthcare provider for a medical note to support an accommodation request for bathroom breaks she was told by her doctor that no note would be provided because she did not have a medical condition that warranted a medical note. Any claim that Charging Party's bathroom breaks were not accommodated is belied by Charging Party's failure to identify a disability that required an accommodation as well as her failure to request an accommodation.

## VI.     Charging Party Was Not Subjected to Age Discrimination

Charging Party alleges that on September 24, 2021 she submitted her vaccine card to Melendez. Charging Party asserts that after submission of the vaccine card, which listed her age and birthdate, she began to receive negative comments about her work performance. The System was under the New York State healthcare workers vaccine mandate and required all staff to be vaccinated against COVID-19 and submit proof of vaccination, if vaccinated outside of the System to the OHS via an online portal **[Exhibit F- September 8, 2021 HR Guidance regarding vaccine mandate]**. If vaccinated within the System vaccination information would be automatically obtained by the System. There was no requirement to provide a supervisor with a vaccination card.

On October 18, 2021 Desantis submitted an incident report documenting Charging Party failing to properly perform her job duties. Charging Party, who was assigned to Post 4 - Main Building's Entrance/Lobby Area, was allowing staff and patients to enter without identifying who they were **[Exhibit G- Hospital Police Statement Form]**. As King tried to instruct Charging Party Charging Party walked away from her and stood several feet from the post and continued failing to check anyone. Desantis noted this was an everyday occurrence with Charging Party and that he had, on several occasions, attempted to explain the post responsibilities and job functions but Charging Party failed to correct her behavior. Desantis opined that a return to academy for retraining may be necessary.

Charging Party, throughout her employment with the System, was deficient in her performance as a Special Officer. Charging Party's work performance was evaluated after six months; Charging

this information to and the System is unaware of any such disclosure. Charging Party also states that she met an unidentified person who took the Hospital Care Investigator (HCI) civil service exam and was number 586 on the list for the HCI applicant pool. Charging Party claims her own list number was 604. Charging Party states this unidentified person was hired in March 2022 and believes she should have been called from the list for the HCI role March or April 2022 but was not because she disclosed her pending discrimination lawsuit against a former employer. Charging Party alleges that not being called from the HCI list was an act of retaliation for having engaged in the protected activity of filing a discrimination suit against her former employer.

Even as alleged by Charging Party the System hired her after she allegedly disclosed her pending discrimination lawsuit against her former employer disputing any claim of retaliation. In regards to the HCI role, an HCI applicant pool was held on February 17, 2022. Applicants who attend the pool are interviewed on site for the position for which they were invited to interview. Charging Party was invited to the February 17, 2022 11:00 AM HCI applicant pool via email on February 3, 2022 using Charging Party's self-provided email address [**Exhibit K- Applicant Pool Interview Invitation**]. Charging Party failed to report to the pool and thereafter did not request to be restored to the HCI list. To date Charging Party has not contacted the System about restoration to the HCI applicant pool. Charging Party's failure to report to the pool and failure to contact the System regarding the HCI pool invitation has precluded Charging Party from further HCI pool invitations. The circumstances surrounding the HCI role do not support Charging Party's claims of retaliation.

## CONCLUSION

In summary, Respondent submits that Charging Party was not discriminated against on the basis of age, sex or religion nor subject to retaliation.

The System accommodated Charging Party's religious accommodation request to the extent operationally permissible. Charging Party's expectation of immediate relief upon request was not feasible or reasonable given Charging Party's role as a special officer and the obligations of the Hospital Police department. The department was required to respond to exigent circumstances that were unpredictable and that response could not be abandoned to ensure Charging Party was provided post relief on request. In addition, as described above, Charging Party's work performance was deficient; there are numerous business records including two performance evaluations, an incident report and statements made by Charging Party herself as evidence of her deficient work performance.

If any additional information is necessary please feel free to contact me at (917) 848-3928 or stephanie.siaw@nychhc.org.

Respectfully,

*Stephanie A. Siaw*

This letter dedicated to **John G. Roberts, Jr., Chief Justice of the United States,** Associate justice of supreme court of America, Associate Justice Clarence Thomas, Associate Justice Samuel Alito, Associate Justice Sonia Sotomayor, Associate Justice Elena Kagan, Associate Justice Neil Gorsuch, Associated Justice Brett Kavanaugh, Associate Justice Amy Coney Barrett , Associate Justice Ketanji Brown and  the **Chief Judge of the <u>United States Court of Appeals for the Second Circuit</u>, Debra Ann Livingston and 2ⁿᵈ circuit of Notice of appeal :**

Supreme Court of the United States
1 First Street, NE
Washington, DC 20543


I want to report race and religious discrimination in the court room at Southern District of New York  and 2ⁿᵈ circuit.
Motion to recuse Judge Aaron denied by 2ⁿᵈ circuit(25-436) dated: On June *when*
11, 2025 *(see page 11, mediation judy moore*
I have 2 cases in  2ⁿᵈ circuit(**25-436 & 16-702**) not able to proceed because *that Allah's Aaron.*
I have to put  the commitment to my religion first. *made frivolous*
*Command should come first*
"but for" 2ⁿᵈ circuit failed to prosecute my **2ⁿᵈ circuit: 16-702** has cause me facing back to back discrimination since 2016 until I have to come forward in 2022 when I was force to leave Islam as my religion in order to keep job at NYC Health+Hospital.

For this reason I need to recuse  6  judges biased, prejudice who made frivolous judgement, Undermining my religious belief and my religious commitment  on sacred  religious belief commitment my Shahadah commitment on "Allah first" in 2 different cases at 2ⁿᵈ circuit.
**2ⁿᵈ circuit;(25-436), 2ᴺᴰ CIRCUIT;(16-702)**

**Judge Aaron and Judge Furman violated my rights under fed 15(a)(2) as prose I should give rights to "Free to amend" without Judge Interference when my rights was violated when Judge Aaron on January 10, 2025 asking to withdrew from my amended complaint meaning my rights "free to amend" was restricted when I was told by judge Aaron to go downstairs to open separate lawsuit with NYPD city of New York when Judge Aaron said NYPD case was unrelated and Judge Aaron said  in order expedite the case I should open separate lawsuit with NYPD.**

**Judge Aaron said his previous position to help prose like me . but I believed "but for" my protected activity having lawsuit with NYC Health+Hospital and Department of homeless shelter has cause me**

*ME*

*if He reject  He need to reject with*

*g officer true protected verbally true protected activity true reason of true officers refuse to serve me under VI title civil right 1964*

denied to filled the police report twice when I was denied to filled police report. The city of New York has violated my rights under title VI civil right 1964 " but for" my race, religion and protected activity received NYPD to filled Eviction complaint( September 19, 2025 & Islamophobic complaint slur incident On August 24, 2024).

