UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICA FEBRIANTI,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>NYC HEALTH AND HOSPITALS and CITY OF NEW YORK,<br><br>　　　　　　　　　　Defendants. | Case No. 1:23-CV-06175 (JLR)<br><br>**ORDER GRANTING IFP APPLICATION** |

JENNIFER L. ROCHON, United States District Judge:

　　Leave to proceed on appeal in the Second Circuit without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

Dated:　September 25, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1