*refuse me*

Judge Furman biased , prejudice failed to recused himself "but for" my race and religion  Indonesian American and muslim denied my first amended complaint requested to the court, Docket 32 when I need to disclosed the most important material to add my race as Indonesian and need to add sexual harassment was denied to filled "but for" my protected activity I am less protected from sexual harassment and hostility working environment when the internal working environment filled in March 2014 not filled directly to HR instead I have to filled with the third party, non starwood hostility working environment complaint. Because but for my protected activity I was denied to filled any hostility working environment complaint. *To Union Square HR internal see page 6.*

*BY HR* *→ To Filled* *HR internal BY STARWOOD*

I need to Recused: Judge Aaron, Judge Rochon, Judge Furman,
Judge Raymond J. Lohier,Jr.,
Judge Susan L. Carney
Judge Myrna Perez

*which similar w/ 25-436 " But For"*

Motion to Recuse  Judge Aaron on Docket 79, Docket 71 was rejected by Docket 80 and  I appealed to   2nd circuit case # 25-436 was denied again by 2nd circuit On June 11, 2025

*my protected activity cause me less protected BY police.*

Southern District of New York and 2nd circuit  force me to leave Islam as my religion by denied my recusal judge Aaron who undermining my religion on January 10, 2025 when I asked "Allah first or Judge Aaron " on Docket 79 and On docket 80 Judge Rochon *should* said "Judge Aaron first" and 2nd circuit judges join to be

*ALLAH FIRST Stand alone should Be associated this Continued cu/ any thing*

*Apling Extremely Apostasy of Islam as my religious belif Becaull In Islam*

biased, prejudice judges by denied to reply on my religious accommodation and made frivolous judgement on my religious values as trivial matters on their judgement on my
2nd circuit case # 25-436

All of these Judges should be ashamed and I hope supreme court Justice will not underestimated to recused these biased, prejudice judges who wasted my time, my energy and tax payers money in order to be impartial but now I just put my hope in Allah only and the last door I am going to knock is supreme court Justice of America

My Docket 79 and Docket 71 denied by 2nd circuit (25-436) on June 11, 2025.

I need the answered for my rights under title VI civil right 1964 who let these biased, prejudice judges stand on the bench and I am asking supreme court justice united states of America to serve my rights under Religious Freedom case under Groff v. DeJoy, 35 F. 4th 162, 166 (3d Cir. 2022) should apply to everyone, every citizen regarding of their race, religion, ethnicity, protected activity, their status I.E homeless, etc and I wanted the law of supreme court united states was applied to every one and should be allowed binding to the law Supreme Court Justices are bound by 28 U.S. Code § 455 when the prose party have rights to recused the judge when she or he believed the judge cannot reasonably do impartial on her or his case "BUT FOR" MY RACE AND RELIGION AS INDONESIAN AMERICAN MUSLIM.

Currently both court Southern District of New York and 2nd circuit denied my religious accommodation when I asked the Southern

District court of New York whether "Allah first" or "Judge Aaron first" on Docket 79 and Docket 71 the court said "Judge Aaron first" and 2nd circuit keep rejecting my appealed striking from the docket since February 2025 and keep forcing me to engage with Judge Aaron presiding. For this reason I am asking the Supreme Court Justice Of America to intervene with my case and request for summary judgement and recuse all judges who undermining, made frivolous statement when I asked the court Allah first and Judge Aaron first and the court said Judge Aaron first.

Southern District of New York and 2nd circuit force me to leave Islam as my religion in order to proceed with my  case when I was asked the court regarding recusal Judge Aaron  whether "Allah first" or Judge Aaron first and the both court stated that "Judge Aaron first" this statement extremely infringement my religious belief in Islam because Allah first is considered the sacred, testimony of my faith which should not be associated anything else and Allah first should be and always stay alone without association or less value with Judge Aaron first  which for sake of my religious belief  to stay as Believer to keep Islam as my religion I had to asked the Supreme Court Justice of America to handle my case when the religious Freedom on  the recent Religious Freedom case under  Groff v. DeJoy, 35 F. 4th 162, 166 (3d Cir. 2022) to accept my rights under title VI civil right 1964.

2nd circuit and Southern District of New York exclude my rights to seek justice on my 2 discrimination case at 2nd circuit not able to prosecute 2nd circuit "BUT FOR" I HAVE TO PUT MY COMMITMENT OF MY RELIGION (25-436 and 16-702) did not apply to me  "but for" My race as Indonesian and Muslim woman.

Me, Myself and Mr. Groff have the same intention of believed what God revealed to him in Bible  and What Allah revealed to me in Qur'an and the Prophet Muhammad peace be upon him mentioned on the hadith when the law just apply to him(Mr. Groff) but not for me because he is white and he is Christian when Mr. Groff belief that  he should not force to work on Sabbath and I am not supposed to leave Islam as my religion in order to work at NYC health Hospital on April 9, 2022 and Proceed with the case at Southern District of New York and 2nd circuit  after January 10, 2025 when all of them ( NYC Health+Hospital,

**City of New York( Defendant) , Southern District Court of New York, 2nd circuit)** asking to leave Islam as my religion by forcing to accept Judge Aaron to proceed with my case regardless he was biased, prejudice and the court push me to leave Islam as my religion  and I refuse and **currently I choose Islam is my religion** and  "**Allah first**" to be serve  my best priority when in Islam religion the purpose of life to **worship Allah alone with associated partner with anything  Else** whether job, Judge and **Allah is the first to be serve in order to stay to be Muslim.**

I submitted the appealed to 2nd circuit on February 25, 2025, 2nd circuit:25-436 and I submitted all the require forms more than 3 times but my case was under strike order many time and according to Case Manager at 2nd circuit the homeless litigant not allowed to filled the complaint at  2nd circuit but I have been homeless because I lose the job because of  job discrimination.

 I received Judgement  from 2nd circuit and Judge Aaron biased, Prejudice still presiding my case  and I already provide the verse from the Qur'an and Hadith the reason of my recusal of Judge Aaron but Southern District of New York insulted Islam as my religion when Southern District of New York undervalue of the Qur'anic verse and the hadith verse and Overrule to recusal Judge Aaron  now I need the supreme court Justice united states of America to intervene for my behave in order for me to received Justice. I believed the court should help me to take me out from mistreatment injustice from 2nd circuit who failed to address my discrimination in the court house     when the court discriminating my rights on  religious freedom law did not apply to me because of my race: Indonesian and My religion : Islam when my rights was differ than Mr. Groff on religious Freedom under Groff v. DeJoy, 35 F. 4th 162, 166 (3d Cir. 2022) the law just apply to Mr. Groff because he is white Christian  and  now  my appealed to recuse Judge Aaron was not address properly by 2nd Circuit when Southern District disgrace my religious belief when I was provide the reason my recusal Judge Aaron "but for" his action infringement to my religious belief by Providing the Qur'an verse and the Hadith which was the most guidance in Islam But Southern District reply  the overrule my recusal with defense by using case brief from another case brief made less value of the Qur'an and the Hadith. This is infringement of my religious belief when the Southern District court undermining the holy book Qur'an and the Hadith when I asked the

from Human (OTHER Judge decision) and Undermining Qur'an and Hadith work as less important than that Case brief

Southern District of New York "Allah first" Or "Judge Aaron first" and the court said "Judge Aaron first".

I believed Judge Rochon also biased, prejudice and should be recuse from my case when I gave her the recusal Judge Aaron related to my religious belief by providing the verse from the Qur'an and hadith but she answered with case brief from another judge I.E human Judgement when she also considered ridiculed and undermining my religious belief when the Qur'an and the Hadith is my guidance as Muslim but anyway Judge Aaron should not undermining the religious belief principle of my testimony of my faith, Shahadah on "Allah first" on off record conference that considered intentional to mischief and also both  Judges denied my religious accommodation( See email request religious accommodation sent  to Judge Aaron emailed) when they( Both Judge) have  acknowledgement that I need half hour recess prior prayer time but on October 2, 2024 the conference was held right half hour prior my prayer time (3;30 pm) and my prayer time was at 4:00 pm but I did not  said nothing because both judges wanted me to say something so they will delayed my case more further but I am as homeless woman struggle living on the street but both judges deliberately removed ADA & Retaliation from my case when See Docket 72 and See Docket 76 when I request for Explanation why my ADA& Retaliation claim was removed and My Docket 65 was amended to Docket ECF 1 which I believed both Judge intentional to mischief to copy Judge Furman tactic by accusing me amended complaint more than once but the facts I came to fixed typographical error but according to Docket 86 the defendant said I had amended complaint more than 3 times. See Docket 86
2nd circuit; 25-436

*Testimony on my religious belief*

**Southern District of New York  has made the Qur'an verse and the Hadith verses was less superior than Human law** because Qur'an was the word of Almighty and Judge Rochon comparing Qur'an with another case brief and **comparing the case briefs was more valuable than Qur'an Verse**  on my religion and decide **judge Aaron not to be recuse as Southern District Court priority** because as Judge, **Judge Aaron should not made frivolous statement about the prose religious commitment** and it's a sin to listen to his ruling when he already made fun on my religious commitment and I am indeed really offended by January 10, 2025 incident was outrageous **especially when Judge Aaron recite the word "Allah it sound mockery on "Allah first"** Judge Aaron  denied the wrongdoing because Judge Aaron was phony and fake, biased, prejudice, I swear under the name Of Allah who  wallahi Judge Aaron recite ;"Alah..... defense counsel laugh on my religious commitment on "Allah first" he  did that to me and I was offended and I cannot except Judge Aaron action he definitely biased, prejudice and as Muslim I must follow Qur'an and the Hadith and  it's Almighty word and must above and precious than humans word and the hadith because indeed judge Aaron undermining my religious beliefs on January 10 2025 when judge Aaron recite the word "Allah...... and said supreme court did not binding to any religious doctrine and judge Aaron order the defense counsel no need to reply my  discovery on Allah first it's sin for me to sit in his court room.

<u>**Material cannot be dispute Judge Aaron & Judge Rochon Manipulative, Biased, prejudice undermining my religious belief  needed to be recuse from my case and request summary judgement**</u>

There is material cannot be dispute that Judge Aaron biased, prejudice and Manipulative when Judge Aaron trying to ignored the evidence which already establish to the case I.E with intentional, Malicious, Fraud to mischief on **"Allah first"** mentioned **EEOC position statement** during my discharge I mentioned "God First" in Islam "Allah first"."**( See Respondent EEOC Position Statement, Page 4, Page 5).**

<u>**Material cannot be dispute Judge Aaron Manipulative, Biased, prejudice by breach his judicial interest when his integrity should be material he must be recuse from my  case  by giving false statement on Docket 64, Docket 70 and Docket 75**</u>

Judge Aaron give false statement on **Docket 64, Docket 70, Docket 75** when Judge Aaron said I was asking him to withdrew from my amended complaint, Docket 65 but the facts It was Judge Aaron asking me to withdrew from my amended complaint  so he will expedite when he said to me withdrew from amended complaint, docket 65 in order

for him will expedite the case but the fact he did not expedite the case and the discovery already reserve on **Docket 53** to Add City of New York added as defendant.

**The first discussion on January 10, 2025** ~~Conference~~ Judge Aaron said "where is your amended complaint" and I said I did submitted on January 6, 2025 prior midnight and judge Aaron said NYPD case unrelated is not employment Material cannot be dispute Judge Aaron and Judge Rochon Manipulative, Biased, prejudice, Malicious, Fraud had deliberately to accesed to hold my timely amended complaint (Docket 65) to submitted to ecf the docket when my docket 65 was received by prose unit on January 7, 2025 by trying to postpone the submission to the docket "but for" Both Judge Aaron and Judge Rochon Intentionaly to delay the case in order the defendant no need to answer my summary judgement as per Judge Rochon promise me on Docket 60 the First summary Judgement will be considered after I was amended the complaint.

Material cannot be dispute that Both Judge Aaron and Judge Rochon manipulative intention to mischief to destroy, change, tampering the evidence which my timely Docket 65 was on hold submitted to the docket and when on January 10, 2025 the first discussion Judge Aaron discussed in the court room that the court did not received my amended complaint asking me to withdrew from my amended complaint because Judge Aaron said "non related" but I Believed it was related "but for" my protected activity, Race & Religion as Indonesian American verses Black Islamophobic American and My religion :Islam verses Black Islamophobic, Non Muslim and the city of New York NYPD service should apply to every one regardless their race, religion and protected activity.refused me to filled Islamophobic complaint considered Racial & Religion profiling & Protected Activity when the officers mentioned

w then

when I was denied to filled Islamophobia slur incident complaint because my race & Religion profiling and protected activity when the way I was dress was represent my race: Indonesian American and represent my religion as Muslim woman wearing the hijab when the City of New YOrk NYPD officers denied the service but for My race and religion, My protected activity having lawsuit with NYC health+Hospital and DHS when I went to CCRB to complaint about the city for New York of NYPD officers misconduct my complaint was denied by CCRB "but for" Race & Religion my protected activity

when . Judge Aaron intentionally tampering my docket 65 alteration to Docket 67 when Judge Aaron aware that Docket 67 was attachment letter send to Judge Rochon when I sent her the letter right after the conference ended on January 10, 2025 because on off record statement Judge Aaron told me that only defendant allowed to have summary Judgement and Judge Aaron aware that Docket 67 was only content 9 pages "but for" Judge Aaron intention to mishchief when

according my investigation when I went to record department Room 370 I found out the pro se unit received and stamp my amended complaint, Docket 65 on January 7, 2025 meaning should be submitted at least 2 days after and should be received by the court by January 10, 2025 when Judge Aaron intention was to trying to destroy, change, tampering the evidence by having access to hold my timely amended complaint submitted to the court

Judge Aaron intention was to trying to destroy, change, tampering the evidence by having access to hold my timely amended complaint submitted to the court

Material cannot be dispute Judge Aaron and Judge Rochon Manipulative, Biased, prejudice by breach his judicial interest when his integrity should be material he must be recuse from my case Judge Aaron intention was to trying to destroy, change, tampering the evidence by having access to hold my timely amended complaint AND CHANGE MY DOCKET 65 TO DOCKET 67 WHEN HE WAS AWARE THAT there is no consent statement that I need to change Docket 65 to DOCKET 67 which Judge Aaron aware that Docket 67 ONLY CONTENT 9 PAGES AND Judge Furman ALTER MY AMMENDED COMPLAINT WITHOUT MY CONSENT is considered intentional to mischief AND MADE ME I HAVE TO AMMENDED THE COMPLAINT TO FULL PAGES AGAIN WHEN Judge Aaron has acknowledgment Docket 67 Missing:

- **EEOC original complaint**
- **EEOC POSITION STATEMENT**
- **EEOC REBUTTAL STATEMENT**
- **MY VERSION OF JOINT LETTER SUBMITTED ON 05.06.2025**
- **MY DISCOVERY FILE(INTERROGATORIES,REQUEST PRODUCTION, REQUEST ADMIT)**
- **All email evidence and exhibits support to the complaint** *not able smoothly filled to ECF Docket*

FROM THE DOCKET SEEMS LIKE MY AMMENDED COMPLAINT 3 TIMES BUT THE FACTS MY AMMENDED complaint,Docket BEING HOLD AND Made me have to explained that I submitted timely and made MODIFY MADE ME HAVE TO REPLACE AGAIN WITH FULL PAGES AGAIN ( DOCKET 77).

WAS SUBMITTED PRIOR THE CONFERENCE JANUARY 10, 2025 BUT THE FACT DOCKET 64( RESERVE FOR JANUARY 10, 2025) WHEN DOCKET 65( MY AMMENDED COMPLAINT) WAS ON HOLD IN ORDER TO AVOID DISCUSSION OF SUMMARY JUDGEMENT WHEN JUDGE ROCHON PROMISED ME ON DOCKET 60 , THE SUMMARY JUDGEMENT WILL CONSIDERED AFTER FILLED AMMENDED COMPLAINT FIRST BUT WHEN I SUBMITTED MY AMMENDED COMPLAINT THE JUDGE AARON ASKING ME TO WITHDREW FROM THE CASE *my* TRYING TO HOLDING THE CASE FOR SUMMARY JUDGEMENT

Judge Aaron give manipulative statement on Docket 64, 70 and Docket 75 that I was requested to removed my amended complaint, Docket 65 from the case but it was Judge Aaron statement who asked me to withdrew from my docket 65, amended complaint when he told me "but for" the court did not received my

*amended Complaint ↓ Docket 65*

amended complaint on docket 65 and judge Aaron asking me  to removed my amended complaint , docket 65 in order to expedite the case but he did not expedite the case because the discovery still due according to docket 53 I.E already reserve for City Of New York as defendant according to Docket 72 when the defense counsel not able to submitted the discovery on  Docket 46 the court had been given extension to the defense counsel to delayed answering  my discovery and judge Aaron on January 10, 2025 verbally during conference and said   to me  my amended complaint ,unrelated but for me,it is related to my protected activity

*↙ nocket 65*          *↙ Believed*

**For this reason  I requested Supreme court justice of America to Recuse all of these judges who biased, prejudiced include 2nd circuit Judges who biased, prejudice which undermining,  under estimate, trivial matters on my recusal  Judge Aaron who undermining, made frivolous statement judgement on the most sacred testimony on  my faith, shahadah in "Allah first" which considered the first pillar of testimony of Islamic religion and 2nd circuit Judges biased, prejudice made frivolous judgement and  had considered my testimony of my faith as trivial matters.**

**For this matter I request summary judgement Request summary Judgement & Request religious accommodation for both 2nd circuit cases (25-436 &16-702)**

**I am asking to Supreme court Justice of America not to denied my rights under title VI civil rights 1964 had been violated by these  Judges for these reason I pray under the name of Allah who the most merciful and the most Exalted all of these Judges who undermining the testimony of my faith should be recused and removed from the bench regardless how good they**

**are but once their biased, prejudice has cause my rights as prose in the court room violated to seek justice when my religious values should not be mocked, made frivolous judgement when Judge Aaron during conference on January 10, 2025 when Judge Aaron started to recite "Allah... "Supreme court Justice did not binding to any religious doctrine" Judge Aaron reply after defense counsel, Rodalton Poole mentioned when he said :**

<u>**During off record settlement conference, January 10, 2025**</u> **Judge Aaron and The defense counsel, Rodalton Poole made frivolous statement of my religious belief Shahadah, testimony of my faith on "Allah first" when the defense counsel, Rodalton Poole told Judge Aaron with smile on his face and said:**

> *The funny things is when I read Miss Febrianti her discovery statement on **"Allah first"** and NYC health+Hospital did not binding to testimony on her religion belief on "Allah first"*

## On January 10, 2025 Judge Aaron during off record settlement conference started recite:

> *"Alah...... Supreme court united states of America did not binding to any religious doctrine"*

**Judge Aaron said to defense Counsel, Rodalton Poole:**
> *"You don't need to reply on that", "You don't need to admitted"*

Qur'an Verse: 4:140:

*He has already revealed to you in the Book that when you hear Allah's revelations being denied or ridiculed, then do not sit in that company unless they engage in a different topic, or else you will be like them.¹ Surely Allah will gather the hypocrites and disbelievers all together in Hell.*

The Hadith: *Abu Hurairah (May Allah be pleased with him) reported: The Messenger of Allah ﷺ said, "No Salat is more*

*burdensome to the hypocrites than the Fajr (dawn) prayer and the 'Isha' (night) prayer; and if they knew their merits, they would come to them even if they had to crawl to do so".*

Qur'an: verse 5:3

Today the disbelievers have given up all hope of ΄undermining΅ your faith. So do not fear them; fear Me! Today I have perfected your faith for you, completed My favor upon you, and chosen Islam as your way.

Qur'an : 3:118

O believers! Do not associate closely with others who would not miss a chance to harm you. Their only desire is to see you suffer. Their prejudice has become evident from what they say—and what their hearts hide is far worse. We have made Our revelations clear to you, if only you understood.

**Please do not denied request religious accommodation to let me have good connection with Allah because it's a sin to sit in Judge Aaron and Judge Rochon court room when I asked the SDNY whether "Allah first" or "Judge Aaron first" they said "Judge Aaron first".**

**I swear Under the name of Allah who most merciful, The most exalted that I am telling the truth**

**Both my case rejected and failed to be prosecute by 2nd circuit "but for" I have to put my Religious commitment first when I have to serve Allah first ( 25-436), recuse Judge Aaron who undermining my religion under estimated, denied , made frivolous Judgement on my testimony of Shahadah denied by 2nd circuit The most sacred testimony on my faith "Shahada" on "Allah first" .**

**2nd circuit (16-702) My first amended complaint was denied( Docket 32) and I choose the commandment of my faith to serve my mother first( 16-702)instead amended the complaint, my amended complaint, Docket 32 was denied by Judge Furman which considered Docket 45 ex parte communication judgement without my amend complaint.**

**My 2nd circuit case( 25-436 and 16-702), both cases failed to be prosecute when the 2nd circuit & Defendant has challenging me to choose between the commitment of my Faith, Shahadah in Islam** *and proceed with the case → Religious values*

**I must be sacrifice in order to be proceed with my case but I choose to Islam as my religion by followed the commandment of Allah was more priority for me for this reason I am asking the supreme court united states of America not denied my rights under title VI civil rights 1964 to handle with my case for religious freedom rights in the court room "but for" all these judges was biased, prejudice shame on these judges.**

**Allah first as my first choice (2nd circuit:25-436, Allah first verses Judge Aaron first) and (2nd circuit :16-702 my Mother first to be serve Verses instead of amended the complaint.**

*2nd Circuit 16-702*

**Docket 32 was the first amended the complaint requested by me to the court and docket 32 was**

denied by Judge Furman "but for" Judge Furman who biased, prejudice failed to recuse himself "but for" my race and my religion, Indonesian American and Muslim and Judge Furman Jewish had granted the starwood worldwide summary Judgement when there are many material dispute on the case and on the same time Judge Furman denied me to amend the complaint and considered docket 45, Judge Furman final judgement on my case considered "EX PARTE COMMUNICATION JUDGEMENT " WHEN THIS JUDGEMENT WITHOUT MY AMMENDED COMPLAINT AND MY FIRST REQUEST AMENDED COMPLAINT, DOCKET 32

Fundamental Based on Qur'an. and. Hadith

In Islamic faith to serve the parents is the commandment of the religion was the third priority after serving Allah first, Prophet Muhammad Peace be upon him is the part of my religious belief that in Islam to be dutiful to parents is the part of Islamic religion.

Southern District of New York & 2nd circuit denied my rights under title VI civil rights 1964 force me to leave Islam as my religion in order to proceed with my discrimination case when I was asked SDNY and the 2nd circuit court regarding recusal Judge Aaron on Docket 79 and Docket 71 whether "Allah first" or "Judge Aaron first" and Judge Rochon ORDER AT DOCKET 80 at Southern District of New York stated that "Judge Aaron first" which this statement extremely infringement my religious belief when in Islam, "Allah first" one of the first pillar is considered the first fundamental statement in Shahadah.

The first and foremost fundamental component of Islam is the faith called "Shahadh". It is the proclamation of that "no one has right to worship except one (Allah) and the Muhammad (PBUH) is the messenger of ALLAH. which for sake of my religious belief to

**stay as Believer to keep Islam as my religion I have to asked the Supreme Court Justice of America UNDER TITLE VI CIVIL RIGHTS 1964 TO SERVE ME AND to intervene for my injustice CASE to handle my case when MY CASE WAS HANDLE BY BIASED, PREJUDICE WHO DENIED MY RIGHTS FOR the religious Freedom IN THE COURT ROOM**

the recent Religious Freedom case **under Groff v. DeJoy, 35 F. 4th 162, 166 (3d Cir. 2022)** did not apply to me **"but for"** biased prejudice judgeS in 2nd circuit AND SOUTHERN DISTRICT OF NEW YORK

I believed I had been denied my rights under Title VI civil rights 1964 when my case was denied to appealed by 2nd circuit and stricken order more than 3 times since February 25, 2025 and the recent 2nd circuit Judgement dated On June 11, 2025 was biased, prejudice , under estimate, made frivolous judgement of my religion fundamental on the testimony of my faith, SHAHADAH ON "ALLAH FIRST" as trivial matters to judges and my religious freedom at 2nd circuit and SDNY court was denied when My race as Indonesian and Muslim woman has cause my religious freedom rights in the court failed to be accommodated and my summary judgement was denied by 2nd circuit when there was no material dispute on the case which EEOC position statement was the prove there was no material cannot be dispute on my case but Judge Aaron told me his intention was to dismissed the case when he said **" I want to dismissed the case but I can't"** when Judge Aaron breach his judicial conduct and breach his integrity giving false statement about something I did not said on Docket 64, Docket 70 and Docket 75 but all of these I found out after he was already recuse for undermining the word of Allah ON JANUARY 10, 2025 when I went to check my record on room 370 I found out Judge Aaron should removed from the bench by made false statement about something I did not said during conference.

when my case in **2nd circuit in 2016(16-702)** Judge Furman biased, prejudice "but for" my race and religion as I am as Muslim Indonesian American and Judge Furman is Jewish when he was granted summary Judgement for Starwood worldwide within a year( **JANUARY 2015 – FEBRUARY 8, 2016)** when there are many material dispute on my case when Judge Furman said the duty to the court not to rewrite the case but he denied my first amended complaint requested to the court on docket

32 .

My case 2nd circuit(25-436) had been filled since July 2023 when there was no material cannot be dispute on the case and Judge Aaron had been undermining my religious belief since July 2, 2024 when he made mockery of Testimony of Allah first during off record settlement when he said my case will delayed for 5 years and when the testimony of my faith on "Allah first" only worth $5000. His statement was the most infringement of my religious belief because the value of "Allah first" in my religion was cannot be valued to worldly life as per I was explain on **the Hadith on Docket 73** that "Allah first" VERSES THE WIFE OF PHAROAH WHEN SHE CHOOSE to be stone to Death INSTEAD give out the "Allah first" statement to Phaorah.


**Judge Aaron said he will followed the footstep of Judge Furman who biased, prejudice & Judge Aaron has breach his judicial conduct "but for" his purpose was to dismissed my case not to find the discrimination and Judge Aaron said I am in the wrong court and his jobs was to threw the case out of the way**

Judge Aaron said on off record July 2, 2024 he brought the jury to the stand when my court rule is bench trial . Judge Aaron said my testimony of faith on "ALLAH FIRST" only worth $5000 when he said this $ 5000 just the favor from the court because soon or later the court will dismissed the case and I will end up like my case in 2016 but my case in 2016 was not able to proceed because Judge Furman biased, prejudice has cost my rights under fed 15(a)(2) had been violated when my docket 32 the first amended complaint request to amend was denied , Docket 32 was denied by Judge Furman biased, prejudice and I was shocked on Docket 45 when Judge Furman granted the Starwood Worldwide summary Judgement when there are many material dispute on the case but Judge Furman biased, prejudice denied my rights under fed 15(a)(2) without allowed me to amend the complaint when Docket 32 was the first amended complaint requested to the court.

I need to disclosed the most important material which by adding Indonesia as my race will change the entire case. *Ammended Complaint*

My protected activity made me believed I will be fired by disclose my race as Indonesian **( See Docket 55) at my DHR complaint and Southern District of New York complaint** when the reason white eastern european management ( Erica Jackso, white Hungarian and Mariora Sfera, white

Yugoslavian) hired me On June 12, 2005 because **they thought I am Filipino** when Mariora Sfera, White Yugoslavian introduce me to coworkers as Filipino but after my roommate disclose my race as Indonesian I started receive negative working performances, write-ups and  negative comments on my work performance until leading to the altercation when Mariora Sfera called me to the office and she brought union delegate, Vincent Ortega, Dominican Republic when

**Docket 28, the amended complaint request by Judge Furman on Docket 23 was defective "but for" of commitment of my religion Islam** that   my mom was in critical condition need to serve my mother first instead of amended the complaint when Judge Furman denied my the first request to  amended complaint requested to the court when Docket 32 was the first amended complaint to the court was denied by Judge Furman biased, prejudice forever and ever who denied my rights under fed 15(a)(2) which prose should give "free to amend" for justice required when on June 8, 2015( Docket 23) I did not get fired yet by the defendant I cannot put Indonesian as my race on my complaint because I believed by put Indonesian as my race will made me lose my job because the reason I was hired by white management**( Erica Jackso, white, Hungarian and Mariora Sfera, White Yugoslavian)** because they thought I was FILIPINO but after they found out from my roommate that I am indonesian I started to received negative working performance until leading to December 2, 2008 when I filled the 1st racial Discrimination complaint to DHR when I was force to give it out my fulltime Starwood employment to **Dragica Mantovic, white Yugoslavian** who was at the time her position was on called I.E substitute employee meaning she was not constitute as Employee Starwood Worldwide employee.

**For this matter I need to add 2 defendant Union Local 6 and Division Human rights as additional defendant** when Division Human rights should liable for their negligent in 3 section:

DHR failed to prosecute my racial discrimination complaint which cause me constructive discharge on docket 24 , June 19, 2015 as constructive discharge when Mariora Sfera, White Yugoslavian, former white Yugoslavian supervisor disclose my Racial DhR complaint filed on December 2, 2008 failed to prosecute i.e **DHR  dismissed CASE**  has cause her being removed from W union square to W Hoboken AND

DISCLOSE MY PROTECTED TO COWORKERS WHICH CAUSE ME CONSTRUCTIVE DISCHARGE when at the time when the Division of Human rights still investigate my case she did not outrage but after my case was dismissed at Division of Human rights without giving me notice rights to sue

DHR EMPLOYEE WHO TOOK MY COMPLAINT HAS GIVING ME FALSE INFORMATION WHEN I CAME WANTED TO DUAL DEFENDANT COMPLAINT DISCRIMINATION FILLED THE RACIAL DISCRIMINATION AGAINST UNION LOCAL 6, RANDY SULLIVAN, WHITE DUTCH  AND STARWOOD WORLDWIDE , THE LADY WHO TOOK THE COMPLAINT, LEONA LEWIS SAID I NEED TO GO TO NLRB TO FILLED THE DISCRIMINATION AGAINST UNION LOCAL 6 AND SHE ALSO SAID SUE ONE ORGANIZATION AT THE TIME AND SHE SAID LET FINISH WITH W UNION SQUARE FIRST  AND LATER FILLED THE DISCRIMINATION CASE AGAINST UNION LOCAL 6 WHEN DIVISION HUMAN RIGHTS HAS NEVER SENT THE "RIGHTS TO SUE LETTER" ABOUT MY CASE WHICH MADE ME LOSE MY RIGHTS TO APPEAL TIMELY  ON MY RACIAL DISCRIMINATION CASE AGAINST STARWOOD WORLDWIDE WHICH HAS CAUSE ME FACING HOSTILITY WORKING ENVIRONMENT "BUT FOR" MY RACIAL DISCRIMINATION CASE FAILED TO PROSECUTE BY DIVISION OF HUMAN RIGHTS HAS CAUSE ME CONSTRUCTIVE DISCHARGE WHEN MARIORA SFERA DISCLOSED MY PROTECTED ACTIVITY TO COWORKERS BUT FOR MY RACIAL DISCRIMINATION CASE DISMISSED BY DHR

IF MY RACIAL DISCRIMINATION CASE PROSECUTED BY DIVISON OF HUMAN RIGHTS I WILL NOT FACING THE HOSTILILTY WORKING ENVIRONMENT AND I WILL BE TREATED BETTER BUT THE REASON MARIORA SFERA DISCLOSED MY PROTECTED TO COWORKERS ABOUT HER REMOVAL RELATED TO MY DISMISSED RACIAL DISCRIMINATION CASE WHICH CAUSE HER OUTRAGE WHEN SHE SAID TO ME IN FRONT OF COWORKER:

I WAS REMOVED FROM W UNION SQUARE, ARE YOU HAPPY NOW


SINCE THESE STATEMENT I WAS FACING HOSTILITY WORKING ENVIRONMENT FROM WHITE AND NON WHITE COWORKER WHICH EFFECTING TERMS AND CONDITIONS OF EMPLOYMENT WHEN I

WAS FACING DOUBLE ENEMY BETWEEN COWORKERS AND
STARWOOD WORLDWIDE WHEN STARWOOD WO

WHO ALSO WANTED

But I did not recuse him at the time because the case back to Judge
Rochon and on

Judge Furman  brilliant judge and smart but his biasness and prejudice
made cause him denied my rights as pro se under fed 15(a)(2) to give
rights to "free to amend" at least once as justice require.

Judge Furman acknowledgment when there was material dispute on my
case but Judge Furman biased, prejudice had denied my first amended
complaint requested to the court  (docket 32) when Judge Furman stated
on his EX Parte Judgement ( Docket 45) when he said :

*The duty of the court not to rewrite the case*

**But Judge Furman denied my first amended complaint request to the
court Docket 32 when Judge Furman had denied my rights under fed
15(A)(2) as pro se should be give "free to amend" when On docket 36
and Docket 39 Judge Furman biased, prejudice violated my rights as
prose  under fed 15(a)(2) when  Judge Furman restrict my rights
under "Free to amend" when Judge Furman dictated me how to
amend the complain on my free will when Judge Furman stated on
Docket 39 and Docket 36 that :**

*My amended complaint must conjunction to motion
to dismissed*
*If she submit the amended will not be guarantee*

**In Islam the first should be serve is "Allah first" and Prophet
Muhammad peace be upon him and be righteous to parents when the
religion mentioned that**

**Me, Myself and Mr. Groff have the same intention of belief what God
revealed to him in the Bible and What Allah revealed to me In Qur'an
and Hadith Prophet Muhammad peace be upon him that which  it's a**

sin to sit with Judge or person, people who undermining the religion when **the religious freedom law just apply to Mr.Groff and not apply to me and 2nd circuit and SDNY violated my rights under title VI civil rights 1964 when the law was applied to certain race and religion because 2nd circuit biased, prejudice judges denied my rights under title VI civil rights 1964 because I am Indonesian and I am Muslim. My religious as prose litigant should not be mocked, undermining, made frivolous remark in the court room and 2nd circuit had undermining and made my religious values in the court room less important when I was denied to recused from my case when he was recite the word "Allah….." i**

the recent Religious Freedom case under **Groff v. DeJoy, 35 F. 4th 162, 166 (3d Cir. 2022) but not for me because MR. Groff white and Christian** when Mr. Groff belief that he should not force to work on Sabbath and I am not supposed to choose asked to leave the most important commitment of my faith shahada **"Allah first"** and Islam as my religion in **order to work at NYC health Hospital on April 9, 2022 and Proceed with the case at Southern District of New York after January 10, 2025 after Judge Aaron and defense counsel made undermining my religious belief and made frivolous statement about my religious belief of "Shahadah" the most important testimony of my faith** when both ( **NYC Health+Hospital, City of New York( Defendant).**

**Southern District Court of New York & 2nd circuit )** asking to leave Islam as my religion by forcing me to accept Judge Aaron in order to proceed with my case regardless **Judge Aaron and Judge Rochon were biased, prejudice, malicious, fraud by undermining my religion and intention to mischief giving false statement on docket 64, Docket 70 and Docket 75** and on **Docket 72, Judge Rochon intentionally removed ADA and retaliation claim without my consent.**

**on Docket 76 I request the explanation from Judge Rochon regarding Docket 72 order when MY ADA& Retaliation claim was removed without my consent** but **no reply** from Judge Rochon and on the same time I was submitted another amended complaint **on Docket 77 to make sure my ADA& Retaliation claim on the file** and **On Docket 86 Defense counsel said** I was amended complaint 3 times but the facts it was judge Aaron and Judge Rochon inside job trying to mischief undermining **me as prose for inconsistent with my amended complaint**

said

**but the facts Defense counsel understand what really happened when on January 10, 2025 Judge Aaron the court did not received my amended complaint when Judge Aaron said:**

*You should do the amended complaint, we did not received the amended complaint*

I reply to Judge Aaron:

*I did submitted my amended complaint prior midnight On January 6, 2025*

Judge Aaron replied:

*The court did not received it,*

Judge Aaron **who told me to go downstairs to go to prose unit speak to pro bono lawyers to open separate lawsuit with the NYPD when Judge Aaron** my Case against NYPD is unrelated **said "Unrelated"** .

Judge Aaron, Judge Furman and Judge Rochon has breach their judicial conduct under fed 15(a)(2) as Judge should not interfering with my amended complaint by asking me to withdrew from my amended complaint which I already filled timely on January 6, 2025, ( **See Docket 65**).

FED 15(a)(2) as pro se should give rights to **"free to amend"** without Judge Interference asking to withdrew from my amended complaint when On January 10, 2025 Judge Aaron asking me **"where is your amended complaint"** I reply to him I did submitted it on January 6, 2025 and Judge Aaron said **the court did not received my amended complaint** and Judge Aaron asking me to go downstairs open separate lawsuit with NYPD when he said **"unrelated"** and Judge Aaron said his previous profession was to help the pro se litigant like me and Judge Aaron asking to go downstairs to speak to pro-bono lawyers to open separate lawsuit when Judge Aaron mentioned several time **"Unrelated"** but I don't want argue with Judge Aaron in the court room because as Muslim Prophet Muhammad peace be upon him said in the hadith:

**Do not Argue with people you will the value of yourself**

Until the conference came to the point when Judge Aaron asked his assistant Katherine Lopez :

### *Off Record Now*

**Judge Aaron started discussed the discovery on off record and Both Judge Aaron and defense counsel, Rodalton Poole undermining, ridicule, undermining and made frivolous statement on my testimony of my faith, Shahadah on "Allah first" which this evident already establish since EEOC position statement:**

**According to Docket 86** the defense counsel said I was amended the complaint 3 times when I just trying to protect my case to be mischief by Judge Aaron and Judge Rochon who alter, tampering with my complaint when Docket 66 indicated that my Docket 65 was replace by Docket 1 and again to Docket 67(9 pages) replace by Docket 65( 212 Pages) and **on Docket 72 My ADA & retaliation was removed. The order , docket 72 to the defendant without ADA & Retaliation claimed.**

on Docket 80, Judge Rochon reply that the Qur'an verse on Docket 79 and Docket 71 were "**not easy for her to decipher"** and both court push me  to leave Islam as my religion  and force me  to engage with Judge Aaron in order to seek justice on my discrimination case and on the same time I **need to recuse Judge Rochon too** by undermining the word of Qur'an and the hadith was less value than case brief when she replied on Docket 80  the denied recusal with the human verse I.E case brief from another judgement from another court but my case was different because Judge Aaron has breach his judicial conduct and his role as judge should not undermining the prose litigant religious belief as insult and made frivolous statement  and **currently I choose Islam is my religion** and "**Allah first**" to be serve  my best priority when in Islam religion the purpose of life to **worship Allah alone with associated partner with anything Else** whether job, Judge Aaron and **Allah is the first to be serve in order to stay to be Muslim.**

# Judge Aaron and Judge Rochon has violated the judicial conducts by misrepresent the material evidence to the court  (Undermining my religious belief on January 10, 2025  and Fabricating false

statement on Docket 64, Docket 70, Docket 75) &
Judge Rochon( Order 72, Judge Rochon removed
ADA & retaliation from my complaint without my
consent), Judge Rochon did not reply my docket 76
and on the same time I submitted new amended
complaint Docket 77 to prevent my case will be
mischief by judges(ADA & Retaliation was removed
without my consent) and On docket 86 the defense
counsel, ROdalton Poole said he was confused the
same tactic with Judge Furman and Starwood defense
counsel, David E Cassidy on my defective in 2016
which my discrimination  failed to be prosecute "but
for" docket 45, EX parte judgement without my
amended complaint because of Judge Furman and
defense counsel, David Cassidy who accused me that
I was amended the complaint more than 2 times but
the fact docket 32 was the first amended complaint I
was requested to the court when I was denied the first
amended complaint ( Docket 32) when I was false
accuse amended the complaint more than 2 times   to
made me incompetent as prose but the facts there
was no amended complaint had been filled and Judge
Furman and defense counsel, David Cassidy who both
Jewish trick me because of I am Indonesian Muslim
and nobody believed in me because I just a prose and
this trick has cause me injustice in years and Judge
Furman should recuse himself if he was not able to
proceed impartial on my case when on Docket 55
Judge Furman said he did not offended by
"Skapegoat" because this "Skapegoat" was
represents my protected activity in my working

environment, I never have intention to hurt Judge Furman misunderstanding if Judge Furman he was not offended meaning Judge Furman was biased, prejudice when he denied my rights under fed 15(a)(2) it's mischief to denied my rights as pro se under fed 15(a)(2) as prose should be given rights to "Free to amend" as justice require when Judge Furman aware Docket 32 was the first amended complaint requested in writing to the court.

2nd circuit 25-436 , On Docket 86, defense counsel, Rodalton Poole said  he was confused but it's tactic to made me incompetent as pro se trying to made my case like defective in 2016 against Starwood worldwide when my case failed to be prosecute because I was denied the first amended complaint, Docket 32 to the court.

(2nd circuit 25-436)on January 10, 2025 when Judge Aaron and Defense counsel, Rodalton Poole undermining my religious belief and giving me  false statement on Docket 86 and accused me inconsistent with my amended complaint was amended more than 3 times but defense counsel, Rodalton Poole Understand what had been going on when on January 10, 2025 because I always stern to my amended complaint, Docket 65 to add city of new York as defendant and it was proved Judge Aaron has breach his integrity as judge when he fabricated misrepresents and giving false statement something I

did not said to the court as court judgement . who let him stay on the bench.

Judge Aaron has breach his integrity as judge when his bias and prejudice asking me to withdrew from my amended complaint, Docket 65 and I never said I wanted  withdrew to add City of New York as defendant and I never said it's unrelated it was judge Aaron statement when he was asking me to withdrew from my amended complaint, Docket 65 when Judge Aaron asking me to go downstairs to speak to pro-bono lawyers when Judge Aaron said his previous job was to help the prose litigant like me and Judge Aaron asking me to open separate lawsuits because Judge Aaron said NYPD case is unrelated when he said in order to "Expedite" the case I must withdrew from my amended complaint, Docket 65 but I believed it is related my protected activity of having lawsuit against NYC Health+Hospital and Department of homeless shelter  which cause me denied public benefit to receive protection from the police when I was denied to filled the police report twice  and department of homeless shelter denied the public benefit of cityfheps voucher when my protected activity has cause me refused to filled any complaint when my cityfheps voucher apartment was ready to move in according to the landlord but Mr. Black, Department housing shelter said the black, Spanish should move in first when my moving list  at constant list no. 5 since November 2024 and my list had been skip by Black, Puerto Rican, Spanish in my shelter .

In March-April- May-2024 the Housing coordinator said to me they were busy of the move out which all the move out were Black, Puerto Rican and outside my race and when my ready to move in cityfheps apartment was ready to move in was offered to the black when I was over heard that Mr. Black offered the cityfheps ready apartment in Queens to the Black, PuertoRican in my shelter when the ladies he just need to change the name on the lease when I signed the lease in the beginning January 2025 and the lease started to move in on February 1, 2025 because Mr. Black expedite another Puerto Rican to move in first because according to the timeline I supposed to be ready to move in to my cityfheps apartment in January 2025 because of my Race and my religion the black, Puerto Rican should be prioritize to move in to cityfheps apartment instead

on approximately in the end of May-June 2024 the Director of Social worker, Elizabeth  I was told that because of Ramadan the Department Homeless shelter has cancel my cityfheps voucher and on the same time the shelter housing department said they were busy to move out the ladies which most of the Black and Puerto rican who recently move in to shelter. The black and Puerto Rican  was expedite to move in to their cityfheps apartment because the housing department employees most of them is belong to black race.

Approximately  order to move in to my cityfheps voucher apartment I should withdrew from my racial discrimination case filled in March 4, 2024 at division of human rights by signing the refuse apartment from DHS( Department of Homeless shelter) but Mr. Black who refused me to find me apartment in October-November 2023 because of my protected activity when I receive the NYC He he said I must find the apartment by myself which I did find one but I was refuse to move in and to received the public benefit cityfheps voucher because according to Mr. Black said the other lady should move in first when the other lady is Black, PuertoRican were skip my list which supposed my turn to move in but because of my race, religion and protected activity has cause me denied the public benefit of cityfheps voucher apartment because My race: Indonesian, Religion: Islam and my protected activity of having lawsuit against NYC Helath+Hospital


City of New York violated my rights under title VI and civil rights 1964 when I was denied police protection when i was denied to filled the police report twice :

On September 19, 2024 my eviction complaint was denied when the 911 operator know my phone number as my protected activity when I told the 911 operator regarding my eviction from the shelter and the 911 operator denied the public service when she said:

*There's nothing we can do*

## On August 24, 2024 when the police officers came to shelter and angry and denied me to obtain police report the Islamophobhic complaint the service by saying:

*Why you called us, Instead calling them*

**2nd circuit 25-436** The judge should not denied the religion accommodation which according docket 46 on **October 2 2024 conference** was deliberately scheduled half hour before the Muslim prayer time **when I already asked for religious accommodation when I was needed the conference should be adjourned half hour before prayer time.**

the Judge should not trying to removed the material evidence from the case this action biased, prejudiced and I believed when according **to docket 72 judge Rochon removed ADA & retaliation from my case** and I was asked her on Docket 76 regarding Order on Docket 72 and on the same time I submitted Docket 77 to make sure I have all complete claim.

**(See Email sent to Judge Aaron)** The judge should not denied the religion accommodation which according docket 46 on **October 2 2024 conference** was deliberately scheduled 15 minutes before the Muslim prayer time **when I already asked for religious accommodation when I was needed the conference should be adjourned half hour before prayer time** when judge Rochon rush the conference when during conference I was interrupted judge Rochon when she was speaking because I needed to know the time because I needed to pray because my phone was on hold by security court officers downstairs and I am worried of missing my prayer to pray on time and the conference was in rush even the lady teleprompter said she miss the word which I was mentioned during conference and asking me to spell and also she said she didn't get the last word when she approached me after the conference but I don't know which sentence she wanted me to repeat when I kept told judge Rochon what time is it because I was worried I will missed my prayer time because have to pray on time.

The conference become tension but I was homeless too and I struggling as woman living on the street when my homeless living on the street not easy for me to pray on

the street when the bathroom attendant at Port Authority called me unpleasant word to me when I just need to used the bathroom to do ablution to pray and bathroom relief and the court kept giving extension to the defendant and all I am really care is my prayer make sure my clothes pure which is the part of religion in Islam the cleanliness is the part of religion.


I was mentioned on my summary Judgement on Docket

Regardless how many extension you gave to the defendant will not make any difference from EEOC position statement already give the valid proof the defendant violated title VII of employment discrimination based on my religion, age, ADA, gender( Pregnancy rights as woman), Retaliation ( refuse to hired "but for" my defective case in 2016 & Filling internal religious complaint with end up with premeditated undue hardship constructive discharge on April 9, 2022 when the EEOC position statement mentioned giving false statement that I leave my post at 04:45 am but the fact I leave my post at 04:58 Am **( See EEOC online submission on April 13, 2022).**

**I send Judge Aaron of my Muslim prayer time for NYC  from July until December 2024** which Judge Aaron aware of my Asr prayer time at 4 pm  but the conference was held deliberately scheduled at **half hour before Prayer time  at 3;30 pm** which cost tension on me and judge Rochon during conference  when I cut her off and she cut me off while I was speaking as well but I have to pray on time and I believed judge Aaron and judge Rochon set up the conference close to prayer time on purpose to delayed my case when they thought I will reject the conference in order to delayed the case but I am so desperate too because I am homeless woman living  on the street  and I was struggle to pray when no place to pray on the street and I had been difficult to perform ablution I was facing hunger since I was evicted from the shelter on September 19 2024 when many people told me I look more skinny than before because Judge Aaron and Judge Rochon delayed my case give more extension to the defendant when On January 10, 2025 told me after the conference when Judge Aaron said:

> *Good Luck with your housing*
>
> *I want to dismiss your case but I can't*

**When Judge Aaron was aware I am homeless woman living on the street**


I was amended the complaint by adding the City of New York as defendant **on January 6, 2025 when I was denied the public benefit service of NYPD to filled police report twice "but for" my protected activity, my race, religion as Indonesian** but the Judges stricken my amended complaint, Docket 65 for 7 days to submitted to ecf docket **( See Docket 66), when Judges change my Docket 65 to**

**Docket 1 and again to Docket 67** until and I was amended again on January 19, 2025 **( Docket 77)** "but for" I was having problem with my current Judges who biased, prejudice who change, alter, tampering with my amended complaint when Docket 72, order Judge Rochon tricked me by **removed ADA, Retaliation from my case** which made me have to write her a letter asking for explanation **on Docket 76 about why ADA & retaliation claim was removed** but no reply and on the same time I submitted **Docket 77** to make sure my complaint was have all the complete allegation claim and **On Docket 80 Judge Rochon** denied my request to recuse Judge Aaron from my case and appealed Docket 80 to 2nd circuit and my appealed was failed to address by 2nd circuit and On June 11, 2025 2nd circuit issued mandate summary judgement denied my religious accommodation and summary judgement when the EEOC position statement my case there's no material to be dispute I supposed granted summary judgement

 I believed  my protected activity of having lawsuit against NYC health+Hospital and Department Homeless shelter made me denied **the public benefit of NYPD service** to filled the complaint when I was denied to filled the police report twice.( Denied to be protected from eviction from the shelter and  filled the eviction police report was denied on September 19, 2024 when the shelter denied the access to enter when I called 911 the operator said :

                           **There is nothing we can't  do**

**On August 24,2024 I was denied to received public benefit of Both 2 NYPD officers when I was wearing Hijab who represent Islam as my religion**

The first  and denied to filled the discrimination complaint regarding 2 officers who denied me to filled the hate Islamophobic complaint on on the same day me and defense counsel finish our case management plan and submitted at 5 pm on September 19, 2024  and on the same night I was denied to enter into the shelter too.( See Docket 46, case

# Sometime I lose hope on my case because of my race : Indonesian American and skin color : Brown lighter skin represents Asian woman and the way I